# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT (FOR INMATE ACTION) UNDER 42 U.S.C. § 1983

**Lawrence Patrick Phillips**
Name under which you were convicted

*243212*
Your prison number

vs.

CIVIL ACTION NO. *20-CV-270-CG-N*
(To be supplied by Clerk of the Court)

**Lt. McKenzie**
Name of Defendant(s)

*P.O. Box 28779 Nick Davis Road, Harvest, Al 35749*
Place of Confinement and Address

FILED MAY 11 '20 PM 1:48 USDC ALS

## INSTRUCTIONS - READ CAREFULLY

A.   Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B.   Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C.   Separate case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D.   Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

LAWRENCE PATRICK Phillips  )
Full name and prison number )
Of Plaintiff(s)             )
                            )
v.                          )        CIVIL ACTION NO._____
Lt. McKenzie                )        (To be supplied by Clerk of
_____)         U.S. District Court)
                            )
_____)
                            )
_____)
                            )
_____)
                            )
_____)
                            )
Name of person(s) who violated )
Your constitutional rights. )
(List the names of all      )
persons.)                   )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?   YES ( )   NO (✓)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?   YES ( )   NO (✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____N/A_____

               Defendant(s) _____N/A_____

          2.   Court )if federal court, name the district; if
               state court, name the county)_____
                                            _____N/A_____

1

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT P.O. Box 28779 Nick Davis Rd, Harvest A/A 35749 - Limeston Corr, Fac.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Holman Corr, Fac.

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Lt McKenzie | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Sept 26, 2019

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Excessive force, 8th & 14th Amend, U.S. Const, Cruel and unusual Punishment & deliberate indifference

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)

See Attached. Attached

GROUND TWO: Cruel and unusual Punishment 8th Amendment violation of U.S. Const.

SUPPORTING FACTS: See Attached

GROUND THREE: Diliberate indifferent 14th Amend U.S. constitution

SUPPORTING FACTS: See Attached

On or about Sept.26,2019 the plaintiff was informed by a Lt. McKenzie that he had to pack up all of his belongings and move from "A" dorm while being housed at the Holman Prison. Upon inquiring to Lt. McKenzie as to why I was being moved no answer was given so I requested to see Capt.Smith and this angered Lt.McKenzie to the point where he felt I was trying to go over his head.

His response was I don't give a fuck who you want to see or talk to and thats when he slapped me and said you punk ass motherfucker I said pack up !

At this point I requested to see Capt.Smith again and told him I was not moving until I saw him and this is when Lt. McKenzie ordered that I be restrained in handcuff's behind my back.While being escorted to the shift office Lt.McKenzie was being very verbally abusive with profanity.When we arrived to the shift office just before entrance I ask him again to let me see Captain smith and that when he pushed my head through a window and snatched my head out of it upon throwing me to the floor in a very violent manner of attack. I recall blanking/blacking out for a few minutes,lost consciousness. I sustained multiple deep cuts ,abrasion's, to my face and head. Immediately thereafter,I was rush to a free world hospital in Atmore whom after assessing the extent of injury' transferred me to the university of South alabama hospital in Mobile. I had to have plastic surgery done on my jaw and I had bleeding on my brain after the attck/assault,if not attempted murder. I've not been the same since,and my memory fades in and out at the time.I have nightmares,accompanied with post traumatic stress from the anxiety of fears of this happening to me again.I have

very bad nightmares relating to this cause,attack,assault,if not attempted murder.

Grounds one: I'm sueing Lt. McKenzie in his individual capacity for the use of excessive force in violation of the plaintiff 8th and 14th Amendments because he knew better but acted with a total disregard to the law towards my health,my safety,my life with a wantoness to be destroyed and because bodily harm with a disregard and respect to this plaintiff's constitutional rights, thereto be free from cruel and unusual punishment while being in his custody,protective care and under his protection,protective eye watch.

The plaintiff is sueing Lt.McKenzie in his individual capacity for compensatory damages in the sum of $700,00.00 , punitive damages respectively for all injuries and inflicting pains and suffering's.

As for Claim 2; Lt Mckenzie is being sued for the cruelty and unusual punishment of his sadistic and malicious unjustifiable wrongdoing to cause and by causing the plaintiff unnecessary bodily harm.

With his in intent to cause serious physical injury by this use of excessive unwarrtanted force, the plaintiff is asking this federal court Judge to awardf him in the assessment of 4,000,000 compensatory damage for the inflictions of wantoness pain and suffering and $2,000,000 punitive damages respectively.

The plaintiff is also sueing Lt.McKenzie in his official capacity for willfully being deliberate indiffent to his health by intentionally and wantonly **disregarding** the safety of his well being by causing or willfully subjecting this

plaintiff to inflicting pain and suffering after smashing his face and head through a glass window and slambing him onto a concrete floor while being in handcuffs, instead of getting the plaintiff immediately to medical assistance from the visable injury already administered.

The plaintiff is sueing Lt. McKenzie for and additional 4,000,000 for compensatory damages and
9,000,000 for punitive damages respectively,

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

That the court will bring this matter to trial for a judgement of award base on the fact alledged in the compliant and issue an order for the video evidence to be sent to this court for a determination of the facts.

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___5-4-2020___.
(Date)

*Signature of plaintiff(s)*

4

MR LAWRENCE P. Phillips
PO Box 28779 Nick Davis Rd.
Harvest Ala 35749

United States District Court.
133 ~~St Joseph~~ Joseph St
Mobile Ala 36602

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications.

LEGAL MAIL