In The United States Court, District for the Southern Division

LAWRENCE Phillips
   Plaintiff

V.

Lt McKenzie
   Defendant

CV 20-270-CG

Amend & Supplement

Come now this Plaintiff in the above style and cause does hereby move this Honorable court with a motion and request to Amend/Supplement his compliant for cause herein so submitted.

That to avoid any misunderstanding, it is hereby Amended/Supplemented to his compliant as the proper and correct compliant redress.

Done this the 6TH of May 2020

Phillips 243212

On or about Sept.26,2019 the plaintiff was informed by a Lt. McKenzie that he had to pack up all of his belongings and move from "A" dorm while being housed at the Holman Prison. Upon inquiring to Lt. McKenzie as to why I was being moved no answer was given so I requested to see Capt.Smith and this angered Lt.McKenzie to the point where he felt I was trying to go over his head.

His response was I don't give a fuck who you want to see or talk to and thats when he slapped me and said you punk ass motherfucker I said pack up !

At this point I requested to see Capt.Smith again and told him I was not moving until I saw him and this is when Lt. McKenzie ordered that I be restrained in handcuff's behind my back.While being escorted to the shift office Lt.McKenzie was being very berbally abusive with profanity.When we arrived to the shift office just before entrance I ask him again to let me see Captain smith and that when he pushed my head through a window and snatched my head out of it upon throwing me to the floor in a very violent manner of attack. I recall blanking/blacking out for a few minutes,lost consciousness. I sustained multiple deep cuts ,abrasion's, to my face and head. Immediately thereafter,I was rush to a free world hospital in Atmore whom after assessing the extent of injury' transferred me to the university of South alabama hospital in Mobile. I had to have plastic surgery done on my jaw and I had bleeding on my brain after the attck/assault,if not attempted murder. I've not been the same since,and my memory fades in and out at the time.I have nightmares,accompanied with post traumatic stress from the anxiety of fears of this happening to me again.I have

very bad nightmares relating to this cause, attack assault, if not attempted murder.

As to Ground One: I'm suing Lt. McKenzie in his individual capacity for the use of excessive force in violation of the plaintiff 8th and 14th Amendment because he knew better but acted with a total disregard to the law toward my health, my safety, my life and mind with a wantoness of sadistic and malicious violent aggression to cause and inflict bodily & mentally harm to the plaintiff with a conscience disrespect to the plaintiff constitutional rights while being under the care of his protective security in the capacity of a Lieutenant for the A.D.O.C.

For Lt McKenzie wrongful act of excessive force, the plaintiff is suing the defendant for the sum of $700,000 compensatory damage and $700,000 punitive damages respectively for all, all injuries and infliction of mental anguish pain & suffering.

As for Claim 2; Lt McKenzie is being sued for the act of Cruel & Unusual punishment for his intentionally and willfully unjustifiable wrongdoing to cause unnecessary cruelty and punishment while the plaintiff was in handcuff by slamming his face and head through a glass window pane with the intent to cause

serious pain & suffering physically and mentally with an intent to punish the plaintiff beyond the boundaries of the 8th Amend without due Process and Equal Protection of the 14th Amend of the U.S. Constitution while being subjective under his control and care. The Plaintiff is asking the federal court to allow him the full measures of the law to prosecute this defendant to its fullest extinct by awarding the Plaintiff $1,000,000 compensatory damages and 2,000,000 punitive damage for all injuries occurred physically and mentally wantonly. The Plaintiff is asking for this amount out of his individual capacity.

The Plaintiff is also suing Lt. McKenzie in his individual capacity with respect to ground 3 for willfully being deliberate indifferent to his need for immediately medical assistance after slamming his face and head through a glass window and see with his eyes for such an immediate need but instead body slams the Plaintiff to concrete floor thus causing more compounded injury to the Plaintiff arm and side. The Plaintiff is suing Lt. McKenzie for

for wantoningly ignoring the plaintiff need for medical attention rather than more punishment and bodily harm. I'm asking for 2,000,000 compensatory damages and 2,000,000 punitive damages where in the plaintiff could have easily lost his life after being diagnosed with bleeding to the brain area.

The plaintiff now suffers from bad headache, lost of memory at times and paranoidia fear from anxiety and P.S.T associated with nightmares and bad dreams from this wrongful act.

This matter videoed by camera positioned in the hallway.

The matter was investigated by I&I of the Department of Correction.

The plaintiff is making a notice to all parties involved not to destroy that evident as it will be used to prove this claim.

I swear beyond penalty of perjury that this foregoing is true and correct.

Done on this 6th of May 2020

Respectfully Submitted
Phillip 243212

Lawrence Phillips #243212
P.O. Box 28779 Nick Davis Rd
L.C.F
Harvest, Al 35749

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

LEGAL MAIL



United State District
Southern District of Ala
113 St. Joseph Street
Mobile Ala 36602