# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

_Lawrence P. Phillips_
Name under which you were convicted

_243217_
Your prison number

vs.

_Lt. McKenzie_
Name of Defendant(s)

CIVIL ACTION NO. 20-00270-CG-N
(To be supplied by Clerk of Court)

_Limestone Corr. Fac. PO Box 28779 Nick Davis Rd. Harvest Al. 35749_
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. See Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. <u>PREVIOUS LAWSUITS</u>.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )    No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____N/A_____
_____N/A_____

Defendants: _____N/A_____
_____N/A_____

    2. Court (if federal court, name the district; if state court, name the county): _N/A_

    3. Docket Number: _N/A_

    4. Were you granted the opportunity to proceed without payment of filing fees?
    Yes ( )   No ( )

    5. Name of judge to whom the case was assigned: _N/A_

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____N/A_____
_____N/A_____
_____N/A_____

    7. Approximate date of filing lawsuit: _N/A_

    8. Approximate date of ruling by court: _N/A_

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman

B. Date it occurred: 9/26/2019

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No ( )

E. If your answer is YES:

   1. What steps did you take? There were none

   2. What was the result? N/A

F. If your answer is NO, explain why not: N/A - There is no grievance committee

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):
   See attached page →

4

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): LAWRENCE Patrick Phillips 243212

Your present address: P.O. Box 28779 Nick Davis Rd, Harvest Ala 35749

B. <u>Defendant(s)</u>:

1. Defendant (full name) McKenzie is employed as LX, at Holman Prison

   His/her present address is Holman 3700, Atmore Ala 35749.

   (a) Claim against this defendant: Excessive Force, Cruel & Unusual Punishment & deliberate indifference in violation of the 8th & 14th Amend U.S. Const.

   (b) Supporting facts (Include date/location of incident):
   N/A

2. Defendant (full name) N/A is employed as _____

   at _____.

   His/her present address is N/A.

   (a) Claim against this defendant: _____

   (b) Supporting facts (Include date/location of incident):
   N/A

3. Defendant (full name) _____ is employed as _____

   at N/A.

   His/her present address is _____.

5

(a) Claim against this defendant: ___N/A___

(b) Supporting facts (Include date/location of incident): ___N/A___

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: ___Assault first degree___

2. When were you convicted? ___8th month 2005___

3. What is the term of your sentence? ___20 yrs___

4. When did you start serving this sentence? ___August 2005___

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)    No ( )

If so, complete the following:

(a) Date of conviction: ___2007___

(b) Term of sentence: ___E.O.S.___

6. What is your expected end of sentence (E.O.S.) date? ___2025___

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

Writ of habeas  yes( ) no(✗)        yes( ) no(-)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____N/A_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):
GRANT ME the sum total of each claim

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

5/17/2020
Date

_(Signature of Plaintiff Under Penalty of Perjury)_

~~28779~~ P.O. Box 28779
Current Mailing Address

Nick Davis Rd. Harvest Al. 35749

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

On or about Sept.26,2019 the plaintiff was informed by a Lt. McKenzie that he had to pack up all of his belongings and move from "A" dorm while being housed at the Holman Prison. Upon inquiring to Lt. McKenzie as to why I was being moved no answer was given so I requested to see Capt.Smith and this angered Lt.McKenzie to the point where he felt I was trying to go over his head.

His response was I don't give a fuck who you want to see or talk to and thats when he slapped me and said you punk ass motherfucker I said pack up !

At this point I requested to see Capt.Smith again and told him I was not moving until I saw him and this is when Lt. McKenzie ordered that I be restrained in handcuff's behind my back.While being escorted to the shift office Lt.McKenzie was being very verbally abusive with profanity.When we arrived to the shift office just before entrance I ask him again to let me see Captain smith and that when he pushed my head through a window and snatched my head out of it upon throwing me to the floor in a very violent manner of attack. I recall blanking/blacking out for a few minutes,lost consciousness. I sustained multiple deep cuts ,abrasion's, to my face and head. Immediately thereafter,I was rush to a free world hospital in Atmore whom after assessing the extent of injury' transferred me to the university of South alabama hospital in Mobile. I had to have plastic surgery done on my jaw and I had bleeding on my brain after the attck/assault,if not attempted murder. I've not been the same since,and my memory fades in and out at the time.I have nightmares,accompanied with post traumatic stress from the anxiety of fears of this happening to me again.I have

ALSO SUSTAIN CUTS FROM THE BROKEN GLASS WHEN BEING SLAMMED TO THE FLOOR TO MY ARM AND SIDE, I HAVE VERY BAD NIGHTMARES RELATING TO THIS CAUSE OF INCIDENT. FOR THE CAUSE HEREIN STATED UNDER CLAIM ONE (1) EXCESSIVE FORCE IN VIOLATION OF THE 8th AND 14th AMENDMENT TO THE U.S. CONST, IM SUEING LT MCKENZIE IN HIS INDIVISUAL CAPACITY FOR COMPENSATORY DAMAGES IN THE AMOUNT OF 900,000 AND 900,000 FOR PUNETIVE DAMAGES BECAUSAE HE ACTED TOTALY OUTSIDE THE LAW WHEN HE SMASHED THE PLAINTIFF FACE AND HEAD THROUGH A WINDOW PANE AND SLAMMED HIB BODY TO THE FLOOR WHILE STILL IN HAND CUFF RESTRAINTS. THE PLAINTIFF IN-CURED INJURIES TO THE HEAD WITH BLEEDING IN HIS BRAIN MULIPLES CUTS OF THE FACE AND BODY FROM THE GLASS. THE PLAINTIFF HAD TO HAVE PLASTIC SURGERY DONE ON HIS CHIN AND HAS SERVER TROUBLE TRYING TO SLEEP WITH OUT HAVING NIGHTMARES DREAMS. BECAUSE OF THESE INFLLICTIONS OF MENTAL ANGUISH OF WANTONESS PAIN AND SUFFERING FROM HIS DEFENDANT RECK-LESSNESS AND SADISTIC BEHAVOR TOWARD THE PLAINTIFF THAT JUST COMPENSATION IS AT MINIMUM OWE TO THE PLAINTIFF FROM LT, MCKENZIE, FOR THE CAUSE HEREIN STATED UNDER THIS CLAIM OF CRUEL AND UNUSHAL PUNISHMENT, THE PLAINTIFF IS SUEING LT, MCKENZIE IN HIS INDIVISUAL CAPACITY BECAUSE HE ACTED OUT SIDE OF THE LAW WITH THE INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO MY PERSON SADISTICALLY AND MALICIOUSLY UNJUST-IFABLE AND WRONGFULLY UNECESSARY WHICH DID CAUSE THE PLAINTIFF TO BE SUBJECTIVE TO CRUEL AND UNUSUAL PUNISHMENT BE CAUSE OF HIS REQUESTING TO SPEAK WITH CAPTIAN SMITH AS A RESULT OF LT, MCKENZIE SADISTICY AND MALICIOUS ATTACK ON THE PLAINTIFF, DID CAUSE THE PLAINTIFF TO SUFFER CRUEL AND UNUSUAL PUNISHMENT RESULTING IN HAVING TO BE SENT TO A FREE WORLD HOSPITAL AT THE UNIVERSITY OF SOUTH ALABAMA HOSIPITAL IN MOBIL ALABAMA TO HAVE RECON-STRUCTIVE SURGERY DONE TO HIS CHIN AND TREATNENT DONE TO HIS BRAIN FROM BLEEDING IN THE BRAIN AND NUMERIOUS STITCHES ABOUT THE FACE PAGE(2)

AND BODY AREA. THAT SUCH CRUEL AND UNUSUAL PUNISHMENT WAS NOT WARRANTED AND TOTALLY CONTARY TO THE STANDARD OF PORTECTIVE CARE OF ONE WHO IS IN LAW ENFORCMENT TO PROTECT AND SERVE FOR THE CAUSE OF WANTON INFLICTION OF PHYSICAL PAIN AND MENTAL ANQUISH AND SUFFERING RESULTING FROM ALL INJURES ENCURED, THE PLAINTIFF IS A SUING FOR 1,000,000 IN COMPENSATION DAMAGES AND 2,000,000 IN PUNITIVE DANAGES. AS FOR THE CLAIM OF DELIBERATE IN-DEFFERENT HEREIN STATED THE PLAINTIFF IS SUEING LT. MCKENZIE IN HIS INDIVISUAL CAPACITY IN VIOLATION OF HIS 8th AND 14th AMENDMENT BECAUSE LT,MCKENZIE KNEW OR SHOULD HAVE KNOWN THAT THE PLAINTIFF WAS IN NEED OF IMMEDIATE MEDICAL ASSISTANCE AFTER HE HAS JUST SMASHEDTHE PLAINTIFF FACE INTO THE GLASS WOINDOW THEREIN AND AFTER CAUSING VERY EXTENSIVE DAMAGES TO THE PLAINTIFF FACE WITH CUTS FROM THE GLASS BUT INSTEAD THREW THE PLAINTIFF UNTO THE FLOOR WHERE THERE WAS BROKEN GLASS WHEREBY CAUSING MORE BRUSIES AND CUTS INTO HIS ARM AND SIDE IN THIS MANNER OF CAUSE AND DISREGARD FOR THE PLAINTIFF HEALTH AND LIFE,THE PLAINTIFF IS ASKING FOR 1,000,000 COMPENSATREY AND 2,000.000 PUNITIVE FOR HIS FAILURE TO SEEK IMMEDIATE MEDICAL ATTENTION AND ASSISTANCE FOR THE PLAINTIFF EMERGENCY NEED FOR THE CAUSE HEREIN STATED AND FOR GOOD CAUSE THE PLAINTIFF WOULD LIKE TO PUT THE DEFEWNDANT ON NOTICE FOR THE PURPOSE OF PROVING THOSE ALLEGATION THAT THE VIDEO BE NOT DESTROYED THAT FILMED THE ENTIRE INCIDENT

PAGE (3( DONE ON THIS DAY _03_ OF _May_ 2020

Lawrence P. Phillips  AIS # 243212

Lawrence Phillips
AIS# 243212 Bed# L-7714A
P.O. Box 28779
Nick Davis Road
Harvest, Ala 35749




Legal Mail

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communications.

3660233606 C005

United States District Court
113 St. Joseph St.
Mobile, Al 36602