# CERTIFICATION
(CV-20-00270-CG-N-Incident Report HCF-19-01076)

I, Terry Raybon, hereby certify and affirm in writing that I am Terry Raybon of the Alabama Department of Corrections, organized or operated pursuant to or under the laws of Alabama, located at W. C. Holman Correctional Facility, Atmore, Alabama, and that the within copies of documents, are an exact, full, true and correct photocopy.

I further certify that the said documents are kept in the usual and regular course of business in the institutional/medical files currently located at W. C. Homan Correctional Facility, Atmore, Alabama.

_____
TERRY RAYBON            DATE

_____
NOTARY PUBLIC

My Commission Expires March 26, 2024
MY COMMISSION EXPIRES

NCDT019

# Alabama Department of Corrections
## INCIDENT REPORT

| 1. Institution/Division: HOLMAN PRISON | 2. Date: 9/25/2019 | 3. Time: 11:53:00 AM | 4. Inc. No: HCF-19-01076 Class Code: B |
|---|---|---|---|

| 5. Type of Incident - PRIMARY: |
|---|
| Failure to Obey a Direct Order of ADOC Staff |

| 6. Type of Incident - Secondary: |
|---|
| Assault-Inmate-on-Staff |
| Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical |

| 7. Who Received Report: SMITH, VENCINI   S | 8. Time Incident Reported: 9/25/2019 12:05:00 PM |
|---|---|

| 9. Location of Incident: |
|---|
| B-Dorm |

| 10 Victim(s): | Name | AIS | STG Name |
|---|---|---|---|
| | MCKENZIE, BRANDON | Staff | |
| 11. Suspect(s): | Name | AIS | STG Name |
| | PHILLIPS, LAWRENCE | 00243212 | |
| 12. Witness(es): | Name | AIS | STG Name |
| | JONES, GILBERT | Staff | |

**PHYSICAL EVIDENCE:**

| 13. Type of Evidence / Description: | 14. Chain of Evidence / Location & Date: |
|---|---|
| N/A | N/A |

**15. Narrative Summary:**

On September 25, 2019, Correctional Lieutenant Brandon McKenzie was assigned as the Institutional Rover for the B-Days shift at W.C. Holman Correctional Facility. At approximately 11:53 a.m., Lieutenant McKenzie entered Dormitory-B and advised inmate Lawrence Phillips B/243212, that inmate Phillips was being rehoused from Dormitory-B, to Dormitory-A. Inmate Phillips stated that inmate Phillips was not moving anywhere. Lieutenant McKenzie informed inmate Phillips to exit the dormitory and report to the Shift Commanders Office. Inmate Phillips refused. Inmate Phillips stated, "If you want me to move, make me move!" Lieutenant McKenzie grasped inmate Phillips by inmate Phillips' right arm and attempted to assist inmate Phillips to his feet and escort inmate Phillips from the dormitory. Inmate Phillips snatched away from Lieutenant McKenzie in an aggressive manner and grasped Lieutenant McKenzie in the chest area. Lieutenant McKenzie was able to remove inmate Phillips' hand from Lieutenant McKenzie's chest area and inmate Phillips was restrained to inmate Phillips' bed by Lieutenant McKenzie and Correctional Officer Nathan McQuirter. Lieutenant McKenzie escorted inmate Phillips from the dormitory, to the main hallway. Inmate Phillips became irate and stated, "Let me go nigger!" while inmate Phillips lunged in the direction of Lieutenant McKenzie. Lieutenant McKenzie countered by utilizing Lieutenant McKenzie's left forearm to push inmate Phillips away from Lieutenant McKenzie, causing inmate Phillips to fall into a glass window on the hallway. Inmate Phillips fell to the floor. Lieutenant McKenzie and Correctional Officer Gilbert Jones assisted inmate Phillips to inmate Phillips' feet, and escorted inmate Phillips to the healthcare unit for a medial assessment and treatment, conducted by Licensed Practical Nurse, Lisa Morgan, for several lacerations (see attached medical assessment). Medical Doctor, Jeanna Blalock gave orders to have inmate Phillips transported to an off-site medical facility for stitches. At approximately 12:46 p.m., ASAP Ambulance Services departed with inmate Phillips to Atmore Community Hospital. Officer Gavin Salter provided security inside the ambulance, while Officer Jeremy Watson trailed, utilizing a state van. Inmate Phillips will receive disciplinary action for failure to obey a direct order of an ADOC employee, and Assault on person(s) associated with ADOC. Lieutenant McKenzie received a medical assessment by Licensed Practical Nurse, Darcel Dortch. Lieutenant McKenzie was treated for several minor cuts and scratched. At approximately 12:05 p.m., Correctional Captain Vencini Smith was notified of the incident. A First Report of Injury was conducted on Lieutenant McKenzie and submitted to Risk Management. On September 26, 2019, at approximately 7:00 p.m., inmate Phillips was returned to the facility. Registered Nurse, Mary Rivers conducted a return assessment on inmate Phillips. At approximately 7:20 p.m., inmate Rivers was secured onto the patient ward. No further action. 9/25/2019 1:51 PM by brandon.mckenzie 9/25/2019 1:52 PM by brandon.mckenzie 10/2/2019 9:45 AM by brandon.mckenzie 10/2/2019

Alabama Department of Corrections
## INCIDENT REPORT CONTINUATION HCF-19-01076

**15. Narrative Summary:**
9:50 AM by brandon.mckenzie 10/2/2019 9:58 AM by brandon.mckenzie 10/2/2019 9:59 AM by brandon.mckenzie 10/2/2019 9:59 AM by brandon.mckenzie

Signature: _____

# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: HOLMAN PRISON | 2. Date 9/25/2019 | 3. Time 11:53:00 AM | 4. Inc. No: HCF-19-01076 Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Failure to Obey a Direct Order of ADOC Employee | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: Assault-Inmate-on-Employee Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | | 8. ASCA Incident Type - Secondary: III 2.3 Inmate-on-Staff Assaults that did not involve serious injury. III 13.1 Immediate Use of Force | |
| 9. Location of Incident: B-Dorm | | | |

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MCKENZIE, BRANDON | Staff | | | | | | |

Offense(s)

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| PHILLIPS, LAWRENCE | 00243212 | B/M | 09/30/1979 | COVINGTON | 10/05/2005 | 20Y 0M 0D | 08/26/2025 |

Offense(s)  ASSAULT I, ASSAULT II, POSS MARIJUANA I

**BRIEF Narrative:**

On September 25, 2019, at approximately 11:53 a.m., Lieutenant Brandon McKenzie entered Dormitory-B and advised inmate Lawrence Phillips B/243212, (B1-52A) gang affiliation: unknown, that inmate Phillips was being rehoused from Dormitory-B, to Dormitory-A. Inmate Phillips stated that inmate Phillips was not moving anywhere. Lieutenant McKenzie informed inmate Phillips to exit the dormitory and report to the Shift Commanders Office. Inmate Phillips refused. Lieutenant McKenzie grasped inmate Phillips by inmate Phillips' right arm and attempted to assist inmate Phillips to his feet and escort inmate Phillips from the dormitory. Inmate Phillips snatched away from Lieutenant McKenzie in an aggressive manner and grasped Lieutenant McKenzie in the chest area. Lieutenant McKenzie was able to remove inmate Phillips' hand from Lieutenant McKenzie's chest area and inmate Phillips was restrained to inmate Phillips' bed, and handcuff restraints were applied. Lieutenant McKenzie escorted inmate Phillips from the dormitory, to the main hallway where inmate Phillips lunged in the direction of Lieutenant McKenzie. Lieutenant McKenzie countered by utilizing Lieutenant McKenzie's left forearm to push inmate Phillips away from Lieutenant McKenzie, causing inmate Phillips to fall into a glass window on the hallway. Inmate Phillips was escorted to the healthcare unit for a medial assessment. Medical Doctor, Jeanna Blalock gave orders to have inmate Phillips transported to an off-site medical facility for stitches. At approximately 12:46 p.m., ASAP Ambulance Services departed with inmate Phillips to Atmore Community Hospital. Officer Gavin Salter provided security inside the ambulance, while Officer Jeremy Watson trailed, utilizing a state van. Inmate Phillips will receive disciplinary action for failure to obey a direct order of an ADOC employee, and Assault on person(s) associated with ADOC. Lieutenant McKenzie was treated for minor cuts, and a First Report of Injury is forthcoming. Captain Vencini Smith was notified. 9/25/2019 1:51 PM by brandon.mckenzie 9/25/2019 1:52 PM by brandon.mckenzie

HCF-19-01076

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form

Institution: **Holman**
Date: **9/25/19**
Time: **12:10**

Individual Requesting Body Chart (print name): **L. Pace**
Title: **SGT**

Inmate statement: "I dont feel good, I need to go to the free world hospital"

Markings noted on diagram:
- 45x3cm
- 20x2cm
- 5x2cm
- 4x5 scab scabdo
- 3/2x1cm
- 63x2cm
- 0x2cm
- 65x6cm
- 1cmx1cm
- multiple tiny abrasions/lacerations

**Description of markings:**
Large superficial laceration to Right forearm, 45x3cm laceration to R cheek, 20x2cm laceration to (R) cheek, 25x2cm laceration to (R) cheek, 65x6cm laceration to (R) hip, 30x2cm laceration to (R) hip.

Check below:
___ *Progress Note additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **L. Morgan**
Date: **9/25/19**
Time: **1210**

Inmate Name: **Phillips, Lawrence**
AIS #: **243212**
DOB: **9/30/79**

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

Alabama Department of Corrections

## USE OF FORCE
## INVESTIGATIVE REPORT

NCDT013

**Incident No:** HCF-19-01076

**Date:** 09/25/2019     **Time:** 11:53AM

**List below personnel from Incident:**
JONES, GILBERT
MCKENZIE, BRANDON

**List below inmates from Incident:**
PHILLIPS, LAWRENCE

**Type of Force:**     Physical/

### Finding:

On September 25, 2019, Correctional Lieutenant Brandon McKenzie was assigned as the Institutional Rover for the B-Days shift at W.C. Holman Correctional Facility. At approximately 11:53 a.m., Lieutenant McKenzie entered Dormitory-B and advised inmate Lawrence Phillips B/243212, that inmate Phillips was being reassigned from Dormitory-B, to Dormitory-A. Inmate Phillips stated that inmate Phillips was not moving anywhere. Lieutenant McKenzie informed inmate Phillips to exit the dormitory and report to the Shift Commanders Office. Inmate Phillips refused. Inmate Phillips stated, "If you want me to move, make me move!" Lieutenant McKenzie grasped inmate Phillips by inmate Phillips' right arm and attempted to assist inmate Phillips to his feet and escort inmate Phillips from the dormitory. Inmate Phillips snatched away from Lieutenant McKenzie in an aggressive manner and grasped Lieutenant McKenzie in the chest area. Lieutenant McKenzie was able to remove inmate Phillips' hand from Lieutenant McKenzie's chest area and inmate Phillips was restrained to inmate Phillips' bed by Lieutenant McKenzie and Correctional Officer Nathan McQuirter. Lieutenant McKenzie escorted inmate Phillips from the dormitory, to the main hallway. Inmate Phillips became irate and stated, "Let me go nigger!" while inmate Phillips lunged in the direction of Lieutenant McKenzie. Lieutenant McKenzie countered by utilizing Lieutenant McKenzie's left forearm to push inmate Phillips away from Lieutenant McKenzie, causing inmate Phillips to fall into a glass window on the hallway. Inmate Phillips fell to the floor. Lieutenant McKenzie and Correctional Officer Gilbert Jones assisted inmate Phillips to inmate Phillips' feet. All force ceased. Inmate Phillips was escorted to the Health Care Unit where he was medically assessed.
12/30/2019 5:41 PM by \vencini.smith

### Recommendations of Investigating Officer:

I find the force used is justified. Inmate Phillips refused to comply with all orders given. It was not until force was used that inmate Phillips complied with the orders given. Lieutenant McKenzie used the reasonable amount of force to gain control of the incident.

12/30/2019

_____
**Captain Vencini Smith Signature**          Date