IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| LAWRENCE PATRICK PHILLIPS, AIS#243212 | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 20-cv-00270-CG-N ) |
| LT. MCKENZIE, et al, | ) ) ) |
| Respondent. | ) |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large personally appeared Brandon McKenzie, who being known to me and being by me first duly sworn deposes makes the following statement:

My name is Brandon McKenzie. I am an individual over the age of nineteen years and am employed by the State of Alabama, Department of Corrections, Holman Correctional Facility, 866 Ross Road, Atmore, Alabama 36503. I am employed in the capacity of Correctional Captain.

I have read the supplemental complaint in the above referenced case. I make the following statement; On the date of September 25, 2019, I, Correctional Captain Brandon McKenzie, then Lieutenant McKenzie, entered Dormitory-B to due to inmate Lawrence Phillips, B/M, 243212 being rehoused from Dormitory-B to Dormitory-A at W.C. Holman Correctional Facility. I approached inmate Phillips and instructed inmate Phillips that he needed to gather his personal property and come with me to Dormitory-A. Inmate Phillips stated the he was not moving anywhere. I then instructed inmate Phillips to exit the dormitory with me and to come to

the Shift Commanders Office. Inmate Phillips refused. Inmate Phillips insisted that if I wanted him to, I would have to force him to move. As inmate Phillips continued to refuse my lawful commands, I then reached and grasped inmate Phillips by his right arm as I attempted to assist inmate Phillips to his feet in order to escort inmate Phillips from the dormitory. Inmate Phillips then snatched his arm away from me very aggressively and grasped me in my chest area, by my stab vest. After a brief moment, I was able to remove inmate Phillips' grasp he had on my stab vest by removing inmate Phillips hands from my vest. Correctional Officer Nathan McQuirter and I were able to restrain inmate Phillips on his bed. I then proceeded to escort inmate Phillips from the dormitory and up the main hallway; towards the shift office. Inmate Phillips became irate and stated to me in a loud voice, "Let me go nigger!" Inmate Phillips turned towards me and lunged in my direction. Reacting to inmate Phillips' aggressive movement, and to protect myself from any physical harm, I then utilized my left forearm to push inmate Phillips away to keep inmate Phillips from causing me any bodily harm. As I pushed inmate Phillips away from me, we then collided with a glass window that was placed into the infrastructure on the hallway. As the glass shattered, inmate Phillips fell to the floor. I and Officer Gilbert Jones immediately assisted inmate Phillips to his feet and escorted him to the Health Care Unit of the facility for medical treatment.

       At no time did I act with any malicious intent, nor did I utilize any unreasonable amount of force. I only acted in a manner to prevent any bodily harm to myself. By no means did I intentionally cause any bodily harm to inmate Phillips. That was never my intention. I reacted to inmate Phillips aggression and simply tried to prevent any physical harm to myself, and to attempt to gain control of the situation I fully deny all of the complaints against me.

_____
Brandon McKenzie, Correctional Captain

SWORN to and Subscribed before me this 28 day of October 2020.

_____
Jennifer R. Parker
NOTARY PUBLIC

My Commission Expires March 26, 2024
My Commission Expires: