

### Alabama Department of Corrections

# HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME _Phillips Lawrence_     AIS # _243212_ D.O.B. ███████

Known Allergies: _NKA_

1. **Mental Health Codes:**
   MH-0,  MH-1,  MH-1-a,  MH-1-b,  MH-1-c,  MH-2,  MH-3,  MH-3a,  MH-4,  MH-5,  MH-6,  MH-9

2. **Medical Health Care Codes:**
   HC-1,  HC-2,  HC-3,  HC-4,  HC-5,  HC-5-a,  HC-5-b,  HC-5-c,  HC-5-d,  HC-6 (with subset),  HC-7

3. List Long-Term Chronic Problems   (* If Asthmatic record as; Mild, Moderate, or Severe)

4. Note DNR, Advance Directive/Living Will as obtained.  Note date timed-out and/or date rescinded

| Date Identified: | Provider Name: | Items: 1, 2, 3 | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | Item: 4. DNR, Living Will, Advance Directives |
|---|---|---|---|---|---|---|---|
| 10/7/16 | SS | | | | | HC1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CP60108AL
Issued 6/2015

ADOC – OHS form H-1-a
06/2008; Revised 5/2015

© 2015 Corizon Health, Inc.

000001

## Alabama Department of Corrections

## HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME _Phillips, Lawrence_   AIS # _243212_   D.O.B. ▬▬▬▬

Known Allergies: _NKA_

1. Mental Health Codes:    MH-0   MH-1   MH-2   MH-3   MH-4   MH-5   MH-6
2. Medical Health Care Codes:   HC-1   HC-2   HC-3   HC-4   HC-5   HC-6 (with subset)

3. List Long-Term Chronic Problems   (* If Asthmatic record as; Mild, Moderate, or Severe)
4. Note any DNR, Advance Directive/Living Will as obtained. Note date timed-out and/or date rescinded

| Date Identified: | Provider Name: | 1., 2., 3.,  Status: | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | 4. DNR, Living Will, or Advance Directive |
|---|---|---|---|---|---|---|---|
| 2/22/13 | | PPD Ø mm | | | | | |
| 4/22/14 | | PPD Ø mm | | | | | |
| 6/25/15 | R | PPD 0 mm | | | | | |
| 10/13/15 | K | Flu vaccine | | | | | |
| 12-21-15 | mH | Pneumovax | | | | | |
| 7-6-16 | mH | PPD = Ø | | | | | |
| 7-7-11 | eH | | | | | HC-I | |
| 10/3/16 | SC | Flu vaccine | | | | | |
| 7/19/17 | | PPD 17 mm | | | | | |
| 2-27-17 | Amt | | | | | HC-1 | |
| | | | | | | | |

### TUBERCULOSIS CONTROL

Positive Skin Test Date _7-19-17_

Date INH Started _8·2·17_

Completion Date _____

Remarks _____

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

DOB: ████

INMATE NAME  Phillips, Lawrence          AIS# 243212

Medication Allergies:  NKA

**Medical:** Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

**Mental Health Code:** SMI  HARM  HIST  NONE
Capital Letter for Psychiatric Behavior

HC I  2/10/11  5⁻

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 4/10/05 | PPD | | | |
| 11/18/05 | PPD Ømm— per W. Hobbs RN/NP | | | |
| 2005 | asthma | | JPW | 5⁻  HC I |
| | (+) Tob use | | | |
| | folliculitis bumps | | | HC' |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 2007 | T↑ | | | |
| 7/8/10 | Pneumovax vaccine given  LOT#1192Y  Exp 1/22/11 | | | DC |

– Moderate – or Severe.

## TUBERCULOSIS CONTROL
POSITIVE SKIN TEST DATE 4/19/12
DATE INH STARTED 5/3/12
COMPLETION DATE  D/c'd 4/3/12
REMARKS No hx of past (+)PPD - was
NOT implanted ref ABDH on 4/10/12
ny step 2 7/14
newer (+) PPD 5⁻

LCF



NAME: Phillips, Lawrence Patrick

AIS#: 243212         DOB: ███████    R/S: B/M

HEIGHT: 6'0         WEIGHT: 196        HAIR: Black

EYES: Brown         SSN: ███████

CUSTODY: 5/MED      AKA: N/K

CURRENT AGE: 40     EDUCATION LEVEL: 10

NUMBER OF ESCAPES: 0    JOB SKILL: General labor

SCARS/TATTOOS: T: Arms, chest, ankle

SENTENCE DATE: 10/5/05    ADMIT DATE: 10/5/05    RELEASE DATE: (min.) 8/25/2025
                                                          (long) 8/25/2025

TOTAL TERM: 20 years    COUNTIES OF CONVICTION: Covington

CRIMES: Assault I

EMERGENCY ADDRESS: ███████████████████

FAMILY MEMBERS:

SPOUSE: Single                M-GRANDPARENTS:

MOTHER: E/A                   P-GRANDPARENTS:

FATHER: No contact

SIBLINGS: Jeraine Phillips- ADOC

Alexian Daniel- Military

CHILDREN: Aleysa (18), Aquarius (17), Chingy (17), Camarion (14), and Alaxis (15) live w/ mother

000004



NAME: PHILLIPS, LAWRENCE PATRICK

AIS#: 243212 _____ DOB: ▮▮▮▮ R/S: B/M

HEIGHT: 6'0" WEIGHT: 160 HAIR: BLACK

EYES: BROWN SSN: ▮▮▮▮

CUSTODY: MIN-IN AKA: NONE

CURRENT AGE: 36 EDUCATION LEVEL: 10TH

NUMBER OF ESCAPES: None JOB SKILL: GENERAL

SCARS/TATTOOS: SCARS-NONE TATTOOS: BOTH ARMS, CHEST

SENTENCE DATE: 10-5-2005 ADMIT DATE: 10-5-2005 RELEASE DATE: (min.) 8-25-2025

(long) 8-25-2025

TOTAL TERM: 20 YEARS COUNTIES OF CONVICTION: COVINGTON

CRIMES: ASSAULT I

EMERGENCY ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮

FAMILY MEMBERS:

SPOUSE SINGLE M-GRANDPARENTS: DECEASED

MOTHER: ▮▮▮▮▮ P-GRANDPARENTS: ▮▮▮▮▮

SEE EA ▮▮▮▮▮

FATHER NO CONTACT

SIBLINGS: ▮▮▮▮▮
▮▮▮▮▮

CHILDREN: ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| 2017 RESPONSE | 2018 RESPONSE VCF | 2019 RESPONSE |
|---|---|---|
| Year 1  Institution: NCF | Year 2  Institution: VCF | Year 3  Institution: VCF |
| 1.  7-17-17 | 1.  9-18-18 | 1. |
| 2.  38 | 2.  39 | 2. |
| 3.  144 / 91 | 3.  100 / 80 | 3. |
| 4.  98.2 | 4.  97.4 | 4. |
| 5.  748  77 | 5.  63 | 5. |
| 6.  18 | 6.  108.5  18 | 6. |
| 7.  196.5        lbs. | 7.  108.5  18 | 7. |
| 8.  M/H       162 lbs. | 8.  169       lbs. | 8.  8/18       164.5       lbs. |
| 9.  + 34      lbs. | 9.  - .5       lbs. | 9.              lbs. |
| 10.  No / Yes (see notes) | 10.  No / Yes (see notes) | 10.  No / Yes (see notes) |
| 11.  81 | 11.  82 | 11. |
| 12.  2-19-17 → 17    mm's | 12.  past ⊕    mm's | 12.  past ⊕    mm's |
| 13.  Normal / Abnormal (see form) | 13.  Normal / Abnormal (see form) | 13.  Normal / Abnormal (see form) |
| 14.  20 / 25 | 14.  20 / DC | 14.        / |
| 15.  20 / 25 | 15.  20 / DC | 15.        / |
| 16.  20 / 25 | 16.  20 / DC | 16.        / |
| 17.  Yes / No (see notes) | 17.  Yes / No (see notes) | 17.  Yes / No (see notes) |
| 18.  PAP Not Needed / PAP Needed | 18.  PAP Not Needed / PAP Needed | 18.  PAP Not Needed / PAP Needed |
| 18. a.  Normal / Abnormal (see report) | 18. a.  Normal / Abnormal (see report) | 18. a.  Normal / Abnormal (see report) |
| 18. b.  Normal / Abnormal (see notes) | 18. b.  Normal / Abnormal (see notes) | 18. b.  Normal / Abnormal (see notes) |
| 18. c.  F. Smith | 18. c.  O'Canoll LPN | 18. c. |
| 19.  No  / Yes (see results below) | 19.  No  / Yes (see results below) | 19.  No  / Yes (see results below) |
| 20.  Normal / Abnormal (see notes) | 20.  Normal / Abnormal (see notes) | 20.  Normal / Abnormal (see notes) |
| 21.  Negative / Positive (see notes) | 21.  Negative / Positive (see notes) | 21.  Negative / Positive (see notes) |
| 22.  F. Smith | 22. | 22. |
| 23.  Normal / Abnormal (see notes) | 23.  Normal / Abnormal (see notes) | 23.  Normal / Abnormal (see notes) |
| 24.  F. Smith | 24. | 24. |
| 25.  F. Smith | 25. | 25. |
| OD / OS / OU | OD / OS / OU | OD / OS / OU |
| 26.  20/85 / 20/20 / 20/85 | 26.        / / | 26.        / / |
| 27.        / / | 27.        / / | 27.        / / |
| 28.  Normal / Abnormal (see notes) | 28.  Normal / Abnormal (see notes) | 28.  Normal / Abnormal (see notes) |
| 29. | 29.  O'Canoll LPN | 29. |
| 30. | 30.  20 / DC | 30. |
| OD / OS / OU | OD / OS / OU | OD / OS / OU |
| 31.        / / | 31.        / / | 31.        / / |
| 32.        / / | 32.  20/40 / 20/40 / 20/30 | 32.        / / |
| 33.  Normal / Abnormal (see report) | 33.  Normal / Abnormal (see report) | 33.  Normal / Abnormal (see report) |
| 34.  7/14  Normal / Abnormal (see report) | 34.  2017  Normal / Abnormal (see report) | 34.  2017  Normal / Abnormal (see report) |
| 35.  4/14  Normal / Abnormal (see report) | 35.  2016  Normal / Abnormal (see report) | 35.  2016  Normal / Abnormal (see report) |
| 36.  4/15  Normal / Abnormal (see report) | 36.  8/2018  Normal / Abnormal (see report) | 36.  8/2018  Normal / Abnormal (see report) |
| 37.  Normal / Abnormal (see report) | 37.  Normal / Abnormal (see report) | 37.  Normal / Abnormal (see report) |
| 38.  Normal / Abnormal (see report) | 38.  Normal / Abnormal (see report) | 38.  Normal / Abnormal (see report) |
| 39.  Normal / Abnormal (see report) | 39.  Normal / Abnormal (see report) | 39.  Normal / Abnormal (see report) |
| 40.  Normal / Abnormal (see notes) | 40.  Normal / Abnormal (see notes) | 40.  Normal / Abnormal (see notes) |
| 41. | 41.  O'Canoll LPN | 41. |
| 42.  5/17  Normal / Abnormal (see report) | 42.  2017  Normal / Abnormal (see report) | 42.  Normal / Abnormal (see report) |
| 43.  Normal / Abnormal (see notes) | 43.  Normal / Abnormal (see notes) | 43.  Normal / Abnormal (see notes) |
| 44.  Negative / Positive (see notes) | 44.  Negative / Positive (see notes) | 44.  Negative / Positive (see notes) |
| 45.  Normal / Abnormal (see notes) | 45.  Normal / Abnormal (see notes) | 45.  Normal / Abnormal (see notes) |
| 46.  Normal / Abnormal (see notes) | 46.  Normal / Abnormal (see notes) | 46.  Normal / Abnormal (see notes) |
| 47.  F. Smith | 47.  O'Canoll LPN | 47. |

Inmate Name: Phillips, Lawrence  AIS# 243212  D.O.B. _____



000006

**Alabama Department of Corrections**
**Inmate Periodic Health Assessment – Form E-4-(a)**

| | RESPONSE | | RESPONSE | Health Care Codes: |
|---|---|---|---|---|
| **Year 4** | Institution: *Holman* | **Year 5** | Institution: | |
| 1. | 1·28·20 | 1. | | **Year 1** |
| 2. | 40 | 2. | | Current Health Care Code: *HC-1* |
| 3. | 146/90 | 3. | | Provider Signature / Date: |
| 4. | 97.8 | 4. | | *J Guese Bur 72717* |
| 5. | 71.8   99.% | 5. | | **Year 2** |
| 6. | 18 | 6. | | Current Health Care Code: *HC-1* |
| 7. | 200 lbs. | 7. | lbs. | Provider Signature / Date: |
| 8. | 183 lbs. | 8. | lbs. | *Dr OO HPOC 12/7/18* |
| 9. | +17 lbs. | 9. | lbs. | **Year 3** |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | Current Health Care Code: |
| 11. | 89 | 11. | | Provider Signature / Date: |
| 12. | Past ⊕ 2017  17 mm's | 12. | mm's | |
| 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | **Year 4** |
| 14. | X / DD | 14. | / | Current Health Care Code: |
| 15. | X / DD | 15. | / | Provider Signature / Date: |
| 16. | X / DD | 16. | / | |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | **Year 5** |
| 18. N/A | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | Current Health Care Code: |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | Provider Signature / Date: |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | |
| 18. c. | | 18. c. | | |
| 19. N/A | No / Yes (see results below) | 19. | No / Yes (see results below) | **Year 1 Assessment Conducted by:** |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | Health Care Professional Signature / Date: |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | *J. Smith* |
| 22. | | 22. | | |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | **Year 2 Assessment Conducted by:** |
| 24. | DD rtch UP | 24. | | Health Care Professional Signature / Date: |
| 25. | X / DD | 25. | | *D Carol 9-18-18* |
| | OD / OS / OU | | OD / OS / OU | **Year 3 Assessment Conducted by:** |
| 26. | / | 26. | / | Health Care Professional Signature / Date: |
| 27. | / | 27. | / | |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | |
| 29. | | 29. | | **Year 4 Assessment Conducted by:** |
| 30. | | 30. | | Health Care Professional Signature / Date: |
| | OD / OS / OU | | OD / OS / OU | |
| 31. | / | 31. | / | |
| 32. | | 32. | | **Year 5 Assessment Conducted by:** |
| 33. N/A | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) | Health Care Professional Signature / Date: |
| 34. 5/19 | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) | |
| 35. | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) | |
| 36. 8/18 | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) | **Begin Next Five Year** |
| 37. N/A | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) | **Periodic Health Assessment Cycle:** |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | **Month:** |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | |
| 41. | DD rtch UP | 41. | | **Year:** |
| 42. 8/18 | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see notes) | |
| 43. ⊕ | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | ADOC – Office of Health Services |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | Policy and Procedure E-4 |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 2nd Edition December 1, 2011 |
| 47. | DD rtch UP | 47. | | |

Inmate Name: _____ AIS# _____ D.O.B. _____



# BRUSHING AND FLOSSING FOR DENTAL HEALTH
### An effective oral hygiene routine starts with a few simple steps.

## BRUSHING

- A proper brushing technique is the first step to maintaining healthy teeth and gums. Plus, it helps minimize the risk of tooth decay and gum disease, the major causes of tooth loss.
- While there are several tooth brushing techniques, always ask your dental professional for their recommendation and be sure to follow their instructions. Use a soft bristle brush and fluoride toothpaste.
- To brush your teeth correctly, spend at least two (2) minutes brushing time being sure to include at least 30 seconds each section of your mouth (upper right, upper left, lower left and lower right) twice a day. Morning and night are preferred, but especially at night. Brush more often if you can.
- Place your toothbrush at a 45-degree angle towards the gums and brush in short, half-tooth-wide circular strokes against the gum line. Brush no more than two teeth at a time. See pictures below.
- Brush the outside, inside and top of your teeth in each section of your mouth.
- Pay special attention to the gum line areas.
- Brush your tongue in a back-to front sweeping motion to remove food particles and help removed odor causing bacteria to freshen your breath.
- Now that you've learned proper brushing technique, a little discipline in practicing it daily will help make it feel like second nature. It is one of the easiest things you can do to maintain the health of your teeth and gums.



## Flossing

- Use about 18 inches of floss, so that you have a clean piece of floss to use on each tooth in the cleaning process. See pictures below.
- Curve the floss into a C-shape as you slide it up and down along the sides of each tooth, front and back.
- Floss all your teeth, front and back, top and bottom.
- Proper brushing and flossing should be part of your daily oral care routine and are the most important things in protecting your teeth and gums and keeping your mouth healthy.



Signature: _____    AIS #:_____    Date: _____

5-18

# ADOC

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Name ████████████████                    Mother
                                          Relationship

Street Address _____        ████████████
                                          Phone Number

City _____   State _____   Zip Code _____

Inmate Signature _____   Doc# _____   S.S.# _____   Date _____

Witness  DDorten LPN                                              1.20.20
                                                                  Date

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Phillips Lawrence | | 243212 | ████ | B/m | Holman |

AL-70003-CMS Notification of Next of Kin

000009

I have received the *Access to Healthcare* information. I understand how to access health care and I understand the grievance process.

_____   243212                    1.28.20
Patient name                        AIS number                 Date


DDoitch LPN                                                    1.28.20
CMS staff                                                      Date

Alabama Department of Corrections
## Inmate Consent for Verbal Communication / Release of Current Health Status



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - after the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS H-2-c.

This form is recognized as current if signed by the inmate and dated within the past twelve (12) rolling calendar months. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).

...................................................................................................................................

I understand this authorization is valid for 365 days, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my current health status with the following family members:

Name ▮▮▮▮▮▮▮▮▮▮▮

Family Relationship *Mother*

Address ▮▮▮▮▮▮▮▮▮

Phone Number ▮▮▮▮▮▮▮▮

Name ▮▮▮▮▮▮▮▮

Family Relationship *Sister*

Address

Phone Number ▮▮▮▮▮▮▮▮

Inmate Name (printed): *Phillips Lawrence*

AIS # : *243212*

Date of Birth: ▮▮▮▮▮▮

Inmate Signature: X *[signature]*

*[signature]* Authorized Health Care Professional (signature)

Title *LPN*

Date *1.28.20*

082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013



Alabama Department of Corrections
Office of Health Services
**Data Entry Notification**

*Medical Code*

Facility: _Holman_

Date: _____

Inmate Name: _Phillips Lawrence_

AIS#: _243212_

Code to be entered:   HC 1   HC 2   HC 3   HC 4   HC 5   HC 6   HC 7

(Circled by Medical Provider)

Subset/s to be entered: _____

Authorized Provider: _____

*************************************************************
*Completed form is given to the Health Services Administrative Assistant (AA).*
*AA gives form to the designated data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*
*************************************************************

Check-off completion file only:

Data Entry by: _____

Date Entered: _____

ADOC – OHS Form A – 8 – c

2007; Revised 09202012, 052013, 092014

000012

Attachment 2

# T.B. Screening Form

Skin Test Positive Date: 7|9|17    MM Reading: 17    Today's Date: 1.28.20

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | | ✓ |
| Fever / Chills | | ✓ |
| Hoarseness | | ✓ |
| Chest Pain | | ✓ |
| Weight Loss | | ✓ |
| Usual Weight | 183 | |
| Present Weight | 200 | |
| Night Sweats | | ✓ |
| Excessive Fatigue | | ✓ |
| Dyspnea | | ✓ |
| Productive Cough (more than 3 weeks) | | ✓ |

IF YES:
Sputum Production _____    Color _____

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature DDortch LPN    Date 1.28.20

**_*Chest X-Ray & Sputum if any YES answers (excluding HIV)._**

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Phillips Lawrence | 243212 | ███████ | Holman |

CP60512AL - AL-DOC TB Screening Form
Issued 4/2010  Revised 4/2016

000013

Alabama Department of Corrections

### INMATE FOOD SERVICE CLEARANCE



**CURRENT SYMPTOM SCREENING (REQUIRED FOR CLEARANCE):**

| | | |
|---|---|---|
| **Diarrhea?** | ☐ Yes | ☑ No |
| **Vomiting?** | ☐ Yes | ☑ No |
| **Jaundice?** | ☐ Yes | ☑ No |
| **Sore throat with fever?** | ☐ Yes | ☑ No |
| **Infected Cut or Open and/or Draining wound?** | ☐ Yes | ☑ No |
| **TB symptoms screening negative?**<br>(complete TB Symptoms Screening form) | ☑ Yes | ☐ No |
| **Heat Related Restrictions?** | ☐ Yes | ☑ No |

This inmate's Medical Record has been reviewed and he/she has been examined:

☑ He/she **is** medically cleared as a food service worker at this time.

☐ He/she **is not** medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: ___12___ days / (months) (circle one).

___DDortch___  /  ___LPN___   ___1-28-20___
Licensed Health Care Professional Signature / Title        Date

___Phillips Lawrence___        ___243212___   ☐ DOB   ___Holman___
INMATE NAME        AIS #        DOB        INSTITUTION

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

File:
Original in Health Record
Copy to ICS

NA0145AL
Issued 12/2014

© 2014 Corizon Health, Inc.

000014

Alabama Department of Corrections
**Health Coding Guidelines Form**

| **Health Code** | **Status** | **Placement Guideline** |
|---|---|---|
| _____ Health Code 1 | Healthy Status, Stable, Infrequent Access to Health Care | Any Institution: <u>In or Out of State</u> |
| _____ Health Code 2 (females) | Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) | <u>In State</u> Hold |
| _____ Health Code 3 | Health Intervention Incomplete | <u>Hold</u> at Current ADOC Institution |
| _____ Health Code 4 | May Require Prompt Access to 24/7 Health Care Unit Staff | House in Major Institution or within Close Proximity to Major Institution |
| _____ Health Code 5 (Check Subset) | Requires Specialized Treatment at a Designated Health Unit | Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance |

___5-a  Dialysis
___5-b  Respiratory Suspect
___5-c  Direct Observation Chemo-Therapy .................................... ->   Twice Daily Nurse Visit & Telemedicine
___5-d  Pregnancy / Post Pregnancy Recovery

| _____ Health Code 6 (List Subsets) _____ _____ _____ | Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |
| _____ Health Code 7 | Cognitive Disorder / Alzheimer's Environment Consideration | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |

Provider Comments: _____

_____

_____

Provider Signature: _____   Title: _____   Date: _____

~Phillips Lawrence~
**Inmate Name**                          AIS#: 243212      D.O.B ███████

Institution:  Holman _____

Note:
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.



Alabama Department of Corrections
**Inmate Periodic Health Assessment – Form E-4-(c)**

Please update the ADOC computer information for:

Phillips Lawrence
(Print Inmate Name)

Wt. 200
TST Implanted N/A
Past ⊕ 7/19/17

With the AIS number of:

243212

The Health Assessment (Annual/Past Due) was completed on:

1 , 28 , 20
Month / Date / Year

This inmate's current Health Code (HC- 3 ) should be listed as:

HC - _____

Submitted by:

DDrtch   LPN                          1.28.20
Health Care Professional Name / Title        Date

ADOC – Office of Health Services, 092010, E-4-(c)

000016

# Wexford Health
SOURCES INCORPORATED

## Release of Responsibility Form

Name: _____   Date: _____   Time: _____

ID Number: _____   DOB/Age: _____ / _____

I hereby refuse to accept the following treatment/recommendations:

Rectal / stool / prostate / testicular exam
_____
_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_____   _____
Inmate Signature                              Date/Time

DDorten LPN
_____   _____
Witness                                           Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____   _____
Witness                                           Witness

_____   _____
Witness                                           Witness

000017

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)

Phillips  Lawrence                           243212                    _____
**Inmate Name**                              **AIS #**              **Date of Birth**

____  Restriction: _____

Start Date: _____  Stop Date: _____

____  Limitations: _____

Start Date: _____  Stop Date: _____

____  Stop Up  and/or  Lay In (*circle one or both*)  Start Date: _____  Stop Date: _____

____  Other: _____  Start Date: _____  Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

You failed to report to your MD appointment.
You will be rescheduled.

_____  T Crook  LPN  _____    HCU    11/12/19
**Health Professional**    (Printed Name)         **Health Division**    **Date**


____  Security Watch. Staggered checks required at timeframe: _____

____  Watch Housing Required: ____ Crisis Cell  ____ Other: _____

____  Items Allowed: _____

____  Infirmary Placement Required.  Location: _____

____  Isolation Precautions: _____

____  Sheltered Housing Requested.  Location: _____

____  Other Requested: _____

____  Response to Security after Requested Evaluation of Inmate:

Special Needs: _____

Other Instructions: _____
_____  J Crook  _____    LPN    11/12/19
**Health Professional**    (Signature)         **Title**    **Date**

*Original (1ˢᵗ Page) – Health Record*      *Copy (2ⁿᵈ Page) – Shift Commander*      *Top Perforated Portion (3ʳᵈ page) - Inmate*

| Institution:  Holman | Form A-9-(b) |

NA0704AL                          Revised 4/2017
Issued 12/2014            ADOC – Office of Health Services; 2017                    000018


# CORIZON™

## T.B. Screening Form

Skin Test Positive Date: 7-19-17   MM Reading: 17mm Today's Date: 9-18-18

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | ___ | ✓ |
| Fever / Chills | ___ | ✓ |
| Hoarseness | ___ | ✓ |
| Chest Pain | ___ | ✓ |
| Weight Loss | ___ | ✓ |
| Usual Weight | 168 | |
| Present Weight | 168.5 | |
| Night Sweats | ___ | ✓ |
| Excessive Fatigue | ✓ | ___ |
| Dyspnea | ___ | ✓ |
| Productive Cough (more than 3 weeks) | ___ | ✓ |

IF YES:
Sputum Production _____   Color _____

   Consistency _____

Hemoptysis _____ n/a _____

HIV Positive _____ n/a _____

Nurse Signature: Ocandl   Date 9-18-18

**_*Chest X-Ray & Sputum if any YES answers (excluding HIV)._**

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Phillips, Lawrence | 243212 | ████ | VCF |

CP60512-AL
Issued 4/2010

AL-DOC TB Screening Form
Revised 4/2016

© 2016 Corizon Health, Inc.

000019

**Alabama Department of Corrections**
### Health Coding Guidelines Form

| **Health Code** | **Status** | **Placement Guideline** |
|---|---|---|

Health Code 1 — Healthy Status, Stable, Infrequent Access to Health Care — Any Institution: In or Out of State

Health Code 2 (females) — Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) — In State Hold

Health Code 3 — Health Intervention Incomplete — Hold at Current ADOC Institution

Health Code 4 — May Require Prompt Access to 24/7 Health Care Unit Staff — House in Major Institution or within Close Proximity to Major Institution

Health Code 5 (Check Subset) — Requires Specialized Treatment at a Designated Health Unit — Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance

   5-a Dialysis
   5-b Respiratory Suspect
   5-c Direct Observation Chemo-Therapy ..................................... -> Twice Daily Nurse Visit & Telemedicine
   5-d Pregnancy / Post Pregnancy Recovery

Health Code 6 (List Subsets) — Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer

Health Code 7 — Cognitive Disorder / Alzheimer's Environment Consideration — Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer

Provider Comments: _____

_____

Provider Signature: _____  Title: _____  Date: 12/7/18

Inmate Name: Phillips, Lawrence    AIS#: 243212    D.O.B. ▮▮▮▮

Institution: VCF

**Note:**
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014

File: Health Record
000020

# Annual Vaccination Record

## Influenza

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
| 10/16/18 | ® deltoid | C Hunter, RN |
| 4/6/19 | ® deltoid | M Rosa R |
| | | |

## Pneumoccal

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

_____ Refusal Signed _____ Date _____ Nurse Signature

| Date Given mo/da/yr | Site Given | Nurse Signature |
|---|---|---|
| 12/21/15 | ® deltoid | M Haynes (RN) / J Cook PN |
| | | |
| | | |

**\* All vaccination forms must be moved to the newest volume of the medical record.**

WEXFORD HEALTH
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: _Phillips, Lawrence_      Date: _6/3/20_      Time: _1400_

ID Number _243212_      DOB/Age: _██████████_ / _____

**I hereby refuse to accept the following treatment/recommendations:**

_failed to show for sick call appt. after being
called to HCU several times by officer.
Called x 2 deeps_

**I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects, which may result from this action.**

_____        _____
Inmate Signature                          Date/Time


_____        _____
Witness                                        Date/Time


**The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.**

_A. Moss RN_                           _____
Witness                                        Witness


_O. A___  CO_                          _____
Witness                                        Witness


CP7120AL

000022

 **Wexford Health**
SOURCES INCORPORATED

### Release of Responsibility Form

Name: _Phillips Lawrence_      Date: _5/7/20_      Time: _1400_

ID Number: _243212_      DOB/Age: ████████ /_____

I hereby refuse to accept the following treatment/recommendations:

_Sick Call refused — called multiple times & did not show up_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects, which may result from this action.

_____        _____
**Inmate Signature**                                          **Date/Time**

_____        _____
**Witness**                                                        **Date/Time**

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____        _____
**Witness**                                                        **Witness**

_Anthony Lynch_
_____        _____
**Witness**                                                        **Witness**

CP7120AL

000023

# Restrictive Housing Record
## Initial Health Record Review

Date notified: 2/13/20  Time notified: 2150

Existing medical conditions precluding housing in segregation:
☑ No  ☐ Yes  If yes, describe:

Currently receiving mental health services:  ☐ No  ☑ Yes

History of suicide watch or attempts?  ☐ No  ☑ Yes

Mental Health notified of admission to segregation:
☑ Yes  Date: 2/13/20  Time: 2150

Security notified:
☑ Not indicated  ☐ Yes  Date:_____  Time:_____

Currently on medications:  ☐ No  ☑ Yes

Arrangements made for medication administration:  ☐ No  ☑ Not Indicated  ☐ Yes

Signature _____  Date 2/13/20  Time 2150

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:
W. Whitaker lpn ww
Stannetta SH

NAME: Phillips, Lawrence  I.D.#: 243212  DOB: _____  YEAR: 2020

P6527AL–Restrictive Housing Record – ADOC Approved 04/2011

Revised 11/2014

000024

# Restrictive Housing Record
## Initial Health Record Review

Date notified: 12-21-19   Time notified: 0535

Existing medical conditions precluding housing in segregation:
☑ No  ☐ Yes   If yes, describe:

Currently receiving mental health services: ☐ No  ☑ Yes

History of suicide watch or attempts? ☑ No  ☐ Yes

Mental Health notified of admission to segregation?
☑ Yes   Date: 12-21-19   Time: 0535

Security notified:
☐ Not indicated  ☑ Yes   Date: 12-21-19   Time: 0535

Currently on medications:  ☐ No  ☑ Yes

Arrangements made for medication administration: ☐ Not indicated  ☑ Yes

Signature _____   Date 12-21-19  Time 0535

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:

NAME: Phillip, Lawrence

I.D #: 243212

DOB: _____   YEAR: 2020

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011          Revised 11/2014



Alabama Department of Corrections
**THERAPEUTIC DIET ORDER FORM (MALE)**

*Please refer to the **ADOC Diet Manual** for further guidance in prescribing therapeutic diets.
*All diets listed below include three (3) meals daily — Sunday through Saturday.

**Check the diet requested for this male inmate:**

✓ Wellness diets are available for inmates diagnosed with heart disease and/or diabetes.
**Wellness, Cardiac/Diabetes (2400 calories, 125 gm protein, No Concentrated Sweets)**

The Reduced Calorie option, also appropriate for diabetics, is for those who desire weight loss and will strive to be compliant.
**Wellness, Cardiac/Diabetes (2000 calories, 107 gm protein, Consistent Carbohydrate, 3 gm Sodium)**

HS snacks should only be ordered for inmates who are insulin dependent.
**HS Snack; Prescribe only for IDDM, (Provides 200 additional calories and 8 gm protein/day)**

Enhanced Calorie/Protein diets are intended for those with wasting diseases and related nutritional problems. HS snacks are included without orders.
**Enhanced Calorie/Protein; Includes HS Snack (3000 calories, 150 gm protein)**

Mechanical altered diets are intended for inmates with significant to severe dental/oral problems in which the ability to chew is significantly impaired.
**Mechanical Soft/Blended (2200-2500 calories, 85-99 gm protein)**

**Dialysis:** Intended for Stage 5 Renal Failure inmates receiving dialysis. **(2600 calories, 116 gm protein, 2880 mg Na+, 2350 mg K+, 1200 mg Phosphorous, <1400 mg Calcium)**

**Clear Liquid: (Nutritionally inadequate)** Use for hydration maintenance, medical tests preparation.

**Other; Consult with ADOC Nutritionist (334-313-1107)**

**Diet Start Date:** 2/18/20          **Diet Stop Date:** 2/18/21

**Licensed Provider Signature:** Shahla Bo~~~~ CRNP CP   **Date:** 2-19-20

**If no start or no stop date,** contact the Health Care Unit for clarification.

**Inmate Name** Phillips, Lawrence   **AIS#** 243212
**Institution:** CCF   **Housing Location:** C-18-1A

Distribution:  Original – Health Record       Yellow – Inmate       Pink – Food Services
ADOC – Food Services 2018

000026

## Keep on Person (KOP) ~~ine Program Agreement

### I understand that:

The KOP medicine program lets me take some medicines on my own, instead of in the med line.
I have been trusted to have KOP medicine. **I will never give my medicine to another inmate or take medicine from other inmates.** I know the rules and will follow the rules.

### Medical staff has discussed my KOP medicine with me and I understand:

- Why I am taking it
- How I am supposed to take it
- Problems I should report to medical or a correctional officer

If I take the medicine only "as needed"  (for example nitro or a rescue inhaler), medical staff will explain to me when to request a refill.

If I get more than one KOP medicine, each one will be in a separate package.
- Each package will have a label with my name and directions that tell me how to take it
- I must show my  ID to get my medicine.
- If I refuse my medicine, I must sign a refusal
If I have questions, I will ask the nurse who gives me the medicine.

KOP medicine becomes contraband if:
- I am not taking it the way the instructions say to. (I  have to return it to the medical department)
- I  keep my medication after I refuse it or after the "Stop date" on the label
- My KOP medicine does not have a label with my name and instructions on it

### I also know that:

KOP medicines usually come in a 30-day supply (sometimes this may be more than one package).
If  I will be taking a KOP medicine  for more than 30 days I will need to get the medicine "refilled".
- If I request a refill too soon, the pharmacy will not refill the order
- It is time to refill my medicine when I have only enough left to last ___7___ days

### I will put in a sick call slip if I have concerns about my KOP medicine.

| Patient Signature | Date 2/13/20 |
|---|---|
| Health Staff Signature | Title     R | Date 2/13/20 |

NA7534a
Issued 1/2014

Alabama Department of Corrections

## INMATE FOOD SERVICE CLEARANCE



CURRENT SYMPTOM SCREENING (REQUIRED FOR CLEARANCE):

| | |
|---|---|
| Diarrhea? | ☐ Yes   ☑ No |
| Vomiting? | ☐ Yes   ☑ No |
| Jaundice? | ☐ Yes   ☑ No |
| Sore throat with fever? | ☐ Yes   ☑ No |
| Infected Cut or Open and/or Draining wound? | ☐ Yes   ☑ No |
| TB symptoms screening negative? (complete TB Symptoms Screening form) | ☑ Yes   ☐ No |
| Heat Related Restrictions? | ☐ Yes   ☑ No |

This inmate's Medical Record has been reviewed and he/she has been examined:

☐ He/she is medically cleared as a food service worker at this time.

☑ He/she is not medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: _12_ days / months (circle one).

_____ / _____     2/13/20
Licensed Health Care Professional Signature / Title          Date

Phillips Lawrence                243212                    LCF
**INMATE NAME**                  **AIS #**      **DOB**      **INSTITUTION**

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

File: Original in Health Record     Copy: to ICS

NA0145AL

000028

 **Wexford Health**
S O U R C E S   I N C O R P O R A T E D

# Release of Responsibility Form

Name: _Lawrence Patrick Phillips_ Date: _1/6/20_ Time: _____

ID Number _243212_    DOB/Age: ████████ , _40_

**I hereby refuse to accept the following treatment/recommendations:**

_BP check_

_____

_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects, which may result from this action.

_____    _____
Inmate Signature                    Date/Time

_____    _1-13-20  0800_____
Witness                               Date/Time

_____

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____    _____
Witness                               Witness

_____    _____
Witness                               Witness

CP7120AL

000029

# Wexford Health
S O U R C E S   I N C O R P O R A T E D

**Release of Responsibility Form**

Name: _Lawrence Phillips_     Date: _1/2/2020_     Time: _0820_

ID Number: _243212_     DOB/Age: _████████_ / _40_

I hereby refuse to accept the following treatment/recommendations:

_Treatment    B/P_

_____

_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_____          _____
Inmate Signature                                         Date/Time

_____          _____
Witness                                                       Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_COI Chsa_____          _____
Witness                                                       Witness

_Lauren Rumt___ CO1_____          _____
Witness                                                       Witness

000030

Alabama Department of Corrections
**Treatment Sheet**



| Date Ordered: 11·19·19 | Ordered By: Blalock | Institution: HCF | Housing Location: AA-69 E21 |
|---|---|---|---|

Treatment Ordered: BP ✓ 2x/wk x 1 month

### Area of Treatment (Circle)

**Progress Notes:**

12/9/19. Failed to report to HCU

### Treatment Record

| MONTH / YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | | | | | | | | | | | | | | | | | | | | | ☐ | | ☐ | | ☐ | ☐ | | ☐ | | | |
| Dec | | ☐ | ☐ | | | | | | ☐ | ☐ | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Phillips Lawrence
Inmate Name

243212
AIS #

D.O.B.

ADOC – Office of Health Services 112010

1/23/2020

## LAWRENCE PATRICK PHILLIPS

### #00243212

Sex: Male
DOB: ████████(Age 40)
Agency: County
Location: M1-31A
JMS ID: 00243212
Allergies:
(Evaluation Required)

Tasks
Future (8)

# Tasks

Viewing 1-8 of 8 Items

| 1 | | | Update Notes |
|---|---|---|---|
| 01-15-2020 | MH - Ind. Psychologist<br>At staff request<br>Monthly MH F/U appt<br>[Created by: Beech, Danielle at 01-09-2020 13:42:03] | Recurs every 4 weeks until Monday, June 15<br>Cancel all future tasks | (none) |
| 01-17-2020 | RH - 30-Day Assessment<br>At staff request<br>RH<br>[Created by: Dabbs, Shannon at 12-23-2019 07:58:05]<br>[Last modified: Dabbs, Shannon at 12-23-2019 07:58:51] | | Update Notes<br><br>(none) |
| 01-17-2020 | RH - 30-Day Assessment<br>At staff request<br>RH<br>[Created by: Dabbs, Shannon at 12-23-2019 08:00:49] | | Update Notes<br><br>(none) |
| 02-12-2020 | MH - Ind. Psychologist<br>At staff request<br>Monthly MH F/U appt<br>[Created by: Beech, Danielle at 01-09-2020 13:42:03] | Recurs every 4 weeks until Monday, June 15<br>Cancel all future tasks | Update Notes<br><br>(none) |
| 03-11-2020 | MH - Ind. Psychologist<br>At staff request<br>Monthly MH F/U appt<br>[Created by: Beech, Danielle at 01-09-2020 13:42:03] | Recurs every 4 weeks until Monday, June 15<br>Cancel all future tasks | Update Notes<br><br>(none) |
| 04-08-2020 | MH - Ind. Psychologist<br>At staff request<br>Monthly MH F/U appt<br>[Created by: Beech, Danielle at 01-09-2020 13:42:03] | Recurs every 4 weeks until Monday, June 15<br>Cancel all future tasks | Update Notes<br><br>(none) |
| 05-06-2020 | MH - Ind. Psychologist<br>At staff request<br>Monthly MH F/U appt<br>[Created by: Beech, Danielle at 01-09-2020 13:42:03] | Recurs every 4 weeks until Monday, June 15<br>Cancel all future tasks | Update Notes<br><br>(none) |
| 06-03-2020 | MH - Ind. Psychologist<br>At staff request<br>Monthly MH F/U appt<br>[Created by: Beech, Danielle at 01-09-2020 13:42:03] | Recurs every 4 weeks until Monday, June 15<br>Cancel all future tasks | Update Notes<br><br>(none) |

Viewing 1-8 of 8 Items

000032

M61

Alabama Department of Corrections
**Health Services Communication Form**
(Medical, Dental, Mental Health)



*Phillips Lawrence*

243212

**Inmate Name**                    **AIS #**            **Date of Birth**

____ Restriction: _____

Start Date: _____ Stop Date: _____

____ Limitations: _____

Start Date: _____ Stop Date: _____

____ Stop Up **and/or** Lay In (*circle one or both*)    Start Date: _____ Stop Date: _____

____ Other: _____    Start Date: _____ Stop Date: _____

**Other Inmate Instruction** (include start/stop date if indicated):

*Failed to report to HCU for sick call. Any further*
*Complaints*

*J Stewart RNDO*          *Medical*       *1-13-19*

**Health Professional**     **(Printed Name)**       **Health Division**       **Date**

____ Security Watch. Staggered checks required at timeframe: _____

____ Watch Housing Required: ____ Crisis Cell ____ Other: _____

____ Items Allowed: _____

____ Infirmary Placement Required. Location: _____

____ Isolation Precautions: _____

____ Sheltered Housing Requested. Location: _____

____ Other Requested: _____

____ Response to Security after Requested Evaluation of Inmate:

____ Special Needs: _____

____ Other Instructions: _____

*J Stewart*                    *RNDO*         *11-13-19*

**Health Professional**     **(Signature)**       **Title**       **Date**

*Original (1st Page) – Health Record*    *Copy (2nd Page) – Shift Commander*    *Top Perforated Portion (3rd page) - Inmate*

| Institution: | *Holman* | | Form A-9-(b) |
|---|---|---|---|

NA0704AL                    Revised 4/2017              © 2017 Corizon Health, Inc.
Issued 12/2014        ADOC – Office of Health Services; 2017         000003

**| Health**
CORPORATED

# Release of Responsibility Form

_ence Phillips_          Date: _11/12/19_    Time: _7:45 pm_

_243212_              DOB/Age: _____/____

_ept the following treatment/recommendations:_

_efused  to  come  to  Sick Call_

_____

_____

been fully informed of, and understand the above treatment or recommendations and the risk(s) hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its sibility and ill effects, which may result from this action.

_____          _____
ate Signature                        Date/Time

_____          _____
                                    Date/Time

listed medical treatment/recommendations and has refused to sign this form.

_____CO. Z. Hord_____
              Witness

_____
              Witness



# 2019-2020
# Influenza Vaccine Consent Form

| PLEASE RESPOND TO EACH QUESTION WITH A YES OR NO | | |
|---|---|---|
| Have you ever had an allergic reaction to flu vaccine? | YES | NO |
| Are you allergic to eggs, or egg products? | YES | NO |
| Do you have a history of Guillain-Barre Syndrome? (illness associated with the swine flu in 1976 characterized by fever, nerve damage, and muscle weakness) | YES | NO |
| Are you allergic to Thimerosal (a mercury-based preservative)? | YES | NO |
| Are you allergic to latex? | YES | NO |
| Do you feel ill today or do you have a fever? | YES | NO |
| Are you currently taking an antibiotic for infection? | YES | NO |
| If you are female, are you pregnant?  # Weeks_____ | YES | NO |
| If you are female, are you nursing? | YES | NO |

I hereby certify that the foregoing history is true and complete to the best of my knowledge and I have received and read the "Vaccine Information Statement" from the CDC, have had an opportunity to ask questions that were answered to my satisfaction, and do wish to receive the flu vaccination fully understanding the risks and the benefits. I hereby consent to the administration of the flu vaccine (flu shot). Furthermore, I hereby release and forever discharge for myself, my heirs, executors, administrators and assignees, Wexford Health Sources, Inc. and their employees, owners and representatives from any and all claims, demands, actions and causes of action, which may result from participation in this program.   *Your personal information and results shall be held strictly confidential*

## PARTICIPANT INFORMATION AND CONSENT

LAST NAME: *Phillips*          FIRST NAME: *Lawrence*          MI:

ADDRESS:          CITY:          STATE:          ZIP:

PHONE:          E-MAIL:

BIRTHDATE:          AGE:

SIGNATURE:          DATE:

## PARTICIPANT REFUSAL

LAST NAME:          FIRST NAME:          MI:

SIGNATURE:          DATE:

## FOR CLINIC USE ONLY

MANUFACTURER AND LOT#: *Afgirus P1001/0964*

EXPIRATION DATE: *5/24/20*

SITE OF INJECTION: (R) L   DELTOID

SIGNATURE AND TITLE OF VACCINE ADMINISTRATOR: *M Rees Rn*          000035

Alabama Department of Correction
## Treatment Sheet

| Date Ordered: | Ordered By: | Institution: | Housing Location: |
|---|---|---|---|
| 11/3/19 | Blalock | Holman | |

**Treatment Ordered:**

Remove Sutures ℗ jaw line when healed, monitor for infection

**Area of Treatment (Circle)**



**Progress Notes:**

Reviewed
11-4-19
by Dr. Blalock

[signature] 11/4/19 @ 10:42AM

## Treatment Record

| MONTH / YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV 2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Phillips Lawrence

**Inmate Name**

243712

**AIS #**

**D.O.B.**

ADOC – Office of Health Services 112010

000036

# Restrictive Housing Record
## Initial Health Record Review

Date notified: 11-4-18   Time notified: 1015

Existing medical conditions precluding housing in segregation:
☑ No  ☐ Yes   If yes, describe:

Currently receiving mental health services: ☐ No  ☑ Yes

History of suicide watch or attempts? ☑ No  ☐ Yes

Mental Health notified of admission to segregation:
☑ Yes   Date: 11-4-18   Time: 1015

Security notified:
☐ Not indicated  ☑ Yes   Date: 11-4-18   Time: 1015
Currently on medications: ☐ No  ☑ Yes
Arrangements made for medication administration: ☐ Not indicated   Date 11-4-18   Time 1015

Signature _Chares RN_

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:

NAME: Phillip Lawrence   I.D #: 243212   DOB: ____   YEAR: 2018

000037

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011

Revised 11/2014



Alabama Department of Corrections
**Inmate Authorization for Release of Health Records**

| Inmate Name: Phillips, Lawrence | AIS Number: 243212 | Date of Birth: ▇▇▇▇▇▇ |
|---|---|---|
| Institution Releasing Information: ACH | Date: 10/31/19 | ADOC Contractor: Wexford Health Sources |

I am either the patient named above or the patient's legally authorized representative.
By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to the release of the following information, including protected health information, included in my health record to:

| Name / Agency: | Address: | City, State, Zip Code: |
|---|---|---|
| Wexford Health Sources Holman CF | 866 Ross Road | Atmore, AL 36502 |

| Information to be released: | From the dates of: 10/30/19 | To: 10/31/19 |
|---|---|---|
| X Admission Reports | X Discharge Reports | X X-Ray Reports |
| X Operative Summary Reports | X Special Studies Reports | X Laboratory Reports |
| X Immunization History | ✓ Mental Health Reports* | ✓ Psychiatric Summary Reports* |
| ✓ Drug/Alcohol History and Counseling* | ✓ HIV Status and Treatment* | ✓ Sexually Transmitted Diseases Status and Treatment* |
| Other (specify): | | |

| Purpose for which disclosure is being made: | | |
|---|---|---|
| X Doctor | Insurance | Attorney |
| Other (specify): | | |

*I understand that my expressed consent is required to release any health information relating to testing, diagnosis, and/or treatment for HIV (AIDS virus), sexually transmitted diseases, psychiatric disorders/mental heath, and/or drug and/or alcohol use. You are hereby specifically authorized to release all health care information relating to such testing, diagnosis, and/or treatment of the aforementioned conditions.

| _(signature)_ | 10-31-2019 |
|---|---|
| Signature of Patient or Authorized Representative | Date |

I understand health records cannot be disclosed without written consent, except as provided for under federal or state law. This authorization is valid for 90 days after the date signed and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.
State law provides that a reasonable fee may be charged for the production of these records.

| _(signature)_ | 10-31-2019 |
|---|---|
| Signature of Patient or Authorized Representative | Date |
| *Authorized Representative's relationship to patient and authority to act for patient: | |

000038



Alabama Department of Corrections
**Treatment Sheet**

| Date Ordered: | Ordered By: | Institution: | Housing Location: |
|---|---|---|---|
| 10/30/2019 | Blalock | Holman | |

**Treatment Ordered:**
Monitor left lower lip for s/s of infection until healed

| Area of Treatment (Circle) | Progress Notes: | |
|---|---|---|
| | 11-3-19  NS | 11-15-19  NS |
| | 11-5-19  NS | 11-16-19  NS |
| | 11-6-19  NS | 11-17-19  NS |
| | 11-7-19  NS | 11-18-19  NS |
| | 11-8-19  NS | 11-19-19  NS |
| | 11-9-19  NS | 11-20-19 NS |
| | 11-10-19  NS | 11-21-19 NS |
| | 11-11-19  NS | 11-22-19  NS |
| | 11-12-19  NS | 11-23-19 NS |
| | 11-13-19  NS | 11-24-19 NS |
| | 11-14-19  NS | 11-25-19 NS |

**Treatment Record**

| MONTH / YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | →2/4 | | |
| Nov. | ✗ | ✗ | ✗ | ✗ | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Phillips Lawrence
**Inmate Name**

243212
**AIS #**

**D.O.B.**

ADOC – Office of Health Services 112010

NS = No Show

000039

# Restrictive Housing Record
## Initial Health Record Review

Date notified: 9/30/15    Time notified: 2030

Security notified:
☑ Not indicated  ☑ Yes  Date: 9/30/15  Time: 2030

Existing medical conditions precluding housing in segregation:
☑ No  ☐ Yes  If yes, describe:

Currently on medications: ☐ No  ☑ Yes

Currently receiving mental health services: ☐ No  ☑ Yes

Arrangements made for medication administration: ☐ Not indicated  ☑ Yes

History of suicide watch or attempts? ☐ No  ☑ Yes

Mental Health notified of admission to segregation:
☑ Yes  Date: 10/1/15  Time: 0800

Signature _____  Date 10/1/15  Time 0800

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:

NAME: Phillips, Lawrence

I.D #: 213310    DOB:

YEAR: 2015    M-7

CP60527AL-Restrictive Housing Record – ADOC Approved 04/2011

Revised 11/2014

Alabama Department of Corrections
**Treatment Sheet**

| Date Ordered: | Ordered By: | Institution: | Housing Location: |
|---|---|---|---|
| 9/26/19 | Blalock | Holman | WARE |

Treatment Ordered:
Monitor multiple lacerations daily

| Area of Treatment (Circle) | Progress Notes: |
|---|---|



3 lacerat...

Progress Notes:
10/1 remove Sutures
10/8 remove Staples

**Treatment Record**

| MONTH YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep 2019 | | | | | | | | | | | | | | | | | | | | | | | | | X data | | | | | | |
| Oct 2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

↑ Remove Sutures    ↑ Remove Staples

Phillips Lawrence
Inmate Name

243212
AIS #

D.O.B.

ADOC – Office of Health Services I 12010

000041

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**FROM:**   ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

**SUBMITTED BY:** TURNER, DAVID

**SPECIAL INSTRUCTIONS:**

**RX:** 23807510

---

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

TURNER, DAVID LEE
BT5123322

*HARVEST, AL 35749*

**NAME:**   PHILLIPS, LAWRENCE PATRICK       **MRN:** 00243212

**ADDRESS:**  L - L77 - 14A -                **DOB:** ▓▓▓▓▓▓

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**ORDER TYPE:** *PROFILE*       **RELEASE MED:**  No

| Apap 325mg Tab 2x12ct (TYLENOL)  -- KOP ORDER |
|---|
| QUANTITY: 24.0000 |
| TAKE 1 TABLET(S) ORALLY FOUR TIMES DAILY |

**WRITTEN:** 11/03/20   **REFILLS:**     0   **RX:** 23807510   Signature:

**START:** 11/03/20   **STOP:**  11/08/20                      TURNER, DAVID LEE

**PHARMACY:** 1   **STOCK:** 0   **BACKUP:**  0   DEA:  BT5123322

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337    **FAX:**    800-523-0008

**FROM:** ALLM - LIMESTONE CORR FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

**SUBMITTED BY:** CHRISTOPHER, STEPHEN

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 23156650

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

CHRISTOPHER,
STEPHEN L
FC7839321

**NAME:** PHILLIPS, LAWRENCE PATRICK    **MRN:** 00243212

**ADDRESS:** L - L77 - 14A -    **DOB:** ▉▉▉▉▉

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**ORDER TYPE:** *PROFILE*    **RELEASE MED:** No

| Penicillin VK 500mg Tab (PEN-VEE K) -- KOP ORDER |
| :---: |
| QUANTITY: 21.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY |

**WRITTEN:** 08/18/20    **REFILLS:** 0    **RX:** 23156650    Signature: _____ DMD

**START:** 08/18/20    **STOP:** 08/24/20      CHRISTOPHER, STEPHEN L

**PHARMACY:** 21    **STOCK:** 0    **BACKUP:** 0    DEA: FC7839321

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**      Diamond Pharmacy Services
             PO BOX 786
             Indiana, PA 15701-0786

**PHONE:** 800-882-6337          **FAX:**      800-523-0008

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**FROM:**    ALLM - LIMESTONE CORR
             FACILITY
             28779 NICK DAVIS ROAD

             HARVEST, AL 35749

**PHONE:** 256-233-4600

**SUBMITTED BY:**  TURNER, DAVID

**SPECIAL INSTRUCTIONS:**

    **RX:** 23601094

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*                              TURNER, DAVID LEE
                                                     BT5123322
*HARVEST, AL 35749*

**NAME:**     PHILLIPS, LAWRENCE PATRICK          **MRN:**  00243212
**ADDRESS:**  L - L77 - 14A -                      **DOB:** ████████
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**
**ORDER TYPE:** *PROFILE*          **RELEASE MED:**  No

| Penicillin VK 500mg Tab (PEN-VEE K)  -- KOP ORDER |
|---|
| QUANTITY: 30.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY |

**WRITTEN:** 10/09/20    **REFILLS:**      0    **RX:** 23601094    Signature: _____
**START:**   10/09/20    **STOP:**  10/18/20                                    TURNER, DAVID LEE
**PHARMACY:** 30         **STOCK:**  0    **BACKUP:**    0    DEA: BT5123322

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337 **FAX:** 800-523-0008

**FROM:** ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** POURSAIED, SHAHLA

**SPECIAL INSTRUCTIONS:**

**RX:** 23501670

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

POURSAIED, SHAHLA

*HARVEST, AL 35749*

**NAME:** PHILLIPS, LAWRENCE PATRICK   **MRN:** 00243212
**ADDRESS:** L - L77 - 14A -   **DOB:** ▮▮▮▮▮▮
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**
**ORDER TYPE:** *PROFILE*   **RELEASE MED:** No

| Vitamin B-6 25mg Tablet (VITAMIN B-6) -- DOT/COT ORDER |
|---|
| QUANTITY: 3.0000 |
| TAKE 1 TABLET(S) ORALLY AT BEDTIME |

**WRITTEN:** 09/29/20   **REFILLS:** 0   **RX:** 23501670   Signature: _____
**START:** 10/14/20   **STOP:** 10/16/20                    POURSAIED, SHAHLA
**PHARMACY:** 3   **STOCK:** 0   **BACKUP:** 0   DEA:

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000045

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**     Diamond Pharmacy Services
            PO BOX 786
            Indiana, PA 15701-0786

**PHONE:** 800-882-6337     **FAX:**     800-523-0008

**FROM:**   ALLM - LIMESTONE CORR
            FACILITY
            28779 NICK DAVIS ROAD

            HARVEST, AL 35749
**PHONE:** 256-233-4600

SUBMITTED BY: POURSAIED, SHAHLA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 23501651

*ALLM - LIMESTONE CORR FACILITY*                 POURSAIED, SHAHLA
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

**NAME:**     PHILLIPS, LAWRENCE PATRICK          **MRN:** 00243212
**ADDRESS:**  L - L77 - 14A -                                      **DOB:** ▆▆▆▆▆
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**
**ORDER TYPE:** *PROFILE*          **RELEASE MED:** No

| Isoniazid 300mg Tablet (NYDRAZID) -- DOT/COT ORDER |
| :--- |
| QUANTITY: 3.0000 |
| TAKE 1 TABLET(S) ORALLY AT BEDTIME |

**WRITTEN:** 09/29/20     **REFILLS:**     0     **RX:** 23501651     Signature: _____
**START:** 10/14/20     **STOP:**     10/16/20                    POURSAIED, SHAHLA
**PHARMACY:** 3     **STOCK:** 0     **BACKUP:** 0     DEA:

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

**FROM:**   ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** TURNER, DAVID

**SPECIAL INSTRUCTIONS:**

**RX:** 23413473

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

TURNER, DAVID LEE
BT5123322

| | | |
|---|---|---|
| **NAME:** PHILLIPS, LAWRENCE PATRICK | **MRN:** | 00243212 |
| **ADDRESS:** L - L77 - 14A - | **DOB:** | ███████ |
| **ALLERGIES:** NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | |
| **ORDER TYPE:** *PROFILE*   **RELEASE MED:** No | | |

| **Apap 325mg Tab 2x12ct (TYLENOL)  -- KOP ORDER** |
|---|
| QUANTITY: 24.0000 |
| TAKE 1 TABLET(S) ORALLY FOUR TIMES DAILY |

**WRITTEN:** 09/18/20   **REFILLS:**   0   **RX:** 23413473   Signature:

**START:** 09/18/20   **STOP:** 09/23/20   TURNER, DAVID LEE

**PHARMACY:** 1   **STOCK:** 0   **BACKUP:** 0   DEA: BT5123322

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008. Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000047

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**FROM:**   ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:**  256-233-4600

**SUBMITTED BY:**  POURSAIED, SHAHLA

**SPECIAL INSTRUCTIONS:**

**RX:** 22844111

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

POURSAIED, SHAHLA

**NAME:**   PHILLIPS, LAWRENCE PATRICK      **MRN:**  00243212

**ADDRESS:**  L - L77 - 14A -                               **DOB:** ▮▮▮▮▮▮▮

**ALLERGIES:**  NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**ORDER TYPE:** *PROFILE*      **RELEASE MED:**  No

| HCTZ 12.5mg Tablet (HYDRODIURIL)  -- DOT/COT ORDER |
|---|
| QUANTITY: 90.0000 |
| TAKE 1 TABLET(S) ORALLY IN THE MORNING |

**WRITTEN:** 07/10/20   **REFILLS:**   0   **RX:** 22844111   **Signature:** _____

**START:**   07/25/20   **STOP:**   10/22/20                    POURSAIED, SHAHLA

**PHARMACY:** 90   **STOCK:** 0   **BACKUP:** 0   **DEA:**

**DEA X#:**

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008. Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

**FROM:** ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** HINTON, ASHLEY

**SPECIAL INSTRUCTIONS:**

**RX:** 22622959

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

POURSAIED, SHAHLA

| | |
|---|---|
| **NAME:** PHILLIPS, LAWRENCE PATRICK | **MRN:** 00243212 |
| **ADDRESS:** L - L77 - 14A - | **DOB:** ▮▮▮▮▮▮ |
| **ALLERGIES:** NO KNOWN DRUG ALLERGY | |
| **PROBLEMS:** | |

**ORDER TYPE:** *PROFILE*     **RELEASE MED:** No

| Ibuprofen 200mg Tablet (ADVIL) -- KOP ORDER |
|---|
| QUANTITY: 20.0000 |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY AS NEEDED |

| | | | |
|---|---|---|---|
| **WRITTEN:** 06/12/20 | **REFILLS:** 0 | **RX:** 22622959 | Signature: _____ |
| **START:** 06/12/20 | **STOP:** 06/16/20 | | POURSAIED, SHAHLA |
| **PHARMACY:** 20 | **STOCK:** 0 | **BACKUP:** 0 | DEA: |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000049

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**FROM:**   ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

**SUBMITTED BY:** TURNER, DAVID

**SPECIAL INSTRUCTIONS:**

**RX:** 22538946

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

TURNER, DAVID LEE
BT5123322

**NAME:**   PHILLIPS, LAWRENCE PATRICK          **MRN:**  00243212
**ADDRESS:**  L - L77 - 14A -                           **DOB:** ▮▮▮▮▮▮
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**
**ORDER TYPE:** *PROFILE*       **RELEASE MED:**  No

| Penicillin VK 500mg Tab (PEN-VEE K) -- KOP ORDER |
| --- |
| QUANTITY: 30.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY |

| | | | |
| --- | --- | --- | --- |
| *WRITTEN:* 06/02/20 | *REFILLS:* 0 | *RX:* 22538946 | Signature: |
| *START:* 06/02/20 | *STOP:* 06/11/20 | | TURNER, DAVID LEE |
| *PHARMACY:* 30 | *STOCK:* 0 | *BACKUP:* 0 | DEA: BT5123322 |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000050

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:**   800-523-0008

**FROM:**   ALLM - LIMESTONE CORR FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** FRENDI, LUCYNA

**SPECIAL INSTRUCTIONS:**

**RX:** 22286910

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

FRENDI, LUCYNA
BF8361278

| | |
|---|---|
| **NAME:** PHILLIPS, LAWRENCE PATRICK | **MRN:** 00243212 |
| **ADDRESS:** K - K77 - 1B - | **DOB:** ███████ |
| **ALLERGIES:** NO KNOWN DRUG ALLERGY | |
| **PROBLEMS:** | |

**RELEASE MED:** No

| **Ibuprofen 400mg Tablet (MOTRIN)** -- KOP ORDER |
|---|
| QUANTITY: 21.0000 |
| TAKE 1 TABLET(S) ORALLY THREE TIMES DAILY |
| |
| **ORDER TYPE: Profile** |

| | | | |
|---|---|---|---|
| **WRITTEN:** 04/28/20 | **REFILLS:** 0 | **RX:** 22286910 | Signature: _____ |
| **START:** 04/28/20 | **STOP:** 05/04/20 | | FRENDI, LUCYNA |
| **PHARMACY:** 21 | **STOCK:** 0 | **BACKUP:** 0 | DEA: BF8361278 |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000051

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**    Diamond Pharmacy Services
          PO BOX 786
          Indiana, PA 15701-0786

**PHONE:** 800-882-6337       **FAX:**    800-523-0008

**FROM:**  ALLM - LIMESTONE CORR
          FACILITY
          28779 NICK DAVIS ROAD

          HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:**  FRENDI, LUCYNA

**SPECIAL INSTRUCTIONS:**

**RX:** 22286862

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

*HARVEST, AL 35749*

FRENDI, LUCYNA
BF8361278

**NAME:**     PHILLIPS, LAWRENCE PATRICK          **MRN:**  00243212

**ADDRESS:**  K - K77 - 1B -                       **DOB:** ▮▮▮▮▮▮

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:**   No

| **Penicillin VK 500mg Tab (PEN-VEE K)  -- KOP ORDER** |
|---|
| QUANTITY: 28.0000 |
| TAKE 1 TABLET(S) ORALLY FOUR TIMES DAILY |
| |
| ORDER TYPE: **Profile** |

| | | | | |
|---|---|---|---|---|
| **WRITTEN:** 04/28/20 | **REFILLS:** 0 | **RX:** 22286862 | Signature: | |
| **START:** 04/28/20 | **STOP:** 05/04/20 | | | FRENDI, LUCYNA |
| **PHARMACY:** 28 | **STOCK:** 0 | **BACKUP:** 0 | DEA: | BF8361278 |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000052

**Practitioner's Orders**

PSNMOF

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: |
|---|---|
| DOB: [redacted]  ID# 24321 2 | DC From TB clinic done |
| Housing Unit: hCF | CCC - Past Positive done |
| Allergies: NKDA (Hydea) | CXR AP + lateral 11-20-20 done |
| | Hepatic Profile 11-20-20 done |
| | Please document total dose taken |
| Noted By: | On MPL done |
| Date: 10-19-20  Time: 1315 | Practitioner Signature B. Pierce  Date & Time: 10-19-20 |

| Patient Name: Phillips, Lawrence | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: |
|---|---|
| DOB: [redacted]  ID# 243212 | CCC-TB |
| Housing Unit: 6270 | ✓ CBC, CMP today, Hepatic Profile |
| | 5-18-20, 6-18-20, 7-18-20, 10-18-20 |
| Allergies: NKDA | CXR AP + lateral, today |
| Noted By: Smcluxtosh fn | |
| Date: 4/17/20  Time: 1550 | Practitioner Signature B. Pierce  Date & Time: 4/17/20 |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: |
|---|---|
| DOB: [redacted]  ID# 243212 | 2 Moo Wellness diet X 365 days |
| Housing Unit: hCF | |
| Allergies: CP | |
| Noted By: Smchtosh fn | |
| Date: 2/19/20  Time: 318p | Practitioner Signature B. Pierce  Date & Time: 2/19/20 |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: |
|---|---|
| DOB: [redacted]  ID# 243212 | CCC - WHTN |
| Housing Unit: LCF | ✓ EKG |
| Allergies: CP | ✓ CBC, CMP, lipid profile 2-18-20 |
| Noted By: Smchtosh fn | |
| Date: 2-14-20  Time: 39p | Practitioner Signature B. Pierce  Date & Time: 2-14-20 |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: |
|---|---|
| DOB: [redacted]  ID# 243212 | - BP check twice weekly |
| Housing Unit: | X 4 wks |
| Allergies: NKDA | - F/u in HCU in 1 month |
| Noted By: [signature] | |
| Date: 1/23/20  Time: 1145 | Practitioner Signature  Date & Time: 1/23/2020 |

CS1100AL

000053

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**     Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337     **FAX:**     800-523-0008

**FROM:**  ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503

**PHONE:** 251-446-9570

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** POLANCO, PEDRO

**SPECIAL INSTRUCTIONS:**

**RX:** 30247001

*ALHO - HOLMAN CORRECTIONAL FACILITY*
*866 ROSS ROAD*

POLANCO, PEDRO D
BP9543302

*ATMORE, AL 36503*

**NAME:**     PHILLIPS, LAWRENCE PATRICK          **MRN:** 00243212
**ADDRESS:**  M - M1 - 31A -                              **DOB:** ▉▉▉▉▉▉
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| FLUoxetine 20mg Capsule (PROZAC)  -- DOT/COT ORDER |
|---|
| QUANTITY: 90.0000 |
| TAKE 1 CAPSULE(S) ORALLY IN THE MORNING |
| |
| ORDER TYPE: **Profile** |

**WRITTEN:** 01/16/20     **REFILLS:**    1     **RX:** 30247001     Signature:
**START:** 01/16/20     **STOP:** 04/14/20                                      POLANCO, PEDRO D
**PHARMACY:** 0     **STOCK:** 90     **BACKUP:**    0          **DEA:** BP9543302

DEA X#: XP9543302

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337 **FAX:** 800-523-0008

**FROM:** ALLM - LIMESTONE CORR FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** POURSAIED, SHAHLA

**SPECIAL INSTRUCTIONS:**

**RX:** 22225602

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

POURSAIED, SHAHLA

*HARVEST, AL 35749*

| | | | |
|---|---|---|---|
| **NAME:** | PHILLIPS, LAWRENCE PATRICK | **MRN:** | 00243212 |
| **ADDRESS:** | K - K77 - 1B - | **DOB:** | ▇▇▇▇▇ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:** No

| **HCTZ 12.5mg Tablet (HYDRODIURIL) -- DOT/COT ORDER** |
|---|
| QUANTITY: 90.0000 |
| TAKE 1 TABLET(S) ORALLY IN THE MORNING |
| |
| ORDER TYPE: **Profile** |

| | | | |
|---|---|---|---|
| **WRITTEN:** 04/20/20 | **REFILLS:** 0 | **RX:** 22225602 | Signature: |
| **START:** 04/26/20 | **STOP:** 07/24/20 | | POURSAIED, SHAHLA |
| **PHARMACY:** 90 | **STOCK:** 0 | **BACKUP:** 0 | DEA: |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000055

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**  Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337     **FAX:**     800-523-0008

**FROM:**  ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749
**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** POURSAIED, SHAHLA

**SPECIAL INSTRUCTIONS:**

**RX:** 22208322

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

POURSAIED, SHAHLA

*HARVEST, AL 35749*

**NAME:**  PHILLIPS, LAWRENCE PATRICK          **MRN:**  00243212

**ADDRESS:** K - K77 - 1B -                                    **DOB:** ▮▮▮▮▮▮

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Isoniazid 300mg Tablet (NYDRAZID)  -- DOT/COT ORDER |
| :---: |
| QUANTITY:  180.0000 |
| TAKE 1 TABLET(S) ORALLY AT BEDTIME |
| |
| ORDER TYPE:  **StartFromStock** |

| | | | | |
| :--- | :--- | :--- | :--- | :--- |
| **WRITTEN:** 04/17/20 | **REFILLS:** 0 | **RX:** 22208322 | **Signature:** | |
| **START:** 04/17/20 | **STOP:** 10/13/20 | | | POURSAIED, SHAHLA |
| **PHARMACY:** 177 | **STOCK:** 3 | **BACKUP:** 0 | **DEA:** | |

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy  at 800-523-0008 .  Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000056

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337   **FAX:** 800-523-0008

**FROM:** ALLM - LIMESTONE CORR
FACILITY
28779 NICK DAVIS ROAD

HARVEST, AL 35749

**PHONE:** 256-233-4600

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** POURSAIED, SHAHLA

**SPECIAL INSTRUCTIONS:**

**RX:** 22208335

*ALLM - LIMESTONE CORR FACILITY*
*28779 NICK DAVIS ROAD*

POURSAIED, SHAHLA

*HARVEST, AL 35749*

**NAME:** PHILLIPS, LAWRENCE PATRICK    **MRN:** 00243212

**ADDRESS:** K - K77 - 1B -    **DOB:** ▮▮▮▮▮▮

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Vitamin B-6 25mg Tablet (VITAMIN B-6) -- DOT/COT ORDER |
|---|
| QUANTITY: 180.0000 |
| TAKE 1 TABLET(S) ORALLY AT BEDTIME |
| |
| ORDER TYPE: StartFromStock |

**WRITTEN:** 04/17/20   **REFILLS:** 0   **RX:** 22208335   Signature: _____

**START:** 04/17/20   **STOP:** 10/13/20

POURSAIED, SHAHLA

**PHARMACY:** 177   **STOCK:** 3   **BACKUP:** 0   DEA:

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337    **FAX:**    800-523-0008

**FROM:** ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503

**PHONE:** 251-446-9570

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** GIAMBRONE, PHILLIP

**SPECIAL INSTRUCTIONS:**

**RX:** 21084776

*ALHO - HOLMAN CORRECTIONAL FACILITY*
*866 ROSS ROAD*

*ATMORE, AL 36503*

GIAMBRONE, PHILLIP
FG7660219

| | | |
|---|---|---|
| **NAME:** PHILLIPS, LAWRENCE PATRICK | **MRN:** 00243212 | |
| **ADDRESS:** E - E1 - 21A - | **DOB:** ▬▬▬▬ | |
| **ALLERGIES:** NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | |

**RELEASE MED:** No

**Ibuprofen 400mg Tablet (MOTRIN)  -- DOT/COT ORDER**

QUANTITY: 30.0000

TAKE 2 TABLET(S) ORALLY THREE TIMES DAILY

ORDER TYPE: **Profile**

**WRITTEN:** 12/12/19    **REFILLS:** 0    **RX:** 21084776    Signature: _____

**START:** 12/12/19    **STOP:** 12/16/19        GIAMBRONE, PHILLIP

**PHARMACY:** 30    **STOCK:** 0     **BACKUP:** 0    DEA: FG7660219

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-882-6337    **FAX:**    800-523-0008

**FROM:** ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503

**PHONE:** 251-446-9570

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SUBMITTED BY:** GIAMBRONE, PHILLIP

**SPECIAL INSTRUCTIONS:**

**RX:** 21084801

*ALHO - HOLMAN CORRECTIONAL FACILITY*
*866 ROSS ROAD*

*ATMORE, AL 36503*

GIAMBRONE, PHILLIP
FG7660219

**NAME:** PHILLIPS, LAWRENCE PATRICK    **MRN:** 00243212

**ADDRESS:** E - E1 - 21A -    **DOB:** ███████

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Amoxicillin 500mg Capsule (AMOXIL) -- DOT/COT ORDER |
|---|
| QUANTITY: 20.0000 |
| TAKE 1 CAPSULE(S) ORALLY TWICE DAILY |
| |
| ORDER TYPE: **Profile** |

**WRITTEN:** 12/12/19    **REFILLS:** 0    **RX:** 21084801    Signature: _____

**START:** 12/12/19    **STOP:** 12/21/19    GIAMBRONE, PHILLIP

**PHARMACY:** 20    **STOCK:** 0    **BACKUP:** 0    DEA: FG7660219

DEA X#:

***CONTROLS ONLY***

Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000059

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008    **FAX:**    800-523-0008

**FROM:** ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** STEWART, JANET

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 20873121

*ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD*

*ATMORE, AL 36503*

BLALOCK, JEANA E
FB5619020

**NAME:** PHILLIPS, LAWRENCE PATRICK    **MRN:** 00243212

**ADDRESS:** M - M1 - 67A -    **DOB:** ▮▮▮▮▮

**ALLERGIES:** NO KNOWN DRUG ALLERGY

**PROBLEMS:**

**RELEASE MED:** No

| Ibuprofen 200mg Tablet (ADVIL) -- DOT/COT ORDER |
|---|
| QUANTITY: 28.0000 |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY AS NEEDED FOR PAIN |
| ORDER TYPE: **Profile** |

**WRITTEN:** 11/18/19    **REFILLS:**    0    **RX:** 20873121    Signature: _____

**START:** 11/18/19    **STOP:** 11/24/19    BLALOCK, JEANA E

**PHARMACY:** 28    **STOCK:** 0    **BACKUP:** 0    DEA: FB5619020

DEA X#:

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES


PSNMOF

All orders will be generic
unless specified by
practitioner

**Practitioner's Orders**

---

**Patient Name:** Phillips, Lawrence
**DOB:** [redacted]  **ID#** 243212
**Housing Unit:** Holman
**Allergies:** NKA
**Noted By:** APrimm
**Date:** 11·19·19  **Time:** 1032

Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____
BP / 2x/wk x 1 month

Practitioner Signature _Jana E Blalah_   Date & Time: 11/8/19 4:15 PM

---

**Patient Name:** Phillips Lawrence
**DOB:** [redacted]  **ID#** 243212
**Housing Unit:** 14CF
**Allergies:** NKA
**Noted By:** APrimm
**Date:** 11·11·19  **Time:** 0735

Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____
HC3

Practitioner Signature _Jana E Blalah_   Date & Time: 11/8/19 3:52 PM

---

**Patient Name:** Phillips Lawrence
**DOB:** [redacted]  **ID#** 243212
**Housing Unit:** HCF
**Allergies:** NKA
**Noted By:** APrimm
11·5·19  **Time:** 0727

Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____
Cancel CT brain
Done inpatient (flagged)
Get disc

Practitioner Signature _Jana E Blalah_   Date & Time: 11/4/19 3:18 PM

---

**Name:** Phillips, Lawrence
**ID#** 243212
**Init:**

Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____
Tylenol dose x1 now — 650mg
(put on computer)
D/C from ward

CThomas RN
·19  **Time:** 1000

Practitioner Signature _Jana E Blalah_   Date & Time: 11/4/19 9:54 AM

---

**Name:** Phillips Lawrence
**ID#** 243212
Infirmary

Verbal / Telephone Orders   ○ No   ○ Yes   Per: _____
Tylenol 325 2 tab PO BID PRN
pain

Thomas RN
**Time:** 1000

Practitioner Signature _Jana E Blalah_   Date & Time: 11/4/19 9:52 AM

.000061

# UN-CONTROLLED MEDICATION PRESCRIPTION

Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

E: 800-523-0008    **FAX:** 800-523-0008

M: ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503

**HONE:** 251-446-9570

SUBMITTED BY: STEWART, JANET

**SPECIAL INSTRUCTIONS:**

**RX:** 20748651

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

) - HOLMAN CORRECTIONAL FACILITY
OSS ROAD

RE, AL 36503

BLALOCK, JEANA E
FB5619020

PHILLIPS, LAWRENCE PATRICK    **MRN:** 00243212

SS: R - R1 - 4A -    **DOB:** ▮▮▮▮▮▮

IES: NO KNOWN DRUG ALLERGY

MS:

MED: No

| Acetaminophen 325mg Tab (TYLENOL) -- DOT/COT ORDER |
|---|
| QUANTITY: 20.0000 |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY AS NEEDED FOR PAIN |
| |

ORDER TYPE: **Profile**

/19    *REFILLS:* 0    *RX:* 20748651    Signature: _____

/19    *STOP:* 11/07/19    BLALOCK, JEANA E

*STOCK:* 0    *BACKUP:* 0    DEA: FB5619020

***CONTROLS ONLY***
e prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

000062

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**     Diamond Pharmacy Services
          PO BOX 786
          Indiana, PA 15701-0786

**PHONE:** 800-523-0008     **FAX:**     800-523-0008

**FROM:**   ALHO - HOLMAN
          CORRECTIONAL FACILITY
          866 ROSS ROAD

          ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** YOUNG, TAMEKIA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 20724208

---

*LHO - HOLMAN CORRECTIONAL FACILITY*
*\`6 ROSS ROAD*

*¯MORE, AL 36503*

BLALOCK, JEANA E
FB5619020

| ꞮE: | PHILLIPS, LAWRENCE PATRICK | **MRN:** | 00243212 |
|---|---|---|---|
| ꞦESS: | B - B1 - 3A - | **DOB:** | ▮▮▮▮ |
| ꞦGIES: | NO KNOWN DRUG ALLERGY | | |
| ꞮLEMS: | | | |

ꞦSE MED:   No

| **Ibuprofen 600mg Tablet (MOTRIN)  -- DOT/COT ORDER** |
|---|
| QUANTITY:  8.0000 |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY AS NEEDED FOR PAIN |
| |
| ORDER TYPE:  **Profile** |

| Ɪ/31/19 | **REFILLS:** | 0 | **RX:** 20724208 | Signature: _____ |
|---|---|---|---|---|
| '31/19 | **STOP:** | 11/03/19 | | BLALOCK, JEANA E |
| Ɪ | **STOCK:** 0 | **BACKUP:**   0 | | DEA: FB5619020 |

***CONTROLS ONLY***
·ove prescription and fax to Diamond Pharmacy  at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**O:**  Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008     **FAX:**     800-523-0008

**FROM:**  ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503

**HONE:** 251-446-9570

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**BMITTED BY:** POLANCO, PEDRO

**ECIAL INSTRUCTIONS:**

**RX:** 18015539

*HOLMAN CORRECTIONAL FACILITY*
*SS ROAD*

POLANCO, PEDRO D
BP9543302

*, AL 36503*

PHILLIPS, LAWRENCE PATRICK          **MRN:** 00243212

**/:** M - M1 - 7A -                                    **DOB:** ▇▇▇▇▇

**S:** NO KNOWN DRUG ALLERGY

**S:**

**MED:** No

| FLUoxetine 20mg Capsule (PROZAC)  -- DOT/COT ORDER |
| --- |
| QUANTITY: 90.0000 |
| TAKE 1 CAPSULE(S) ORALLY IN THE MORNING |
|  |
| ORDER TYPE: **Profile** |

17/19    **REFILLS:**    1    **RX:** 18015539    Signature: _____

7/19    **STOP:**    01/14/20                              POLANCO, PEDRO D

**STOCK:** 90    **BACKUP:** 0    DEA: BP9543302

*E*3302

**\*\*\*CONTROLS ONLY\*\*\***
bove prescription and fax to Diamond Pharmacy at 800-523-0008 . Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES



**Provider Non-Medication Order Form**

FACILITY: Holman

| INMATE NAME: Phillips Lawrence | DIAGNOSIS (If Changed) |
|---|---|
| ID: 243212 | Place on Infirmary/Ward until seen by Physician |
| DOB ▬▬▬ | Monitor Left lower lip for s/s of infection until ~~treated~~ healed |
| ALLERGIES: NKDA | Motrin 600mg PO BID PRN |
| | _Uma Shlalah_ 10/31/19 1:27PM |

PROVIDER SIGNATURE:   DATE:

TIME:

PRINT NAME:

NOTED OFF BY: 2 _____ RN    DATE/TIME: 10/30/2019 2341

| INMATE NAME: | DIAGNOSIS (If Changed) |
|---|---|
| | |

PROVIDER SIGNATURE:   DATE:

TIME:

PRINT NAME:

DATE/TIME:

*All orders will be generic
unless specified by
practitioner*

**Practitioner's Orders**



PSNMOF

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: ▮▮▮  ID# 243212 | D/C CC ME-DM |
| Housing Unit: Holman | D/C CC OLD (Ilodoferichs) |
| Allergies: NKA | CC LTBI Gemo |
| Noted By: _____ | |
| Date: 10/30/19  Time: 1900 | Practitioner Signature _Jama E Blalah_  Date & Time: 10/31/19 8:39 PM |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: ▮▮▮  ID# 243212 | D/C from ward |
| Housing Unit: | 1 wk f/u in clinic |
| Allergies: NKDA | |
| Noted By: Jen Rearch | |
| Date: 9/29/19  Time: 1803 | Practitioner Signature _Jama E Blalah_  Date & Time: 9/29/19 5:04 PM |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| DOB: ▮▮▮  ID# 243212 | Remove Sutures in 7 days |
| Housing Unit: | NS f/u on 10/21/19 (UM) |
| Allergies: NKA | |
| Noted By: ____ PN | |
| Date: 9/27/19  Time: 1815 | Practitioner Signature _Jama E Blalah_  Date & Time: 9/27/19 4:18 PM |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: Blalah |
|---|---|
| OB: ▮▮▮  ID# 243212 | ① Admit to ward (Red) |
| ousing Unit: | |
| ergies: NKA | |
| d By: _____  Time: | Practitioner Signature _Jama E Blalah_  Date & Time: 9/27/19 3:56 PM |

| Name: illips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: |
|---|---|
| ▮▮▮  ID# 243212 | ① IV C NS bolus |
| Init: Holman | ② Send to ACH via ambulance |
| NKA ____ | |
| ___19  Time: 0704 | Practitioner Signature _Jama E Blalah_  Date & Time: 9/25/19 3:36 PM |

000066

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:**   Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**PHONE:** 800-523-0008    **FAX:**   800-523-0008

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws.  If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**FROM:**   ALHO - HOLMAN
CORRECTIONAL FACILITY
866 ROSS ROAD

ATMORE, AL 36503
**PHONE:**  251-446-9570

**SUBMITTED BY:** POLANCO, PEDRO

**SPECIAL INSTRUCTIONS:**

**RX:** 20340318

*ALHO - HOLMAN CORRECTIONAL FACILITY*
*866 ROSS ROAD*

POLANCO, PEDRO D
BP9543302

*ATMORE, AL 36503*

| **NAME:** | PHILLIPS, LAWRENCE PATRICK | **MRN:** | 00243212 |
|---|---|---|---|
| **ADDRESS:** | B - B1 - 52A - | **DOB:** | ▓▓▓▓▓ |
| **ALLERGIES:** | NO KNOWN DRUG ALLERGY | | |
| **PROBLEMS:** | | | |

**RELEASE MED:**  No

| **FLUoxetine 20mg Capsule (PROZAC)  -- DOT/COT ORDER** |
|---|
| QUANTITY: 90.0000 |
| TAKE 1 CAPSULE(S) ORALLY IN THE MORNING |
| |
| **ORDER TYPE:  Standard** |

| 09/17/19 | **REFILLS:** | 0 | **RX:** 20340318 | Signature: _____ |
| 09/17/19 | **STOP:** | 12/15/19 | | POLANCO, PEDRO D |
| 90 | **STOCK:** 0 | **BACKUP:** 0 | DEA: BP9543302 |
| 9543302 | | | |

**\*\*\*CONTROLS ONLY\*\*\***
the above prescription and fax to Diamond Pharmacy  at 800-523-0008 . Per your state policy the original hard copy
should be mailed to: DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

CS1104AL

4-6-20  1210  Wt 196  5'11  BMI 27  98.8  RA Sat 95%
K DORM  HR 75  RR 16  116/76
Per record only took: 35 dose of weekly dose
in 2018
A×O ×3 NAD c̄: RRR, $S_2$  Pul: CTA bilateral
Abdomen SND ⊕ B.S.

A/P: Past Positive
Email Sent to health department
Will await their response + act —
accordingly
S. Powried C

4/7/20  4/7/20  197  BMI 28  98.7  RA Sat 97%  HR 96  RR 20
116/70.
Per Health department had 0mm TST 3/25/1986
Clear chest x-Ray, ∅ Action. On 8-25-1999
he had 12 mm TST c̄ clear lungs, was started
on preventive therapy — Unknown if completed
tx in Covington Jail. ∅ tx history in
Jefferson County
This relays discussed c̄ inmate
A×O ×3 NAD  c̄: RRR, $S_2$  Pul: CTA —
bilaterally  Abdomen SND ⊕ B.S.

A/P: ⊕ PPD
CXR AP + lateral today
✓ CBC, CMP today
INH/Vit B6
S. Powried c̄

| Date | Time | Description | Signature |
|------|------|-------------|-----------|


## Wexford Health
SOURCES INCORPORATED

### Progress Note

| | | Last | First | MI |
|---|---|---|---|---|
| Name: | Phillips, Laurence | | | |

Date of Birth:      ID #:

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| | | VS. 98,3 HR 74  RA18 0295% 118/86 | |

9/29/19 Ⓐ S: Reports doing well. Wants to
5:05pm go offward, OK w/ eating & drinking.
O: Awake, alert, NAD
NCAT, PERRL, EOMI
Ⓡ face lac w/o erythema or D/C sutures in place
RLE
C-TAB
Ⓡ hip lac w/ staples
Ⓡ arm lac w/ sutures
A/P:
① multiple lac - wound care & suture
removal after 7 days
② Temporal lobe hemm- stable Ⓐ hosp;
NS flu

D/C from ward     [signature]

---

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

**Wexford Health**
SOURCES INCORPORATED

### Progress Note

| Name: | *Phillips* | *Lawrence* | | | | |
|---|---|---|---|---|---|---|
| | Last | First | | | | MI |
| Date of Birth: | | | ID #: | 243212 | | |

| 2020 Date | Time | Description | Signature/Title |
|---|---|---|---|
| 23 Jun | 1122 | Re: BP, HA, Edema | |
| Wt 193 | | T 97.6  P 80  R 20  BP 157/99 | Sat 97% |
| | | S: 40 y old male who has been having long time headache ⁻c̄ Bipedal edema relieved ⁻c̄ elevation. Having some chest pressure at time | |
| | | A: GA compatible ⁻ vs. Heart Neck: ⊘ JVD. Heart: RRR ⊘ m Lung: ⊕ᵃᵇ _____ soft, ⁻ ___ +35 | |
| | | Ext ⊘ edema | |
| | | ① Headaches ⁻c̄ chest Dyscomfort w/o ⊘ BP at time | |
| | | Begin Trial of HCTZ 12.5 mg q day. Monitor BP Twice weekly f/u ⁻c̄ Provider w/ 1 month. | |
| | | [signature] | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104AL                                                      000070

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

Need to see Dental for tooth Infection A.S.A.P

Name (print): Lawrence Phillips     AIS # 243212     Date of Birth ▮▮▮▮▮

Institution: Limestone     Housing Area: L-14A     Date: 10-29-2020

Sick Call Form Collected by Health Staff: TL (Initials) Title: MM Date OCT 30 2020 Time: 0600

**Request Triaged** (check as appropriate):

A. ✓ Sick Call Nurse Encounter <u>Not</u> Required     (1) ✓ Referring to Chronic Care Manager DENTAL

(2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required     (1) _____ Bring to HCU at this time for further evaluation

(2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____     Date OCT 30 2020

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter     2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

_____ $4.00 - Nurse     (a) _____ Medical Provider

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge     (b) _____ Dental Clinic

_____ $4.00 – **Scheduled but Refused Encounter**     (c) _____ Mental Health Services

(d) _____ Other:_____

Inmate Name     AIS# 243212

Siri,
You have been scheduled. Thanks,
A. Wise, DA

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000071

*EMERGENCY*

## Alabama Department of Corrections
## Sick Call Request

*Requesting to see Dental A.S.A.P and SICK CALL A.S.A.P.*

**Reason for Sick Call Request:** I have put in 3 sick call slips because I have an infection on the gum of my Wisdom tooth and the cold is causing me tremendous pain On the 8th of October I was scheduled for Sick Call sat down there for 3½ hours to be turned down even refused any Tylenol or Ibroprophen for pain I think I was treated like a dog I am still in need of medical attention why should I have to go to the shift office to be seen.

Name (print): Lawrence Phillips         AIS # 243212        Date of Birth ▮▮▮▮▮

Institution: Limestone         Housing Area: L-14A         Date: 10-8-2020

Sick Call Form Collected by Health Staff: __TL__ (initials) Title: __MR__ Date OCT 0 9 2020 Time: 0600

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: Hang Vu        OCT 0 9 2020        Date: 8W0

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Inmate Name        243212 AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000072

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I need two teeth beside my wisdom tooth that needs to be pulled because my wisdom tooth is putting stress on them causing pain and swelling of the gum also my wisdom tooth is infectous need to see Dental as soon as possible please

Name (print): Lawrence Phillips AIS # 243212 Date of Birth ▓▓▓▓▓▓

Housing Area: L-14A Date: 10-4-2020

Institution: Limestone

Sick Call Form Collected by Health Staff: _____ (initials) Title: MM Date: OCT 07 2020 Time: 0600

---

## Request Triaged (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

OCT 07 2020

Date: _____

Signature/Title: _____

---

## Sick Call Encounter (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

243212
AIS#

Inmate Name

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by Inmate
Copy (page 2)-inmate post health review

*Donta* 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:**

*Tooth pain*

Emergency need two teeth pulled by my wisdom teeth swollen and hurting A.S.A.P need to see Dental

Name (print): Lawrence Phillips   AIS # 243212   Date of Birth ███████

Institution: Limestone   Housing Area: L-14A   Date: 10-3-2020

Sick Call Form Collected by Health Staff: _____ (initials) Title: MW   Date: OCT 05 2020  Time: 0600

---

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter **Not** Required

   (1) _____ Referring to Chronic Care Manager

   (2) _____ Written Response/Instruction Being Provided

B. __✓__ Nurse Sick Call Encounter Required

   (1) _____ **Bring to HCU at this time for further evaluation**

   (2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: J. Mc Sfan HSA   Date: OCT 05 2020  PW

---

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

_____ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

   (a) _____ Medical Provider

   (b) _____ Dental Clinic

   (c) _____ Mental Health Services

   (d) _____ Other:_____

---

Lawrence Phillips   243212

Inmate Name   AIS#

Siri You have been scheduled. Thanks, A. Wise, DA

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000074

# Alabama Department of Corrections
## Sick Call Request

Emergency                    Dental

**Reason for Sick Call Request:** I need two teeth pulled due to growing wisdom teeth pushing them over causing pain and sensixvity in other teeth also swelling of gums and nerve exposed need other suggestions Tylenol doesn't help.

Name (print): Lawrence Phillips   AIS # 243212   Date of Birth ▮▮▮▮

Institution: Limestone   Housing Area: L-14 A   Date: 9-21-2020

Sick Call Form Collected by Health Staff: ___ (initials) Title: ml Date: SEP 2 3 2020 Time: 06 00

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

   (1) ____ Referring to Chronic Care Manager

   (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

   (1) ____ Bring to HCU at this time for further evaluation

   (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: Amossa   Date SEP 2 3 2020

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

   Co-Pay Fee Incurred:

   ____ $4.00 - Nurse

   ____ $4.00 – OTC(s); If Restrictive Housing no OTC charge

   ____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

   (a) ____ Medical Provider

   (b) ____ Dental Clinic

   (c) ____ Mental Health Services

   (d) ____ Other: _____

Inmate Name                    243212   AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000075

**Wexford Health**

1240 pm

HSR# 6220

Date/Time 9/24/20

| Offender Information: | | DOB - |
|---|---|---|
| Phillips | Lawrence | ID# 243262 |
| Last Name | First Name | MI |

# TOOTHACHE/DENTAL COMPLAINTS

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** "Phillips Lawrence"<br><br>Describe onset, duration, and location of pain<br><br>Describe the pain<br>Throbbing<br><br>Are you experiencing sensitivity to heat, cold, or air?<br>Denies<br><br>When was your last dental exam or treatment?<br>12-12-19<br><br>Any restriction in jaw movement?<br>Denies<br><br>Any recent trauma in the area?<br>Denies<br><br>**O)** ① Have distress<br><br>T 98.7 P 80 R 14 BP 140/76 WT 192 O₂ SAT 92<br><br>Note any swelling, bleeding, discharge, foul smell<br><br>**A)**<br><br>On bed to go to free world Dentist for extraction —<br><br>No S/s of infection noted — | **P)** Waiting on free world appt —<br>**Refer to Provider:**<br>• Facial swelling is moderate to severe and/or temperature is > 101°F<br>• Any severe, continuous, uncontrolled bleeding<br>• A tooth is avulsed – out of mouth < 2 hours<br>• A tooth is displaced – out of place, still in socket<br>• Discharge<br>• Foul smell<br>• Restricted jaw movement or s/p trauma<br>• Be prepared to activate EMS if facial swelling is extreme, swelling under tongue or throat is present and/or airway is compromised or threatened<br><br>**Nursing intervention:**<br>• Topical cold compresses<br>• Salt H2O rinse p.r.n.<br>• For relief of discomfort, may offer:<br>– Acetaminophen 325 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days<br>• OR<br>– Ibuprofen 200 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days<br>INSTRUCT PATIENT TO SWALLOW ORAL MEDICATION AND NOT TO PLACE MEDICATIONS DIRECTLY ON THE TOOTH OR GUMS<br>REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL:<br>**ORAL BLEEDING**<br>• Have patient bite on 2x2 gauze pad for 20-minute intervals until bleeding stops<br>• Keep patient's head elevated<br>• May apply ice pack to site<br>• Instruct patient against:<br>• Spitting (patient may allow any blood in mouth to passively drip into cup)<br>• Sucking through straws<br>• Drinking carbonated drinks<br>• Rinsing out mouth<br>• Chewing on gauze pads<br>• Excessive talking<br>• Strenuous exercise<br>• If bleeding continues, return to clinic or notify Nurse<br>**TRAUMA**<br>• Fractured tooth<br>• Refer to dentist on next dental clinic day<br>• Advise patient to avoid area when chewing or drinking hot/cold liquids<br>• Displaced tooth (still in socket but out of place)<br>• Instruct patient to reposition tooth to correct position if not already done<br>• Instruct patient to hold tooth in place<br>• Refer to Physician for tetanus evaluation within 48 hours<br>• Avulsed tooth (out of mouth/socket < 1 hour)<br>• Instruct patient to replant tooth at site of injury by gently easing tooth into socket<br>• Instruct patient to hold tooth in place<br>• Refer to Physician for tetanus evaluation within 48 hours<br>• Dental referral next clinic<br>• Avulsed tooth (out of mouth/socket MORE than 1 hour)<br>• DO NOT replant tooth<br>• If still bleeding, have patient hold 2x2 gauze in place for 2-minute intervals until bleeding stops<br>• Schedule dental evaluation on next dental clinic date<br>**INFECTION OR TOOTHACHE**<br>• If pain is constant, throbbing, swelling is present next to tooth only or mild facial swelling, and no fever is present, refer to MD/DDS for evaluation within 24 hours<br>**BLEEDING GUMS**<br>• For non-emergent condition, refer chart to Dental Department the next day for evaluation |
| Alteration in Comfort | **Patient Teaching:**<br>• Avoid extreme hot or cold substances<br>• Use of medications<br>• Need for follow-up by dentist in 3 days if no relief of symptoms |

Signature/Title

000076

## Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** Need a tooth pulled my wisdom tooth, need something for pain went to KOP but my Tylenol or Ibroprophen wasn't on there thanks

Name (print): Lawrence Phillips    AIS # 243212    Date of Birth _____

Institution: Limestone    Housing Area: L 14A    Date: 9-14-2020

Sick Call Form Collected by Health Staff: __TT__ (initials) Title: NW Date: SEP 15 2020 Time: 0600

**Request Triaged (check as appropriate):**

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

Sir you are scheduled to see dental tomorrow

B. __✓__ Nurse Sick Call Encounter Required

9/17/20. please come

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

to the HCU once count clears in the AM.

Signature/Title: M. Bilstein RN (?Cameron?RN)    Date: SEP 15 2020 BN 9/16/20

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ✓ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ✓ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Inmate Name    243212    AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000077

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I need to see Dental for pain in my wisdom tooth which is broken off and the nerve is exposed causing infection and swelling and other teeth to decay because I can't brush it properly

Name (print): Lawrence Phillips       AIS # 243212       Date of Birth ▉▉▉▉

Institution: Limestone       Housing Area: L-14A       Date: 8-2020

Sick Call Form Collected by Health Staff: _____ (initials) Title: VML Date: AUG 1 0 2020 Time: 06 00

---

**Request Triaged** (check as appropriate):

A.   ✓ Sick Call Nurse Encounter **Not** Required

    (1)   ✓ Referring to Chronic Care Manager  Dental

    (2)   _____ Written Response/Instruction Being Provided

B.   _____ Nurse Sick Call Encounter Required

    (1)   _____ Bring to HCU at this time for further evaluation

    (2)   _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: A MOSS RN       Date: AUG 1 0 2020 800

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1   _____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    _____ $4.00 - Nurse

    _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    _____ $4.00 – **Scheduled but Refused Encounter**

2   _____ Referral for follow up required; to be scheduled

    (a)   _____ Medical Provider

    (b)   _____ Dental Clinic

    (c)   _____ Mental Health Services

    (d)   _____ Other:_____

---

Inmate Name _____       243212       AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000078

HSR#

Date/Time

**Phillips** **Lawrence** ID# 243212
Last Name      First Name    MI

# TOOTHACHE/DENTAL COMPLAINTS

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** "I need something for pain, I am growing wisdom teeth" | **Refer to Provider:** |
| Describe onset, duration, and location of pain<br>chronic | • Facial swelling is moderate to severe and/or temperature is > 101°F |
| Describe the pain 9/10 | • Any severe, continuous, uncontrolled bleeding<br>• A tooth is avulsed – out of mouth < 2 hours |
| Are you experiencing sensitivity to heat, cold, or air?<br>Yes | • A tooth is displaced – out of place, still in socket<br>• Discharge |
| When was your last dental exam or treatment?<br>to be seen Monday | • Foul smell<br>• Restricted jaw movement or s/p trauma |
| Any restriction in jaw movement?<br>NO | • Be prepared to activate EMS if facial swelling is extreme, swelling under tongue or throat is present and/or airway is compromised or threatened |
| Any recent trauma in the area?<br>inner cheek small lac. | **Nursing Intervention:** |
| **O)**<br>96.7 P 79 R 18 BP 159/90 WT 196 lbs<br>Note any swelling, bleeding, discharge, foul smell | • Topical cold compresses<br>• Salt H20 rinse p.r.n.<br>• For relief of discomfort, may offer:<br>• Acetaminophen 325 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days<br>• OR<br>• Ibuprofen 200 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days |
| **A)**<br><br>Provided gauze.<br>Educated I/M –<br>I/M unable<br>to comprehend –<br>very argumentative<br><br>Provided Ibuprofen<br>KOP.<br><br>I/M states he<br>needs something<br>for pain until<br>Monday when he sees<br>dental | INSTRUCT PATIENT TO SWALLOW ORAL MEDICATION AND NOT TO PLACE MEDICATIONS DIRECTLY ON THE TOOTH OR GUMS<br>REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL:<br>ORAL BLEEDING<br>• Have patient bite on 2x2 gauze pad for 20-minute intervals until bleeding stops<br>• Keep patient's head elevated<br>• May apply ice pack to site<br>• Instruct patient against:<br>• Spitting (patient may allow any blood in mouth to passively drip into cup)<br>• Sucking through straws<br>• Drinking carbonated drinks<br>• Rinsing out mouth<br>• Chewing on gauze pads<br>• Excessive talking<br>• Strenuous exercise<br>• If bleeding continues, return to clinic or notify Nurse<br>TRAUMA<br>• Fractured tooth<br>• Refer to dentist on next dental clinic day<br>• Advise patient to avoid area when chewing or drinking hot/cold liquids<br>• Displaced tooth (still in socket but out of place)<br>• Instruct patient to reposition tooth to correct position if not already done<br>• Instruct patient to hold tooth in place<br>• Refer to Physician for tetanus evaluation within 48 hours<br>• Avulsed tooth (out of mouth/socket < 1 hour)<br>• Instruct patient to replant tooth at site of injury by gently easing tooth into socket<br>• Instruct patient to hold tooth in place<br>• Refer to Physician for tetanus evaluation within 48 hours<br>• Dental referral next clinic<br>• Avulsed tooth (out of mouth/socket MORE than 1 hour)<br>• DO NOT replant tooth<br>• If still bleeding, have patient hold 2x2 gauze in place for 2-minute intervals until bleeding stops<br>• Schedule dental evaluation on next dental clinic date<br>INFECTION OR TOOTHACHE<br>• If pain is constant, throbbing, swelling is present next to tooth only or mild facial swelling, and no fever is present, refer to MD/DDS for evaluation within 24 hours<br>BLEEDING GUMS<br>• For non-emergent condition, refer chart to Dental department the next day for evaluation |
| Alteration in Comfort | **Patient Teaching:**<br>• Avoid extreme hot or cold substances<br>• Use of medications<br>• Need for follow-up by dentist in 3 days if no relief of symptoms |

Signature/Title ___ Jensen, RN ___ 2105

TOOTHACHE/DENTAL COMPLAINTS

000079

## Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

Need broken Wisdom teeth pulled and another abstract teeth pulled also total of two teeths

Name (print): Lawrence Phillps   AIS # 243212   Date of Birth ▮▮▮▮

Institution: Limestone   Housing Area: L-14A   Date: 6·24·2020

Sick Call Form Collected by Health Staff: TI (initials) Title: MU Date: 6.24.20 Time: 0600

**Request Triaged** (check as appropriate):

A. ✔ Sick Call Nurse Encounter <u>Not</u> Required   (1) ✔ Referring to ~~Chronic Care Manager~~ Dental

Should Be Scheduled   (2) ____ Written Response/Instruction Being Provided

Already Seen in Sick call  —

B. ____ Nurse Sick Call Encounter Required   (1) ____ Bring to HCU at this time for further evaluation

(2) ____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title:                                                   Date:

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter   2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred</u>:**   (a) ____ Medical Provider

____ $4.00 - Nurse   (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge   (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**   (d) ____ Other:_____

Inmate Name                                      AIS# 243212

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000080

**Wexford Health**
SOURCES   INCORPORATED

ALABAMA
PROGRESS NOTES

Phillips, Lawrence
243212

**Offender Information:**

Sick call

Last Name          First Name          MI          ID#:_____

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/17/20 | 12:15pm - Pt. presents to sick call C/o Blurred vision, Requesting to see On Habs, A&OB Respiven unlabored, Steady Gait, eye exam completed, Placed in ROF in Medical Records - Instructed Pt on procedure & visits of eye doctor - Due to Covid-19 Pt verbalized understanding of all teaching & instruction _____ RN | |
| 6/17/20 | Dispo BP 128/78  14  98  T 97.7  SpO2 100% RA | |

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

Wisdom tooth broke off it is cutting my tongue one is growing up under the other one can't eat can't swallow because it's broken off in A jagged point need to see Dental As soon as possible

Name (print): Lawrence Phillips  AIS # 243212  Date of Birth ▮▮▮▮▮▮

Institution: Limestone  Housing Area: L. 14A  Date: 6.16.2020

Sick Call Form Collected by Health Staff: _JT_ (initials) Title: _MR_ Date: _6,17,20_ Time: _0600_

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter <u>Not</u> Required

  (1) ____ Referring to Chronic Care Manager

  (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

  (1) ____ Bring to HCU at this time for further evaluation

  (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _A. Moss RN_  Date: _6/17/20 0810_

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter    2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred:</u>**

____ $4.00 - Nurse    (a) ____ Medical Provider

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (b) ____ Dental Clinic

____ $4.00 – **Scheduled but Refused Encounter**    (c) ____ Mental Health Services

    (d) ____ Other:_____

---

Inmate Name    243212
AIS#

# Alabama Department of Corrections
## Sick Call Request

*Eye Doctor*  *Eye Doctor* 

**Reason for Sick Call Request:** *I need to see the eye doctor to get some glasses my eyes are bothering me sensitive to the sun I need some tinted glasses. basically some new ones*

Name (print): *Lawrence Phillips*  AIS # *243212*  Date of Birth [redacted]

Institution: *Limestone*  Housing Area: *L-77 14A*  Date: *6-11-2020*

Sick Call Form Collected by Health Staff: *TT* (initials) Title: *MC* Date: *6/12/20* Time: *0600*

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate in next scheduled Nurse Sick Call Clinic**

Signature/Title: [signature]

Date: *6/12/20 1800*

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

_____ $4.00 - Nurse

✓ $4.00 – OTC(s); **If Restrictive Housing** -no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 ✓ Referral for follow up required; to be scheduled

(a) _____ Medical Provider

(b) _____ Dental Clinic

(c) _____ Mental Health Services

(d) ✓ Other: *Optometrist*

---

Inmate Name [signature]   *243212*
AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000083

# EYE EXAMINATION SHEET

| Facility: | *LCF* | | Date of Request: | *6/17/20* |

| Subjective: | *Blurry up close & Far off* |
| Past History: | *had glasses in past —   Asthma —* |

## CONSULTATION REPORT

| | | W/Glasses | W/O Glasses |
| Snelling: | OD | | |

*20/50*

*20/50*

OPHTH & EXT:
**Dilated Eye Exam**
    **YES**    NO
    (circle one)

OS

Mydriatic solution  1 to 2 gts per eye.

_____
Optometrist Signature

New RX:   OD

Glaucoma:   YES   Nurse Signature
   NO
    (circle one)

IOP: _____
OS

Details:

Cataracts:   YES   NO
    (circle one)
Details:

Frame:
Size:
Color:
Seg Ht:

_____
Optometrist Signature/Date

| Last Name | First | Middle | DOB | R/S | AIS Number |
| *Phillips, Lawrence* | | | ██████ | *B/M* | *243202* |
000081

Wexford Health
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

| Offender Information: | | |
|---|---|---|
| HSR# LCF | Phillips ~~Lawrence~~ | Lawrence |
| | Last Name | First Name | MI |
| Date/Time 6/12/20 1235 | | ID#: 243212 |

# TOOTHACHE/DENTAL COMPLAINTS

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** wisdom death coming in | **P)** |
| Describe onset, duration, and location of pain | **Refer to Provider:** |
| 1mo | • Facial swelling is moderate to severe and/or temperature is > 101°F |
| Describe the pain "bad" | • Any severe, continuous, uncontrolled bleeding |
| Are you experiencing sensitivity to heat, cold, or air? Ø | • A tooth is avulsed – out of mouth < 2 hours |
| | • A tooth is displaced – out of place, still in socket |
| When was your last dental exam or treatment? last wk | • Discharge |
| Any restriction in jaw movement? Ø | • Foul smell |
| | • Restricted jaw movement or s/p trauma |
| Any recent trauma in the area? Ø | • Be prepared to activate EMS if facial swelling is extreme, swelling under tongue or throat is present and/or airway is compromised or threatened |
| **O)** | **Nursing Intervention:** |
| | • Topical cold compresses |
| | • Salt H20 rinse p.r.n. |
| 98.0 P 68 R 16 BP 108/72 WT 196 | • For relief of discomfort, may offer: |
| Note any swelling, bleeding, discharge, foul smell |     Acetaminophen 325 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days |
| mild gum swelling |     OR |
| |     Ibuprofen 200 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days |
| **A)** | INSTRUCT PATIENT TO SWALLOW ORAL MEDICATION AND NOT TO PLACE MEDICATIONS DIRECTLY ON THE TOOTH OR GUMS |
| seen by dental last week. Plans to have wisdom teeth in place. | REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL: |
| | **ORAL BLEEDING** |
| | • Have patient bite on 2x2 gauze pad for 20-minute intervals until bleeding stops |
| | • Keep patient's head elevated |
| | • May apply ice pack to site |
| | • Instruct patient against: |
| | • Spitting (patient may allow any blood in mouth to passively drip into cup) |
| | • Sucking through straws |
| | • Drinking carbonated drinks |
| | • Rinsing out mouth |
| | • Chewing on gauze pads |
| | • Excessive talking |
| | • Strenuous exercise |
| | • If bleeding continues, return to clinic or notify Nurse |
| | **TRAUMA** |
| | • Fractured tooth |
| | • Refer to dentist on next dental clinic day |
| | • Advise patient to avoid area when chewing or drinking hot/cold liquids |
| | • Displaced tooth (still in socket but out of place) |
| | • Instruct patient to reposition tooth to correct position if not already done |
| | • Instruct patient to hold tooth in place |
| | • Refer to Physician for tetanus evaluation within 48 hours |
| | • Avulsed tooth (out of mouth/socket < 1 hour) |
| | • Instruct patient to replant tooth at site of injury by gently easing tooth into socket |
| | • Instruct patient to hold tooth in place |
| | • Refer to Physician for tetanus evaluation within 48 hours |
| | • Dental referral next clinic |
| | • Avulsed tooth (out of mouth/socket MORE than 1 hour) |
| | • DO NOT replant tooth |
| | • If still bleeding, have patient hold 2x2 gauze in place for 2-minute intervals until bleeding stops |
| | • Schedule dental evaluation on next dental clinic date |
| | **INFECTION OR TOOTHACHE** |
| | • If pain is constant, throbbing, swelling is present next to tooth only or mild facial swelling, and no fever is present, refer to MD/DDS for evaluation within 24 hours |
| | **BLEEDING GUMS** |
| | • For non-emergent condition, refer chart to Dental department the next day for evaluation |
| Alteration in Comfort | **Patient Teaching:** |
| | • Avoid extreme hot or cold substances |
| | • Use of medications |
| | • Need for follow-up by dentist in 3 days if no relief of symptoms |

Signature/Title _A. Hurtanku_

*MEDICAL*

# Alabama Department of Corrections
## Sick Call Request

*Medical*



**Reason for Sick Call Request:**

Dental will not give me any pain medication because the DR said it has a reaction/side effect to my other medications I take. Ms Shayla told me to put in a sick call request and get some pain medications through medical she'd approve it

Name (print): Lawrence Phillips     AIS # 243212     Date of Birth ▮▮▮▮▮

Institution: Limestone     Housing Area: L77 14A     Date: 6·10·2020

Sick Call Form Collected by Health Staff: _TI_ (initials) Title: MR Date: 6/11/20 Time: 0600

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: M. Bilotkin RN

Date: 6/11/20 080▮

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    ____ $4.00 - Nurse

    ____ $4.00 - OTC(s); If Restrictive Housing-no OTC charge

    ____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

    (a) ____ Medical Provider

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

---

Inmate Name _____     243212 AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
    Copy (page 3)-retained by inmate
    Copy (page 2)-inmate post health review

# Alabama Department of Corrections
## Sick Call Request

*Dental* 

**Reason for Sick Call Request:**

I need to get teeth pulled wisdom teeth growing don't have no pain medications need tooth pulled A.S.A.P.

Name (print): Lawrence Phillips    AIS # 243212    Date of Birth: ███████

Institution: Limestone    Housing Area: L-14A    Date: 6·10·2020

Sick Call Form Collected by Health Staff: ___ (initials) Title: MR Date: 6/11/20 Time: 0600

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter **Not** Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: M. Bielein RN    Date: 6/11/20 0800

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 _____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    _____ $4.00 - Nurse

    _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    _____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

    (a) _____ Medical Provider

    (b) _____ Dental Clinic

    (c) _____ Mental Health Services

    (d) _____ Other:_____

Inmate Name    243212 AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000087

# Alabama Department of Corrections
## Sick Call Request

*Chronic Care*      *ChronicCare*



---

**Reason for Sick Call Request:**

*Side hurting having, chest pains, heart having irregular beats tightning of chest soarness over heart.*

Name (print): *Lawrence Phillips*   AIS # *243212*   Date of Birth ▮▮▮▮

Institution: *Limestone*   Housing Area: *L 14A*   Date: *6-1-2020*

---

Sick Call Form Collected by Health Staff: ___ (initials) Title: *ML* Date: *6.2.20* Time: *0600*

---

**Request Triaged** (check as appropriate):

A. ___ Sick Call Nurse Encounter Not Required

    (1) ___ Referring to Chronic Care Manager

    (2) ___ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required

    (1) ___ Bring to HCU at this time for further evaluation

    (2) ___ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _(signature)_    Date: *6/2/20 @ 1159*

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter    2 ___ Referral for follow up required; to be scheduled

    **Co-Pay Fee Incurred:**

    ___ $4.00 - Nurse      (a) ___ Medical Provider

    ___ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge   (b) ___ Dental Clinic

    ___ $4.00 – **Scheduled but Refused Encounter**   (c) ___ Mental Health Services

                                   (d) ___ Other:_____

Inmate Name _(signature)_      AIS# *243212*

---

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record
CP7166AL                   Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014      Copy (page 2)-inmate post health review

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I need to see Dental I need
some Ibroprophen and Antibiodates
because wisdom teeth are growing
again causing serous pain. As soon
As possible. please.

**Name (print):** Lawrence Phillips   **AIS #** 243212   **Date of Birth** ███████

**Institution:** Limestone   **Housing Area:** L 14A   **Date:** 5-31-2020

---

**Sick Call Form Collected by Health Staff:** 77 (initials) **Title:** MC **Date:** 6-1-20 **Time:** 0600

**Request Triaged** (check as appropriate):

A. ✓ Sick Call Nurse Encounter **Not** Required

  (1) ✓ Referring to ~~Chronic Care Manager~~ Dental

  (2) ___ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required

  (1) ___ Bring to HCU at this time for further evaluation

  (2) ___ **Evaluate** in next scheduled Nurse Sick Call Clinic

**Signature/Title:** AMOSS RN   **Date:** 6/1/20 OB

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ___ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

___ $4.00 – Nurse

___ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

___ $4.00 – **Scheduled but Refused Encounter**

2 ___ Referral for follow up required; to be scheduled

  (a) ___ Medical Provider

  (b) ___ Dental Clinic

  (c) ___ Mental Health Services

  (d) ___ Other:_____

**Inmate Name**   243212   **AIS#**

Alabama Department of Corrections

# Sick Call Request



**Reason for Sick Call Request:**

I been having headaches, memory loss and bad dreams due to getting my head slammed through a ~~window~~ window by a Lt. M'Kenzie at Holman Corr. and loss of sleep.

*Name (print): Lawrence Phillips     AIS # 243212     Date of Birth ▇▇▇▇

Institution: Limestone     Housing Area: IC77 1B     Date: 5-5-2020

Sick Call Form Collected by Health Staff: TI (initials) Title: M2 Date: 56-20 Time: 68

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) _✓_ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____     Date: 5/6/20 0730

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    _____ $4.00 - Nurse

    _____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

    _✓_ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

    (a) _____ Medical Provider

    (b) _____ Dental Clinic

    (c) _____ Mental Health Services

    (d) _____ Other:_____

Inmate Name _____     243212
    AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
    Copy (page 3)-retained by inmate
    Copy (page 2)-inmate post health review

000090



Alabama Department of Corrections
**Intra-System Transfer / Receiving Screening**

Sending Institution: _Holman_

Date: _2-12-20_  Time: _1520_

Known Allergies: _NKA_

Date of Last Periodic Health Screening: _1.28.20_

PPD / TB Screening Results: _Past ⊕_ Date: _2017_

Current HC Code: _3_  Current MH Code: _B_

SMI: _✓_ Yes ___ No  IVM: ___ Yes _✓_ No

Current Treatments: _Needs CCC ASAP_

Chronic Care Clinic Enrollment(s): _HTN pre DM_
_OLD_

Next CCC visit is due: _ASAP_

Current Mental Health Needs: _(Cardiac)_

Next Mental Health visit due: _ASAP_

Current Diet Order: _Wellness_

Special Housing Required: _∅_

Physical Accommodations Required: _∅_

Current Rx: _Prozac , HCTZ_

Prescription Rx Sent: ___ n/a ___ Yes ___ No

Number of Cards: _____ (Do Not Transfer Narcotics)

Other Rx sent: _____

ADOC Health Record(s) Sent: ___ Yes ___ No
(ADOC Intra-System Only)

Number of Volumes Sent: _____

_[signature]_  _2-12-19_
Nurse Signature / Title       Date

---

Receiving Institution: _CUF_

Date: _2/13/20_  Time: _2150_

All Health Record(s) Received: _✓_ Yes ___ No (call for if not)

Temp: _97.9_ B/P: _140/80_ Pulse: _66_ Resp: _16_

O2 Saturation: _98_ %  Weight: _196_ lbs.

S - _New Intake_

O - _ASOB Resp even unlabored_

A - _Released to ADOC_

Number of Rx Cards Received: _____ or _✓_ n/a

Other Rx Received: _____

_____ or _✓_ n/a

Medications sent to Pharmacy or are KOP: ___ n/a ___ Yes
If KOP: _____
Received by / Inmate Signature

Access to Care at this institution discussed and written instruction
provided: _✓_ Yes _[signature]_
Acknowledged by / Inmate Signature

Plan:
| Treatment Sheet to Clinic Nurse: | __ n/a | __ Yes |
| Chronic Care Referral to CCC Nurse: | __ n/a | _✓_ Yes |
| Mental Health Referral Processed: | __ n/a | __ Yes |
| Medical Referral Processed: | _✓_ n/a | __ Yes |
| Dental Referral Processed: | _✓_ n/a | __ Yes |
| Special Diet order sent to kitchen: | _✓_ n/a | __ Yes |

On-Site Provider Referral Processed: _✓_ not indicated or;
_____ Yes / Medical; date scheduled: _____
_____ Yes / Dental; date scheduled: _____
_____ Yes / Mental Health; date scheduled: _____
Pending off-site consults scheduled: _✓_ n/a
_____ Yes (by Admin. Assist.)
On-site Provider notified and is scheduled to see this inmate (every
30 days from the date the consult was originally ordered – until the
pending appointment is met) on: _____ (scheduled date).
Nurse Sick-Call required: _✓_ PRN
_____ Yes / date scheduled: _____
Special housing accommodation required: _No_ ___ Yes
If yes, ADOC notified in writing: ___ Yes

_[signature]_  _2/13/20_
Nurse Signature / Title       Date

---

Inmate Name _Phillips Lawrence_

AIS # _243212_   D.O.B. 



**Wexford Health**
SOURCES INCORPORATED

### Progress Note

| Name: | Phillips Lawrence | | First | 243212 | MI |
|---|---|---|---|---|---|
| Date of Birth: ▮▮▮▮▮ | | ID #: | | | |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 8/13/20 | 2150 | Rec'd @ LCF. Intake Complete | |
| | | | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104AL

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: _LCF_____   Date: _2/13/20_   Time: _2050_

Individual Requesting Body Chart (print name): _Schooley_   Title: _Serg_

**Inmate statement:**

" _New Intake_ _____ "

**Description of markings:**

_Skin warm Dry intact, A&O&3 Resp. even A&O&3, Ambulates, Released to POD_

Check below:
___ *__Progress Note__ additionally completed and filed in the inmate health record.
___ *__Special Health Needs Communication Form__ completed and distributed, as necessary.

Health Professional (signature): _A Moss RN_   Date: _2/13/20_   Time _2100_

**Inmate Name:** _Phillips Laurence_   AIS #: _243212_   DO █████

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I need my 2400 Calorie Diet Profile I was told to put in for when I got here due to High Blood Pressure I think?

Name (print): Lawrence Phillips    AIS # 243212    Date of Birth 9-30-79

Institution: Limestone    Housing Area: C-18    Date: 2-15-2020

Sick Call Form Collected by Health Staff: JLL (initials) Title: RN Date: 2/17/20 Time: 0700

---

**Request Triaged** (check as appropriate):

A. ✓ Sick Call Nurse Encounter Not Required    (1) ✓ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____    Date: 2/17/20 0700

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1  ____ Resolved by Nurse Encounter    2  ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**    (a) ____ Medical Provider

____ $4.00 - Nurse    (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**    (d) ____ Other:_____

---

Inmate Name _____    AIS# 243212

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record
CP7166AL    Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014    Copy (page 2)-inmate post health review

000094

**Woxferd Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR# *HCF*

Date/Time *1/19/20 0100*

**Offender Information:**

Last Name *Phillips*  First Name *Lawrence*  MI ___  ID#: *243212*

# NON-SPECIFIC DISCOMFORT

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** *BP problems* | **P)** |
| Do you have any allergies? *No* | **Refer to Provider:**<br>• Patient presents more than twice at NSC for c/o same discomfort.<br>• Patient presents with signs of acute, severe discomfort. |
| Describe location of pain/discomfort. *Sometime headache* | **Nursing Intervention:**<br>Acetaminophen, 1–2 tablets t.i.d. p.r.n. for pain x 7 days |
| Describe pain i.e., stabbing, throbbing, constant, intermittent, etc. *Ache* | |
| Have you had this pain before and how was it treated? *Yes* | **Follow-Up:**<br>Return to sick call if discomfort does not improve. |
| **O)** | |
| T *97* P *77* R *18* BP *148/101* WT *99* *RtN 90* *197#* | |
| Document signs of obvious discomfort. *None* | *Referred to MD* |
| Document observations related to body part affected *None* | |
| **A)** | |
| Alteration in Comfort | |

Signature/Title *Brown, RN*

000095

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I know my Bloodpressure causing swelling in my head, headaches and my feets are swelling tremendously it's getting were they hurt to stand on them, I thought they supposedly to be monitoring my Blood Pressure

Name (print): Lawrence Phillips   AIS # 243212   Date of Birth �as

Institution: Holman   Housing Area: M-31   Date: 1-17-2020

Sick Call Form Collected by Health Staff: ___ (initials) Title: _RN_ Date: 1-10-20 Time: 0449

**Request Triaged (check as appropriate):**

A. ____ Sick Call Nurse Encounter **Not** Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____   Date: 1-18-20

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 ____ Resolved by Nurse Encounter

2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

____ $4.00 – **Scheduled but Refused Encounter**

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Lawrence P. Phillips                    243212

Inmate Name                              AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000096

Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: W.C. Holman                 Date: 12/20/19  Time: 0535

Individual Requesting Body Chart (print name): ___Kidd___  Title: Lt.

**Inmate statement:**

" I was sprayed & the other inmate jumped on me. They hit me in the head. "

**Description of markings:**

Pt A+O x 3 - Eyes flushed with water. No injuries noted! Pt ℅ side of head - Ⓒ hurting behind Ⓛ ear.

Check below:

___ **\*Progress Note** additionally completed and filed in the inmate health record.

___ **\*Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): __N.Chandler RN__  Date: 12/20/19  Time: 0535

Inmate Name: Phillip, Lawrence   AIS #: 243212   DOB ▓▓▓▓▓▓

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services  Form E 11 (a) 8/2014

000097

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
**PROGRESS NOTES**

HSR# *Holman*

Date/Time

| Offender Information: |
|---|
| *Phillips*    *Lawrence*    ___    ID# *243262* |
| Last Name          First Name          MI |

# TOOTHACHE/DENTAL COMPLAINTS

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Describe onset, duration, and location of pain *2 wks* | **Refer to Provider:** |
| Describe the pain *Sharp* | • Facial swelling is moderate to severe and/or temperature is > 101°F |
| Are you experiencing sensitivity to heat, cold, or air? *air* | • Any severe, continuous, uncontrolled bleeding |
| When was your last dental exam or treatment? *4-8-19* | • A tooth is avulsed – out of mouth < 2 hours |
| Any restriction in jaw movement? *Ø side* | • A tooth is displaced – out of place, still in socket |
|  | • Discharge |
| Any recent trauma in the area? *denies* | • Foul smell |
|  | • Restricted jaw movement or s/p trauma |
| **O)** | • Be prepared to activate EMS if facial swelling is extreme, swelling under tongue or throat is present and/or airway is compromised or threatened |
| T *97.8* P *62* R *18* BP *146/94* WT *190* *96%* | **Nursing Intervention:** |
| Note any swelling, bleeding, discharge, foul smell | • Topical cold compresses |
|  | • Salt H2O rinse p.r.n. |
|  | • For relief of discomfort, may offer: |
|  | - Acetaminophen 325 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days |
|  | OR |
|  | - Ibuprofen 200 mg – take 2 tablets p.o. b.i.d. p.r.n. x 5 days |
| **A)** | INSTRUCT PATIENT TO SWALLOW ORAL MEDICATION AND NOT TO PLACE MEDICATIONS DIRECTLY ON THE TOOTH OR GUMS |
| *denies all* | REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL: |
|  | **ORAL BLEEDING** |
|  | • Have patient bite on 2x2 gauze pad for 20-minute intervals until bleeding stops |
|  | • Keep patient's head elevated |
|  | • May apply ice pack to site |
|  | • Instruct patient against: |
|  | • Spitting (patient may allow any blood in mouth to passively drip into cup) |
|  | • Sucking through straws |
|  | • Drinking carbonated drinks |
|  | • Rinsing out mouth |
|  | • Chewing on gauze pads |
|  | • Excessive talking |
|  | • Strenuous exercise |
|  | • If bleeding continues, return to clinic or notify Nurse |
|  | **TRAUMA** |
|  | • Fractured tooth |
|  | • Refer to dentist on next dental clinic day |
|  | • Advise patient to avoid area when chewing or drinking hot/cold liquids |
|  | • Displaced tooth (still in socket but out of place) |
|  | • Instruct patient to reposition tooth to correct position if not already done |
|  | • Instruct patient to hold tooth in place |
|  | • Refer to Physician for tetanus evaluation within 48 hours |
|  | • Avulsed tooth (out of mouth/socket < 1 hour) |
|  | • Instruct patient to replant tooth at site of injury by gently easing tooth into socket |
|  | • Instruct patient to hold tooth in place |
|  | • Refer to Physician for tetanus evaluation within 48 hours |
|  | • Dental referral next clinic |
|  | • Avulsed tooth (out of mouth/socket MORE than 1 hour) |
|  | • DO NOT replant tooth |
|  | • If still bleeding, have patient hold 2x2 gauze in place for 2-minute intervals until bleeding stops |
|  | • Schedule dental evaluation on next dental clinic date |
|  | **INFECTION OR TOOTHACHE** |
|  | • If pain is constant, throbbing, swelling is present next to tooth only or mild facial swelling, and no fever is present, refer to MD/DDS for evaluation within 24 hours |
|  | **BLEEDING GUMS** |
|  | • For non-emergent condition, refer chart to Dental department the next day for evaluation |
| Alteration in Comfort | **Patient Teaching:** |
|  | • Avoid extreme hot or cold substances |
|  | • Use of medications |
|  | • Need for follow-up by dentist in 3 days if no relief of symptoms |

Signature/Title_____

Rev. 9/18/2019 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL     **TOOTHACHE/DENTAL COMPLAINTS**

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I need to make an Dental Appoint-ment for broken teeth and to get my wisdom teeth pulled out they are causing me tremendous pain I put in a Sick Call once WHY haven't you all called me down yet Thanks 11-14-2019

Name (print): _Lawrence P. Phillips_   AIS # _243212_   Date of Birth ▐�▐▐▐

Institution: _Holman_   Housing Area: _M-37_   Date: _11-14-2019_

Sick Call Form Collected by Health Staff: _JB_ (initials)   Title: _RN_   Date: _11/15_   Time: _0230_

---

## Request Triaged (check as appropriate):

A. _____ Sick Call Nurse Encounter <u>Not</u> Required

  (1) _____ Referring to Chronic Care Manager

  (2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

  (1) _____ Bring to HCU at this time for further evaluation

  (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _L Brown, RN_   Date: _11/15/19   0230_

---

## Sick Call Encounter (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

✓ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

_____ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

  (a) _____ Medical Provider

  (b) ✓ Dental Clinic

  (c) _____ Mental Health Services

  (d) _____ Other:_____

Inmate Name _____

AIS# _243212_

R/D 11/18/19
CPA

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000099

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I Need to see or set a.S.A.P. A Dental Appointment to get broken teeth pulled And my Wisdom tooth Also they are growing And causing me pain

Name (print): Lawrence Phillips   AIS # 243212   Date of Birth ▓▓▓▓

Institution: Holman   Housing Area: M-37   Date: 11-12-2019

Sick Call Form Collected by Health Staff: _____ (initials) Title: _____ Date: 11/3/19 Time: 020

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: G. Gay a   Refused 11/11/19 11940 a   11-12-18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

_____ $4.00 - Nurse

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

✓ $4.00 – **Scheduled but Refused Encounter**

2 _____ Referral for follow up required; to be scheduled

(a) _____ Medical Provider

(b) _____ Dental Clinic

(c) _____ Mental Health Services

(d) _____ Other:_____

---

Lawrence Phillips                           243212

Inmate Name                                 AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR# WC Holman.
DATE/TIME 10-30-19
1850

**Offender Information:**

Last Name: _Phillips_

First Name: _Lawrence_

MI: ___

ID#: _723412_

# ABRASIONS and LACERATIONS

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** ∅ Statement | **P)** |
| Allergies? NKDA | **Refer to Provider:** Last toxoid was more than 5 years ago. If wound has ground in debris. If wound has uncontrolled bleeding. If signs of infection are present. For wounds covering large or deep areas or over joints. For lacerations of eyelids, lips, ears over joints on fingers. For assault wounds to head face, chest, back or abdomen. For wounds not responding to protocol treatment. For wounds which require sutures. Exchange of body fluid. If injury is self-inflicted, refer to Mental Health |
| Cause of the injury? Altercation. | |
| Where did it happen? in the dorm | |
| Time of the injury: pta. | |
| Type of the object involved: Knife | |
| History of excessive bleeding    Y (N) | **Nursing Intervention** Cleanse with antiseptic soap. If wound is on the face use Phisoderm or equivalent and rinse with Normal Saline. Apply direct pressure with sterile compress (to control bleeding) if needed & elevate if possible. For discomfort: Acetaminophen 325 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days. Triple antibiotic ointment b.i.d. x 3 days. Dress abrasions as necessary – butterfly or steri strip if necessary. |
| Date of last Tetanus vaccination: | |
| **O)** T 97² P (101) R 16 BP 112/58 WT 138# 98⁰ | |
| Loss of consciousness/orientation Na | **Patient Teaching:** Signs of infection (swelling, redness, pus, heat, streaking). Signs of impaired circulation (blanching nails, cold extremities). Safety, prevention measures. Need for follow-up referral at sick call if infection and/or impaired circulation develop. |
| Size/depth/location of injury: 1cm lac to (R) cheek. | |
| Contaminates/ground in debris: Na | |
| Bleeding/drainage/amount/character: Bleeding controlled | **Follow up:** Wound check in the clinic or by sick call nurse in 24 hours; thereafter, depending on severity and patient's ability to provide self-care. |
| Swelling/disfigurement (Y) N   Swelling to lips. | |
| Loss of ROM? Y (N) | |
| S&S of impaired circulation? Y (N) | |
| **A)** | |
| **Alteration in Comfort Altered Skin Integrity** | |

Signature/ Title _L Acremanon_
WALK IN

ADOC-01
Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

000101

**ABRASIONS and LACERATIONS**

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: __WC Holman_____    Date: __10.30.19__ Time: __1850__

Individual Requesting Body Chart (print name): __Pace_____ Title: __Sgt__

**Inmate statement:**

" __Ø Statement_____ "

_____

**Description of markings:**

AOx3 skin w/o wounds documented above cleared & dressed Ø other markings noted healed lac to ® Flank & staples intact to ® Flank & staples removed intact

_____

Check below:

___ *Progress Note** additionally completed and filed in the inmate health record. NET Tool Complete

___ *Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): __Lacremann_____ Date: 10.30.19 Time: 1850

**Inmate Name:** __Phillips Lawrence,_____ AIS #: __243212__ DOB: ▮▮▮▮

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** I have dry skin my face is peeling bad I need some A&D ointment, Also I need my stitches etc staples took out it looks like skin is getting infectous Around stitches & staples

Name (print): Lawrence Phillips    AIS # 243212    Date of Birth ▮▮▮

Institution: Holman    Housing Area: M-7 RHU    Date: 10-26-19

Sick Call Form Collected by Health Staff: _AL_ (initials) Title: _N_ Date: _10/30/19_ Time: _12cu_

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required    (1) ____ Referring to Chronic Care Manager

Sutures removed prior to    (2) ____ Written Response/Instruction Being Provided

transfer to DCR 10/30/19 — A&D Cream given from stock

per N P    M Cresh 11/1/19

B. ✓ Nurse Sick Call Encounter Required    (1) ____ Bring to HCU at this time for further evaluation

(2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _C. Long_    Date: _10/31/19_

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ✓ Resolved by Nurse Encounter   N/C Ad    2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**    (a) ____ Medical Provider

____ $4.00 - Nurse    (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (c) ____ Mental Health Services

____ $4.00 – **Scheduled but Refused Encounter**    (d) ____ Other:_____

Inmate Name      243212   AIS#

ADOC-OHS form E-7 (a) 022013    Distribution: Original (page 1)-Inmate Health Record
CP7166AL      Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014    Copy (page 2)-inmate post health review

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** Arm infected were I have it stitched gotta keep sticking arm through door and bending down. Arm burning and painful to bend it.

Name (print): Lawrence Phillips  AIS # 243212  Date of Birth ▉▉▉▉

Institution: Holman  Housing Area: RHU M-7  Date: 10-14-19

Sick Call Form Collected by Health Staff: _CL_ (initials) Title: _P_ Date: 10/15/15 Time: 0200

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter <u>Not</u> Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ____ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) _✓_ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____  Date: 10/18/15

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter  2 ____ Referral for follow up required; to be scheduled

**Co-Pay Fee <u>Incurred</u>:**

    (a) ____ Medical Provider

____ $4.00 - Nurse

    (b) ____ Dental Clinic

____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    (c) ____ Mental Health Services

✓ $4.00 – **Scheduled but Refused Encounter**

    (d) ____ Other:_____

_Lawrence Phillips_  243212

Inmate Name  AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000104

Alabama Department of Corrections

## Inmate Body Chart Documentation Form



Institution: __Holman__     Date: __9.30.19__ Time: __2030__

Individual Requesting Body Chart (print name): __Lt. Earl_____ Title: _____

**Inmate statement:**

"I ain't did shit" "I'm not going to SEG" "I hit my head on the door" "I don't feel comfortable at this prison"

**Description of markings:**

Laceration to (L) eye  Length 1.5cm - width 0.5cm - Depth 0.1cm - Reopened area to (R) jaw and (R) side.

Check below:

___ **\*Progress Note** additionally completed and filed in the inmate health record.

___ **\*Special Health Needs Communication Form** completed and distributed, as necessary.

Health Professional (signature): __D Moody LPN_____ Date: __9.30.19__ Time: __2030__

Inmate Name: __Phillips, Lawrence__     AIS # : __243212__ DOB ████

Alabama Department of Corrections

## Inmate Body Chart Documentation Form

Institution: **Holman**

Date: 9/25/19   Time: 12:10

Individual Requesting Body Chart (print name): **L. Pace**   Title: **894**

**Inmate statement:**

" I dont feel good, I need to go to the free world hospital "



4.5x3cm
0x2cm
x2cm
.63x2cm
.x2cm
.65x6cm  1cm×ler

3½x1cm
Abras slando

**Description of markings:**

Large superfical laceration to Right forearm, 4.5x3cm laceration to Rcheek, 2.0x2cm laceration to (R) cheek 2.5x2cm laceration to (R) cheek. 6.5x6cm laceration to (R) hip 3.0x2cm laceration to (R) hip.

Check below:
____ **\*Progress Note** additionally completed and filed in the inmate health record.
____ **\*Special Health Needs Communication Form** completed and distributed, as necessary. 9/25/19   1210

Health Professional (signature): **R. Morgunn**   Date: _____ Time: _____

Inmate Name: **Phillips, Lawrence**   AIS #: **243212**   DOB: _____

**Wexford Health**
SOURCES INCORPORATED

# Referral Request – ALABAMA

| NOTE: Always send the complete form with the Certification of Services form |
| --- |

| Patient: PHILLIPS LAWRENCE | Patient #: 243212 | DOB: | Sex: ☑ Male ☐ Female |
| --- | --- | --- | --- |
| Site: LIMESTONE C.F. | Phone: | Fax: | Cost Center: |
| Date of request: 5/12/20 | DOI: | | EDR: |

| ☑ Off-site | ☐ On-site clinic | ☐ Telemedicine | | ☐ Urgent | ☑ Routine | ☐ Retro request |
| --- | --- | --- | --- | --- | --- | --- |

**Responsible party:** ☐ Wexford Health  ☐ Other: _____

**Service type requested** (complete additional applicable fields): ☐ Office Visit  ☐ X-ray (XR) : _____
☐ Scheduled Admission (SA)  ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

**Multiple visit treatments:** ☐ Radiation Therapy  ☐ Chemotherapy  ☐ Other : OMFS  **Number of visits/treatments:**

**Procedure / Test / Specialty Service Requested:**

**Specialist / Facility referred to:** UAB OMFS  ☑ Initial Visit  ☐ Follow-Up #:

**Presumed diagnosis:** Pecor. #17, 32, pulpitis #17, impacted #17A

**Describe signs and symptoms:** Pain, inflammation recurring

**Date of onset:** since 12/19

**Exam data / Objective findings:** NRC #17, supernumerary #17A, impacted Pecor #17, 32 c̄ pulpitis.

**Lab & x-ray data:**

**Current medications:**

**Failed outpatient therapies:** NO

**Enrolled in Chronic Care Clinic:** ☐ Yes  ☐ No  **Which clinic(s)?**

**Other diagnosis:**

**Comments:** Please, extract. #17A, 17, 32 teeth

| Site Medical Provider: Lucyna O Frendl, DMD | Signature: Lucyna Frendl | Date: 5/12/20 |
| --- | --- | --- |
| Site Medical Director: Michael E. Corum pmo | Signature: Michael E. Corum pmo | Date: 5/12/2020 |

☑ Proceed with requested service as described above by site director
☐ Alternative Treatment Plan for consideration as described by the RMD

| RMD Signature: | | Date: |
| --- | --- | --- |

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed by Targeted Completion Date, have patient re-evaluated by practitioner or midlevel practitioner to determine service is still necessary and appropriate.

If an ATP of another service has been recommended by the RMD a new referral form needs to be generated for this service by the site provider and send to the UM Reviewer. For ATP of site provider follow-up, new referral is not indicated.

7/28 Natalie sending name to Kelly today for auth #  8/4  453135105



# Alabama Department of Corrections
# Post Intake Dental Record

**Release Date:**
Short _____/_____/_____

Long _____/_____/_____

**Inmate Name (Last, Middle, First):**
Phillips Lawrence

**DOB:** ▮▮▮▮
**AIS #:** 243212

**Head & Neck/Soft Tissue/Oral Cancer Screening:**
☐ WNL
☐ F/U Needed - see treatment notes

**Examination Type:** ☐ Chronic Care ☑ Annual ☑ Emergency

## Treatment Priorities

Extractions:

Restorations:

Prosthodontics:

## Recent Findings

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

### PSR Sextant Score

| 6 | 3 | 5 |
|---|---|---|
| 4 | 3 | 3 |

### ▼ Treatment Completed ▼

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Date of Panoramic Radiograph:**
_____/_____/_____

**Dentures Present:**
☐ F/ ☐ /F ☐ P/ ☐ /P

**Institution:** Holman

**Exam Date:** 12-12-19

**Dentist's Signature:** PM Diahu

**Annual Exam Date:**
_____/_____/_____
_____/_____/_____
_____/_____/_____

☑ Discussed OHI
☐ Discussed Treatment Eligibility

000108
MAH 09-2019



# DENTAL TREATMENT RECORD

| | | | SERVICES RENDERED |
|---|---|---|---|
| **DATE/TIME** | **TOOTH** | **SURFACE** | **DENTAL SERVICE PROVIDED** |
| 10-9-20 | | | (S) pt c/o return of pain ( swelling LL |
| 0930 | 17 | | (O) PMH (see previous notes KO LL) |
| | 17s | | Clinically mild (L) sub mand/s lymphadenopathy |
| | | | Tender gingiva #17, 17s. & fresh swelly |
| | | | but tender to palpation B vestibule |
| | | | #17 DO decay |
| | | | (A) Pulpitis #17 / pericoronitis |
| | | | (P) Ne Ron v/c. |
| | | | still trying do get pt Ref to OMFS |
| | | | but unable  D Turner pus |
| | | | David Turner, DMD |
| 11-3-20 | | | (S) pt c/o face getting stuck LL ( pains to #17) |
| 12:00 | 17 | | (O) PMH. See previous exam/ine notes KO #17. |
| | 17s | | (A) #17, 17s need to be extracted & swelling today |
| | | | (P) Ne APP. Ref to OMFS |
| | | | David SC for unable to set Referral. |
| | | | Turner, DMD try to set in for |
| | | | Mr. Bgmke |
| | | | D. Turner pus |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

06/01/2018


**MID AMERICA HEALTH**
AMERICA'S HEALTH CARE PARTNER

# DENTAL TREATMENT RECORD

| | | | SERVICES RENDERED |
|---|---|---|---|
| **DATE/TIME** | **TOOTH** | **SURFACE** | **DENTAL SERVICE PROVIDED** |
| 18 Aug 2020 1345 | #17 | | S: "I have my wisdom tooth thats hurting again and it's starting to swell" Pt points to #17 |
| | | | O: Health- NKDA #17- NRC #17s present No desible swelling intra or extraorally No palpable tender nodes. No purulence. |
| | | | A: Extraction of #17, #17s by OMFS #1, #32 also if possible. |
| | | | P/E: Pt has been approved by Dr. Corum for referral on 12 May 2020. Authorization approved on 8/4/20 #453135105. |
| | | | Rx APAP 325 mg x 24 ii TID |
| | | | Pen VK 500 mg x 30 i TID |
| | | | NV: OMFS extraction of #17, #17s, #1, #32 |
| | | | Dr. Stephen Christopher DMD |
| 9/17/20 2:45 | | | I/M was called to HCU; but haven't showed up for appt; will reschedule. I/M. SA/DA |
| 9/18/20 1005 | | | pt not present. but I wrote up for APAP to pt sent written keyout for pain management David Turner DMD |
| 10/6/20 2:40 | | | Due to Covid-19 restriction; no movement; will reschedule I/M SA/DA— |
| | | | |
| | | | |

06/01/2018

PHILLIPS, Lawrence          243212          DOB ▮▮▮▮

 MID AMERICA **HEALTH**
AMERICA'S HEALTH CARE PARTNER

# DENTAL TREATMENT RECORD

| DATE/TIME | TOOTH | SURFACE | DENTAL SERVICE PROVIDED |
|---|---|---|---|
| | | | **SERVICES RENDERED** |
| 29 June 2020<br>1040 | #16 | | S: "My lower back tooth is crumbling apart"<br>It gives me trouble sometimes." Pt points to #17<br>O: Health - NKDA  #17 - clinical crown exhibits<br>carious involvement, partial impaction. No<br>swelling or purulence. PAX / PANO shows<br>impacted #17s<br>A: Needs referral to OMFS. Extract #16<br>to reduce trauma to soft tissue around<br>#17<br>P: Top anes. 4% Arti c̄ 1:100 K epi x 1½ carps.<br>#16 extracted. No complications<br>E: POI. APAP 325 mg x 24 īī TID<br>NV: Referral to OMFS for extraction<br>of #1, #17, #32 and #17s  ___ Dr. Stephen Christopher DMD |
| 22 July 2020 | | | Informed today by Natalie that Dr. Ashley with<br>Brookwood required coronavirus test prior to<br>treatment and that Ms. Jones refused to test<br>an asymptomatic patient. Explained importance<br>of treatment due to history of pericornitis and<br>presence of caries. Dr. Corum approved referrals<br>to UAB today. Pt. referred to UAB  Dr. Stephen Christopher DMD |
| | | | |
| | | | |

06/01/2018

PHILLIPS, Lawrence          24.3217          DOB ▮▮▮▮

000111

**DENTAL TREATMENT RECORD**

| Inmate Name: | | Institution: | Inmate Number | Page _____ |
|---|---|---|---|---|

| Date/Time | Tooth | Surface | Dental Service Provided |
|---|---|---|---|
| 4/28/20 1445 | 17, 32 | | S: "I have pain L and R" |
| | | | O: Pt has #17 decay and impacted supernumerary teeth, tissues inflamed |
| | | | A: recur #17, 32 c̄ pulpitis #17 |
| | | | P: epsom, rinse c̄ Peridex, Rx: PCN 500/Motrin KOP, given PCN 1000 mg stat and Motrin 800 mg stat and then 500 mg PCN q6h KOP 7d and Motrin 400 q 8h 7d. Pt will be referred to O.S. when COVID-19 regulations lifted. |
| | | | E: Pt informed.  *Lucyna O Frendl, DMD* |
| 6/2/20 0845 | | | S "Sore gum under teeth" Ld R. b/l west on L side |
| | | | O Pain IN 12·12·19 perio + mesial pain #17 decay & Supernum D to #17 #32 PE mild symtmatis hyperkeratosis Ld R. & tissue swelling mild tender operculum #17 & 32 |
| | | | A as noted below · malposed imp #17, 32 |
| | | | O ↑ Pen VK. Irrigated operculum #17 c̄ cltx |
| | | | E HCI Sigphres waved re ibuprofen ASA due to drg drg rxns RTR if SX return *David Turner, DMD*  D Turner pas |

MAH MID AMERICA HEALTH
AMERICA'S DENTAL HEALTHCARE CENTER

# DENTAL TREATMENT RECORD

| Inmate Name: | | | Institution: | Inmate Number | Page _____ |

| Date/Time | Tooth | Surface | Dental Service Provided |
|---|---|---|---|
| 12-12-19 | | | (B) I need my lower wisdom teeth out and this front one (C) #17, #32 are erupted and has a lot of tissue inflammation #8 has gross decay. PA shows wisdom teeth close to mand. nerve, will refer to Oral Surgeon (A) #32, #17 has pericornitis and #8 has irreversible pulpitis. All 3 are indicated for ext. (P) Consent signed, HH update Ext #8 1.25 carpules of 4% Articaine w/ 1:100,000 epi Simple forcep ext. Placed Ferric Sulfate. Pt will be put on Amoxil 500mg bid x 10 day for pericornitis & placed on Oral Surgeon schedule. Rx Motrin 800 mg tid x 5 days Amoxil 500 mg bid x 10 days (E) POI verbal & written & explained that O.S will take out #17, #32 4PM Dido 8:08AM |
| 1-8-20 | 17,32 | | Refused #17 #32 by oral surgeon Dr. Squier Clof |

**Correctional Medical Services, Inc.**
**Dental Treatment Record**

| Name: *Phillip Lawrence* | ID#: *243210* | Race: *Bm* | DOB: |
|---|---|---|---|

## DENTAL EXAMINATION



## RESTORATION AND TREATMENTS



| | | Periodontal Screening & Recording (PSR) | | |
|---|---|---|---|---|
| Date of Initial Examination: | | | | |
| Initial Classification: | | *DHC Stevenson* | | |
| Oral Pathology: | | | | |
| Gingivitis | | 2 | 3 | 3 |
| Vincent's Infection | | 2 | 2 | 2 |
| Stomatitis | | Date: *8/24/17* | | |
| Other Findings | | | | |
| Occlusion | | | | |
| Roentgenograms: | | | | |
| Periapical | | | | |
| Bitewing | | | | |
| Panorex | | | | |

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| Are you in good health | | | Acquired Immune Deficiency (AIDS/HIV) | | | |
| Allergies | | ✓ | Gastrointestinal disorders | | | |
| Anemia | | ✓ | Glaucoma | | | |
| Asthma or other respiratory problems | ✓ | | Heart disease or murmur | | | |
| Blood pressure conditions | | ✓ | Hepatitis | | | |
| Diabetes | | ✓ | Kidney problems | | | |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | | |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | | |
| Fainting | | ✓ | Taking any medication | | ✓ | |
| Pregnant? | | | Thyroid conditions | | | |
| Tuberculosis | | ✓ | Other conditions | | | |

Signature *Travis Mims DDMD*     Date *8/24/17*   Time *10:35 am*

CP7103-Dental Treatment Record-Revised 03/04, Las Reviewed 2010 (E-06.00b)
Copyright© 2004 by Correctional Medical Services, Inc.

000114


MID AMERICA HEAL
AMERICA'S DENTAL HEALTH CARE PARTNER

## Informed Consent for Dental Procedure

Inmate Name: X *Lawrence Phillps*   AIS #: X *243212*   DOB: X ▮▮▮▮▮

Facility Name: *LCF*   Housing: POP ___ SEG ___ Other ___   Sex: M ✓ F ___

I, the above identified inmate, request and authorize Dr. *Turny* and his/her associates assistants under direct supervision to perform the following procedure(s):

☐ Extraction of : _____

☐ Restoration ("filling") of : _____

☐ Impressions or related processes for : _____

☐ Oral prophylaxis ("cleaning")

☒ Other: *Evaluate problem on Lower left*

1. I understand that during the course of treatment(s), something unexpected may arise which may necessitate other procedures or treatments in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of those additional or different procedures or treatments which may be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervision.

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such anesthetics as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited to: allergic reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot tips displaced into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extraction, post-operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, post-operative bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the lip, tongue, chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising of mouth and face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of the proposed procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments performed, the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of treatment and diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with and without the proposed treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables and alternatives of the proposed treatment/procedure, including complications during and after treatment such as injury, infections, damage to teeth and oral structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cosmetic result less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatment. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dentist, his/her associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answered and I wish to proceed with the procedure/ treatment as planned.

X _____   X *Lawrence Ph.llps*   X *11-3-20*
Patient signature           Printed name                Date

X *S. Ash*                  *S. Ash*                    X *11/3/20*
Dentist/Witness signature   Printed name of dentist/witness   Date   000115

6-18

MID AMERICA ~EAL
AMERICA'S DENTAL HEALTH CARE PARTNER

## Informed Consent for Dental Procedure

Inmate Name: X _Lawrence Ph.ll.ps_    AIS #: X _243212_    DOB: X

Facility Name: _LCF_    Housing: POP ✓   SEG ____   Other ____   Sex: M ____  F ____

I, the above identified inmate, request and authorize Dr. _Turk_ _____ and his/her
assistants under direct supervision to perform the following procedure(s):

□ Extraction of : _____

□ Restoration ("filling") of : _____

□ Impressions or related processes for : _____

□ Oral prophylaxis ("cleaning")

☒ Other: _Evaluate_ _pain_ _LL_ _____

1. I understand that during the course of treatment(s), something unexpected may arise which may neces~
   procedures or treatments in addition to or different from those described above. Should such unexpected ci~
   arise, I further request and authorize the performance of those additional or different procedures or treatment~
   be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervi~

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such~
   as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited~
   reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot ti~
   into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extra~
   operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, po~
   bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the~
   chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising o~
   face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of th~
   procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments~
   the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of trea~
   diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with and without th~
   treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables and alternatives of the~
   treatment/procedure, including complications during and after treatment such as injury, infections, damage to tee~
   structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cos~
   less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatmen~
   questions have been answered to my satisfaction and I believe I have been given adequate information upon wh~
   an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dent~
   associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answ~
   wish to proceed with the procedure/ treatment as planned.

X _____    X _Lawrence Ph.ll.ps_    X _10/9/20_
Patient signature          Printed name               Date

X _S. Ash_                 _S. Ash_    X _10/9/20_
Dentist/Witness signature  Printed name of dentist/witness   Date

**PHILLIPS, LAWRENCE**

Printed 2019/04/08 07:37AM

Printed from 'DENTAL-XRAY' by 'Dental Xray'

| | |
|---|---|
| Patient Name | PHILLIPS, LAWRENCE |
| Patient ID | 243212 |
| Patient SS | <Not Specified> |
| Patient Gender | M |
| Patient DOB/Age | 1979/09/30  (39) |
| Acquisition Date | 2019/04/08 07:36 |
| Teeth | <Whole Mouth> |

Page 1 of 1

Image printed to fit

Pax-i

R

000117


MAH MID AMERICA**HEALTH**
AMERICA'S DENTAL HEALTH-CARE PARTNER

## <u>Informed Consent for Dental Procedure</u>

Inmate Name: _Lawrence Phillips_  MS #: _243212_  DOB: ████████

Facility Name: <u>Limestone Correctional Facility</u>  POP ✓  SEG _____  Other _____  Sex: M ✓  F _____

I, the above identified inmate, request and authorize Dr. _Christopher_ _____ and his/her associates or assistants under direct supervision to perform the following procedure(s):

☐ Extraction of : _____

☐ Restoration ("filling") of : _____

☐ Impressions or related processes for: _____

☐ Oral prophylaxis ("cleaning")

☐ Other: _Eval #17 pain_ _____

1. I understand that during the course of treatment(s), something unexpected may arise which may necessitate other procedures or treatments in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of those additional or different procedures or treatments which may be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervision.

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such anesthetics as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited to: allergic reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot tips displaced into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extraction, post-operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, post-operative bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the lip, tongue, chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising of mouth and face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of the proposed procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments performed, the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of treatment and diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with and without the proposed treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables, and alternatives of the proposed treatment/procedure, including complications during and after treatment such as injury, infections, damage to teeth and oral structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cosmetic result less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatment. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dentist, his/her associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answered and I wish to proceed with the procedure/ treatment as planned.

X _____     _Lawrence Phillips_     _8·18·20_
Patient signature                         Printed name              Date

X _A. Wise_ _____     _A. Wise_     _8/18/20_
Dentist/Witness signature        Printed name of dentist/witness   Date

000118
6-18

MAH MID AMERICA HEAL
AMERICA'S DENTAL HEALTH CARE PARTNER

# Informed Consent for Dental Procedure

Inmate Name: _Lawrence Phillips_ AIS #: _243212_ DOB: _____

Facility Name: _Limestone_ Housing: POP___ SEG___ Other___ Sex: M___ F___

I, the above identified inmate, request and authorize Dr. _Turner_ and his/her associates or assistants under direct supervision to perform the following procedure(s):

☐ Extraction of : _____

☐ Restoration ("filling") of : _____

☐ Impressions or related processes for: _____

☐ Oral prophylaxis ("cleaning")

☒ Other: _Treat recurrins #17_

1. I understand that during the course of treatment(s), something unexpected may arise which may necessitate other procedures or treatments in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of those additional or different procedures or treatments which may be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervision.

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such anesthetics as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited to: allergic reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot tips displaced into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extraction, post-operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, post-operative bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the lip, tongue, chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising of mouth and face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of the proposed procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments performed, the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of treatment and diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with and without the proposed treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables and alternatives of the proposed treatment/procedure, including complications during and after treatment such as injury, infections, damage to teeth and oral structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cosmetic result less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatment. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dentist, his/her associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answered and I wish to proceed with the procedure/treatment as planned.

X _____ | _Lawrence Phillips_ | _6-2-2020_
Patient signature | Printed name | Date

X _____ | _D. Terry_ | _____
Dentist/Witness signature | Printed name of dentist/witness | Date

000119   6-18

Temp 97.6

# Informed Consent for Dental Procedure

Inmate Name: X _Lawrence Ph.illips_    AIS #: X _243212_    DOB: ▓▓▓▓

Facility Name: _LCF_    Housing: POP ✓ SEG _____ Other _____ Sex: M ✓ F _____

I, the above identified inmate, request and authorize Dr. _Christopher_ and his/her associates or assistants under direct supervision to perform the following procedure(s):

☑ Extraction of : _#16_

☐ Restoration ("filling") of : _____

☐ Impressions or related processes for: _____

☐ Oral prophylaxis ("cleaning")

☐ Other: _____

1. I understand that during the course of treatment(s), something unexpected may arise which may necessitate other procedures or treatments in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of those additional or different procedures or treatments which may be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervision.

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such anesthetics as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited to: allergic reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot tips displaced into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extraction, post-operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, post-operative bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the lip, tongue, chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising of mouth and face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of the proposed procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments performed, the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of treatment and diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with and without the proposed treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables, and alternatives of the proposed treatment/procedure, including complications during and after treatment such as injury, infections, damage to teeth and oral structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cosmetic result less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatment. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dentist, his/her associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answered and I wish to proceed with the procedure/ treatment as planned.

X _____    _Lawrence Phillips_    X _6/24/20_
Patient signature                Printed name              Date

X _____    _S. Akr_    _6/24/20_
Dentist/Witness signature        Printed name of dentist/witness    Date

000120

6-18

MID AMERICA **HEALTH**
AMERICA'S DENTAL HEALTH CARE PARTNER

## **Informed Consent for Dental Procedure**

Inmate Name: _Lawrence Phillips_  AIS #: _24322_  DOB: ▮▮▮▮▮

Facility Name: _LCF_  Housing: POP  SEG _____  Other _____  Sex: M  F _____

I, the above identified inmate, request and authorize Dr. _Friendi_ and his/her associates or assistants under direct supervision to perform the following procedure(s):

☐ Extraction of : _____

☐ Restoration ("filling") of : _____

☐ Impressions or related processes for: _____

☐ Oral prophylaxis ("cleaning")

☐ Other: _____

1. I understand that during the course of treatment(s), something unexpected may arise which may necessitate other procedures or treatments in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of those additional or different procedures or treatments which may be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervision.

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such anesthetics as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited to: allergic reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot tips displaced into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extraction, post-operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, post-operative bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the lip, tongue, chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising of mouth and face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of the proposed procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments performed, the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of treatment and diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with or without the proposed treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables and alternatives of the proposed treatment/procedure, including complications during and after treatment such as injury, infections, damage to teeth and oral structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cosmetic result less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatment. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dentist, his/her associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answered and I wish to proceed with the procedure/ treatment as planned.

X _____  _Lawrence Phillips_  _4·28·20_
Patient signature  Printed name  Date

X _____  _D. Terry_  _4/28/20_
Dentist/Witness signature  Printed name of dentist/witness  Date

000121    6-18



## MID AMERICA**HEALTH**
### AMERICA'S DENTAL HEALTH CARE PARTNER

## RELEASE OF RESPONSIBILITY/LIABILITY and REFUSAL FORM

Inmate name: _Phillips Lawrence_     Date/time: _1-8-20 | 6:45am_

AIS number / date of birth: _243212_ / ████████

I hereby REFUSE to accept the following treatment or treatment recommendations:

_Extraction # 17 & 32 by oral surgeon_

I acknowledge that I have been FULLY INFORMED of and UNDERSTAND the consequences of REFUSING the recommended treatment. I accept any and all adverse outcomes as a result of my refusal and assume the risks from doing so. I hereby RELEASE and HOLD HARMLESS MAH, its employees, contractors, agents and assigns from all responsibility, liability and ill effect or outcome which may result from my REFUSAL. I understand that by my refusal I forfeit any claims for damages, complaints or grievances.

Inmate signature        Date/time

Witness

The aforementioned inmate has refused the indicated dental treatment, but has been informed and refuses to sign this form.

Witness _T. Edwards_     Date/time _1-8-20 | 6:45am_

Witness _C. Gray_     Date/time _1-8-20 | 6:45am_

4-18



# Wexford Health
### SOURCES INCORPORATED

# Progress Note

| Name: | Last | First | MI |
|---|---|---|---|
| | Phillips | Lawrence | |

| Date of Birth: | [redacted] | ID#: | 243212 |
|---|---|---|---|

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 9-4-18 | | P. did m/A report to HCU per scheduled exam | |
| 4/3/18 | | S: P on t ant | |
| 8:12 | | O: NRC #8 | |
| | | A: CE & Prn | |
| | | P: RTR 4/23 @ 10:30 | Beckham |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL


MID AMERICA HEALTH
AMERICA'S DENTAL HEALTHCARE PARTNER

## Informed Consent for Dental Procedure

Inmate Name: _Phillips Lawrence_ AIS #: _243212_ DOB: _____

Facility Name: _Fountain_ Housing: POP ✓ SEG____ Other____ Sex: M ✓ F____

I, the above identified inmate, request and authorize Dr. _Clambron_ and his/her associates or assistants under direct supervision to perform the following procedure(s):

☐ Extraction of : _#8_____

☐ Restoration ("filling") of : _____

☐ Impressions or related processes for: _____

☐ Oral prophylaxis ("cleaning")

☐ Other: _____

1. I understand that during the course of treatment(s), something unexpected may arise which may necessitate other procedures or treatments in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of those additional or different procedures or treatments which may be considered necessary or advisable by the above dentist(s) and his/her associates under his/her direct supervision.

2. I further request and authorize the taking of oral/dental x-rays and/or other diagnostic tests and the use of such anesthetics as may be deemed necessary or advisable by the dentist to diagnose and/or treat oral/dental problems.

3. I am aware that dental procedures and oral surgery carry some risks and limitations including, but not limited to: allergic reaction to the anesthetic or other medicaments used, fracture of a tooth, part of a tooth or adjacent bone, rot tips displaced into the sinuses, oropharynx, mandibular canal or other fascial spaces, bony fragments coming out after an extraction, post-operative dry socket and/or infection, fracture of the jaw bone(s), lacerations (cuts) or puncture wounds, post-operative bleeding, prolonged numbness after injections or extractions which may turn into permanent numbness of the lip, tongue, chin or other oral/facial structures, openings into the sinuses or nasal cavity, stretching, cracking or bruising of mouth and face, or other unforeseeable happenings.

4. I have been provided with sufficient information to give me a general understanding of the nature of the proposed procedure(s), the benefits from receiving such treatment, the risks or not having the procedure(s)/treatments performed, the most frequent risks and hazards of the proposed procedure(s) and possible alternative methods of treatment and diagnosis, the risks and benefits of such alternatives, and the prognosis of any condition with and without the proposed treatment/procedure. I understand that replacement of teeth extracted is not guaranteed.

5. I therefore certify by my signature below that the risks, benefits, imponderables and alternatives of the proposed treatment/procedure, including complications during and after treatment such as injury, infections, damage to teeth and oral structures, possibilities of further surgery, loss of other teeth or oral tissues, malocclusion, TMJ problems, or a cosmetic result less than my expectations. I have had sufficient opportunity to discuss my dental/oral conditions and treatment. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s)/treatment(s). I release and hold harmless the dentist, his/her associates/assistants and MAH in the provision of this treatment/procedure. All of my questions have been answered and I wish to proceed with the procedure/ treatment as planned.

Patient signature _____  Printed name _Lawrence Ph. il. ips_  Date _12-10-19_

X _PM Giambra_  Printed name of dentist/witness _PM Giambrone_  Date _12-12-19_
Dentist/Witness signature

6-18

000124

MID AMERICA HEALTH
AMERICAN'S LEADING DENTAL PROVIDER

## BRUSHING AND FLOSSING FOR DENTAL HEALTH
### An effective oral hygiene routine starts with a few simple steps.

**BRUSHING**
- A proper brushing technique is the first step to maintaining healthy teeth and gums. Plus, it helps minimize the risk of tooth decay and gum disease, the major causes of tooth loss.
- While there are several tooth brushing techniques, always ask your dental professional for their recommendation and be sure to follow their instructions. Use a soft bristle brush and fluoride toothpaste.
- To brush your teeth correctly, spend at least two (2) minutes brushing time being sure to include at least 30 seconds each section of your mouth (upper right, upper left, lower left and lower right) twice a day. Morning and night are preferred, but especially at night. Brush more often if you can.
- Place your toothbrush at a 45-degree angle towards the gums and brush in short, half-tooth-wide circular strokes against the gum line. Brush no more than two teeth at a time. See pictures below.
- Brush the outside, inside and top of your teeth in each section of your mouth.
- Pay special attention to the gum line areas.
- Brush your tongue in a back-to front sweeping motion to remove food particles and help removed odor causing bacteria to freshen your breath.
- Now that you've learned proper brushing technique, a little discipline in practicing it daily will help make it feel like second nature. It is one of the easiest things you can do to maintain the health of your teeth and gums.



**Flossing**
- Use about 18 inches of floss, so that you have a clean piece of floss to use on each tooth in the cleaning process. See pictures below.
- Curve the floss into a C-shape as you slide it up and down along the sides of each tooth, front and back.
- Floss all your teeth, front and back, top and bottom.
- Proper brushing and flossing should be part of your daily oral care routine and are the most important things in protecting your teeth and gums and keeping your mouth healthy.



Signature: _____   AIS #: 243212   Date: 12-12-19

5-18

# AFTER EXTRACTION CARE

Inmate name: Phillips Lawrence     AIS# 243212

Institution: Holman     Date 12-12-19

1. **DO NOT REMOVE THE GAUZE** FROM YOUR EXTRACTION SITE **FOR AT LEAST ONE (1) HOUR** after the extraction. If the gauze becomes blood soaked before the hour is up, remove the gauze and replace it with the clean gauze provided you. Fold the gauze so that pressure is maintained on the extraction site.

2. **DO NOT** LIE FLAT for at least three (3) hours after your extraction. If you need to lie down, keep your head and shoulders elevated.

3. **ABSOLUTELY NO SPITTING** OR DRINKING THROUGH A STRAW for at least forty-eight (48) hours (about 2 days). Avoid carbonated drinks and mouthwashes until healing is complete.

4. **DO NOT SMOKE** OR USE TOBACCO PRODUCTS for at least two (2) days after your extraction. If you absolutely must smoke, be sure to place gauze over the extraction site while you are smoking, whether bleeding or not. Be aware that you will probably cause a "dry socket" which is very painful and there is little treatment to help. This would be a good time to quit a harmful habit.

5. **DO NOT** PICK AT THE EXTRACTION SITE OR AREA. Doing so may cause the clot to be lost or destroyed which will lead to a painful "dry socket".

6. Keep your mouth and other teeth clean. A clean mouth heals faster. Be careful cleaning the area near the extraction. After twenty-four (24) hours, you may begin to GENTLY rinse your mouth with warm slightly salty water about three (3) times per day.

7. You may eat normally after the numbness wears off. Chew on the other side of your mouth from the extraction site and brush your remaining teeth after you eat and **especially** at bedtime.

8. Each and every tooth is examined after it is extracted to make sure ALL of it has been COMPLETELY removed. There may be some small bone fragments from around the sides of the tooth socket or from between the roots that break off and work out after the extraction. **THESE ARE NOT "PIECES OF TOOTH".** If these fragments do not work out on their own, drop a sick call slip and we can removed them for you. Should it be necessary to leave the tip off the tooth root, you will be informed.

9. You may be given a prescription for a pain medicine. You may have tenderness or soreness in the extraction area for up to six (6) weeks after the extraction. Antibiotics are NOT usually necessary. You will need to go to pill call to get your medication unless it's given to you "Keep on Person" (KOP). Antibiotics are NOT a cure for an abscess; extraction is the correct treatment.

10. If you have any *unusual* pain, swelling, bleeding or complications, drop a sick call clip to return to the Dental Clinic of Healthcare Unit for evaluation.

Inmate Signature: _____

Health Care Staff Signature: PM Dishn _____

## Request and Authorization for Dental Procedure

### DEMOGRAPHICS

Patient Name: *Phillips Lawrence*

Facility Name: *Ventress*

Unit:

ID Number: 243212

Date of Birth: ████████

Sex: ☒ Male   ☐ Female

### REQUEST AND AUTHORIZATION

1. I request and authorize Dr. _____ and his/her associate or assistants under direct supervision to perform the following procedure(s):

   ☐ Extraction of: _____

   ☐ Temporary filling of: _____

   ☐ Other: _____

   Benefit(s) of Patient's Condition / Problem(s) being treated: _____

   I understand that during the course of the procedure(s), something unexpected may arise which may necessitate procedures in addition to or different from those described above. Should such unexpected circumstances arise, I further request and authorize the performance of additional procedures which may be considered necessary or advisable by the above named dentist.

2. I further request and authorize the taking of oral / dental x-rays and the use of anesthetics as may be considered necessary or advisable by the dentist to diagnose and/or treat dental problem(s).

### INFORMED CONSENT

3. I am aware that oral surgery has some risks and limitations including, but not limited to:

   - Allergic reaction to the anesthetic
   - Fracture of a part of a tooth or adjacent bone
   - Roots of upper teeth displaced into the sinus or exposure of the sinus
   - Bony fragments appearing after an extraction
   - Post-operative infection
   - Dry socket following an extraction
   - Allergic reaction to other medicines
   - Fracture of the mandible (jaw)
   - Laceration or puncture wounds
   - Post-operative bleeding
   - Numbness following injections or extractions = may result in permanent numbness of lower lip, tongue and chin
   - Stretching, cracking or bruising of the corners of the mouth

4. The undersigned has provided me with information sufficient to give me a general understanding of the nature of the proposed procedure(s), the benefits and the usual and most frequent risks and hazards of the proposed procedure(s). The possible alternative methods of diagnosis or treatment, the risks and benefits of such alternatives and the prognosis of any condition with and without the proposed procedure(s) have also been explained to me.

5. I have had sufficient opportunity to discuss my dental conditions and treatment with the undersigned. All of my questions have been answered to my satisfaction and I believe I have been given adequate information upon which to base an informed consent to the above specified procedure(s).

6. I understand that replacement teeth/tooth are not guaranteed following extraction.

### SIGNATURE

_____
Patient/Responsible Party Signature

_____
Print Name

_____
Date

_____
Dentist/Witness Signature

_____
Print Name

_____
Date

CS1202

000127

# Chronic Disease Clinic Follow-Up

Inmate Name: *Phillips, Lawrence*
Number: *243212*  Institution: *LCF - @*

**List chronic diseases:** *7-15-20 1140*

| 1) *CV HTN* | 3) | 5) |
|---|---|---|
| 2) | 4) | 6) |

**Attach pharmacy profile or list current medications:** *copy of MAR attached*

**Subjective:**

Asthma: # attacks in last month?_____ *CP*
# short acting beta agonist canisters in last month?_____
# times awakening with asthma symptoms per week?_____

Seizure disorder: # seizures since last visit? *CP*
Diabetes mellitus: # of hypoglycemic reactions since last visit? *@*
Weight loss/gain ↓↑ *6* #lbs *3 25-20*

CV/hypertension (Y/N): Chest pain? *NO* SOB? *N @* Palpitations? *No* Ankle edema? *NO*
HIV/HCV (Y/N): Nausea/vomiting? Abdominal pain/swelling? Diarrhea? Rashes/lesions? *NA*

For all diseases, since last visit, describe new symptoms:
*Has not been showing up for A.M pill call. Ø B.P.*
*medication for month of July except one dose*  *SHI*

Patient adherence (Y/N): with medications? *Yic* with diet? *?* with exercise? *?*  *BmI 27.1*

**Vital signs:** Temp *98.5* BP *108/62* Pulse *72* Resp *16* Wt *194* INR
 *AST 30 ALT 53 5-21-20*
PEFR_____ #1_____ #2_____ #3_____

**Labs:** Hgb A1C_____ HIV VL_____ CD4_____ Total Chol *189* LDL *131* HDL *37* Trig *103* *2-22*
 O₂ Sat *95 % RA*

**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| | |
|---|---|
| HEENT/neck: *N, Fundi benign* | Extremities: *⊕ Pulses ⊖ edema* |
| Heart: *RRR, S₁S₂* | Neurological: *Grossly intact* |
| Lungs: *CTA bilaterally* | GU/rectal: — |
| Abdomen: *BND ⊕ BS* | Other: *app affect* |

**Assessment:**

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 *HTN* | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 ⊕ *PPD on INH therapy* | ☐ | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: *DC HCTZ for now, B.P normal range*

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____ X day/week/month  Glucose:_____ X day/week/month  Peak flow:_____  Other: _____

Education provided: ☒ Nutrition ☒ Exercise ☐ Smoking ☒ Test results ☒ Medication management ☒ Other: *HTN*

Chronic care program: _____

Referral (list type): Specialist:_____ Discharged from CCC: [name]_____

# days to next visit? ☒ 90 ☐ 60 ☐ 30 ☐ Other:_____

| Advance Level Provider Signature: *illegible* | Date: *7-15-20* Time: *1140* |
|---|---|

000128

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

**ALABAMA DEPARTMENT OF CORRECTIONS HEALTH SERVICES**
Medication Non Adherence
(Missed three consecutive doses or a pattern of non adherence)
Notification to Prescribing Practitioner

| Patient Name *Phillips, Lawrence* | Patient ID#: *243212* |
|---|---|
| Prescribing Practitioner | |

| Reported By | Date of Report *7-15-20* |
|---|---|

---

**Medication Order**

| Non Compliance Issue<br>☐ Missed 3 consecutive doses<br>☐ Pattern of non adherence | Describe |
|---|---|

**Medication Order**

| Non Compliance Issue<br>☐ Missed 3 consecutive doses<br>☐ Pattern of non adherence | Describe |
|---|---|

**Medication Order**

| Non Compliance Issue<br>☐ Missed 3 consecutive doses<br>☐ Pattern of non adherence | Describe |
|---|---|

**Nurse Reporting non adherence**
1. Complete this form with required information
2. Use only one form for each prescribing practitioner
3. Document completion of form on the back of the MAR
4. Submit mental health non adherence forms to the designated mental health nurse for distribution
5. Place physical health non adherence forms in the designated box for distribution to prescribing practitioner.

**ACTION TAKEN BY PRESCRIBING PRACTITIONER**
(To be completed by prescribing practitioner after review)

☐ No action indicated at this time
☐ Patient scheduled for an appointment for counseling
☐ Medication adjustments indicated and ordered

| Additional Documentation | *Medication DC, B.P normal range* |
|---|---|

Patient Signature _____ Date/Time *7-15-20  1145*

Prescribing Practitioner Signature _____ CRNP  Date/Time *7-15-20  1145*

**File completed form in Patient Health Record under MAR tab.**

CP7798AL ADOC Medication Non Adherence created 08/12/2010

000129

# ADOC
# Non-Compliance Notice

**The following has been observed and documented per non-compliance policy:**

**CLASS**

_____ Diet

_____ Medical/MH Appointment

_____ Treatment

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
SICK CALL _____
CC _____
MH _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

**ACTION TAKEN BY NURSING**

_____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS**

_____ Physician
_____ P.A. ─CRNP
_____ Psychiatrist

_____ Counseling
_____ Discontinue Meds
✓ Discontinue Tx
_____ Change Meds

OTHER_____

**ACTION TAKEN BY INMATE**

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance _____ Refuses to Sign

Patient ✗ _____ Date/Time 7-15-20 12:00

Staff _____ Date/Time 7-15-20 12:00

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Phillips, Lawrence | 243212 | ▉▉▉ | B/m | LCF |

**Sapphire** eMAR

## SYMBOL KEY
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
S: SELF
C: COMPLETED

## SITE KEY
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. RIGHT EYE
33. LEFT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERALIS RIGHT
59. VASTUS LATERALIS LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

### FLUoxetine 20mg Capsule
SUB FOR: PROZAC
TAKE 1 CAPSULE(S) ORALLY IN THE MORNING - [***CHANGE PILL CALL TIME TO HS***]
SHEIKHOLESLAMI, AZAR - [MEDICAL]
EFFECTIVE DATES: START 04/07/2020 / STOP 08/20/2020
RX 32747442 / 97.7%
HOUR 21:00

### HCTZ 12.5mg Tablet
SUB FOR: HYDRODIURIL
TAKE 1 TABLET(S) ORALLY IN THE MORNING -
POURSAIED, SHAHLA - [MEDICAL]
EFFECTIVE DATES: START 04/26/2020 / STOP 07/24/2020
RX 32333885 / 28.7%
HOUR 03:00

### HCTZ 12.5mg Tablet
SUB FOR: HYDRODIURIL
TAKE 1 TABLET(S) ORALLY IN THE MORNING -
POURSAIED, SHAHLA - [MEDICAL]
EFFECTIVE DATES: START 07/25/2020 / STOP 10/22/2020
RX 32606734 / 0%
HOUR 03:00

### Isoniazid 300mg Tablet
SUB FOR: NYDRAZID
TAKE 1 TABLET(S) ORALLY AT BEDTIME -
POURSAIED, SHAHLA - [MEDICAL]
EFFECTIVE DATES: START 04/17/2020 / STOP 10/13/2020
RX 32296666 / 100%
HOUR 21:00

### Vitamin B-6 25mg Tablet
SUB FOR: VITAMIN B-6
TAKE 1 TABLET(S) ORALLY AT BEDTIME -
POURSAIED, SHAHLA - [MEDICAL]
EFFECTIVE DATES: START 04/17/2020 / STOP 10/13/2020
RX 32296636 / 100%
HOUR 21:00

### Initials / Full Name Key
| INIT | FULL NAME |
|------|-----------|
| QB | BUTLER, QUSHALVON |
| RR | RICHARD, ROSEMARY |
| SG | GARTH, SHANNON |
| TB | BRYANT, TAMMY |
| VQ | QUICK, VADA |
| WW | WHITAKER, WANDA |
| LA | AGUILA, LINDSEY |
| LS | SHOULDERS, LATASHA |
| MT | TUCKER, MATASHA |
| NW | WASHINGTON, NEVDA |

## Diagnosis
Allergies: NO KNOWN DRUG ALLERGY
Facility: ALLM - LIMESTONE CORR FACILITY

Agency LIMESTONE CORR FACILITY
SSN
DOB               Gender M
L - L77 - 14A -
PHILLIPS, LAWRENCE PATRICK - 00243212

Alt Num

July 2020
PAGE 1 OF 1

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

REPORT GENERATED BY LHINDES AT 7/15/2020 12:46:15 PM

# ALABAMA CHRONIC CARE CLINIC
## LATENT TUBERCULOSIS FLOWSHEET

Patient Name: **Phillips, Lawrence**  |  **243212**  |  DOB ███  |  Location: **Limestone**

Initial Visit to b performed by Provider. Follow up visits may be performed by nursing staff on a monthly basis.

DATE OF INITIAL VISIT: **4/17/20**

PPD Result: **17** mm.  Sign/Symptom Review: ☑Neg. ☐ Positive  Explain _____

Chest X ray result: ☑Neg. ☐ Positive Explain _____

Is this patient HIV positive, pregnant (or < 3 months postpartum), has chronic liver disease or uses alcohol regularly? ☑No ☐ Yes

Explain _____

(if yes, LFT (SGOT/AST, SGPT/ALT and Bilirubin) before initiation of therapy. All therapy must be directly observed (DOT).

INH **300** mg. Duration of Therapy **180 d**

Rifampin _____ mg. Duration of Therapy _____   Start Date **4/17/20**

Vitamin B6 **25** mg. Duration of Therapy **180 d**   Stop Date _____

Comments: _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HBV and HCV testing results (if indicated) | | | | | | | | | |
| HIV testing results (if indicated) initially | | | | | | | | | |
| if HIV + CD 4 Count should be recorded. | | | | | | | | | |
| Platelets at baseline Y/N* If Rifampin given. | | | | | | | | | |
| Initial Visit Signature and Title | | | | | | | | | |
| Follow-up visit dates: (monthly with INH or Rifampin alone | | 5-21 | 6/24 | 7/30 | 8/12 | 9/10 | | | |
| Medication compliance with DOT (# of dosages taken) | | 40 | 69 | 90 | 118 | 146 | | | |
| Inmate's Weight (Lbs) | 41 | 195 | 198 | 194 | 193 | 194 | | | |
| Education provided | | | | | | | | | |
| Liver Enzymes results prior to start; 30, 60, 90 days of treatment  Monthly if abnormal, HCV + or symptomatic-- one month after completion of treatment (MD should be notified of any abnormal enzymes results) | 4/18 15/29 | 3-19 30/23 | 4 30/23 | 4 33/33 | 7-15 20/33 | 14 100/33 | | | |

**Note: Signs and symptoms of hepatitis include nausea, vomiting, jaundice, brown urine, and abdominal pain.**

**Adverse Effects of all Drugs Y / N**

**Referral to provider for s/s of hepatitis  Y / N**

INH

Rifampin

Initial and Signature at bottom of page

| | | | | | | |
|---|---|---|---|---|---|---|
| Fatigue, weakness | N | N | N | N | N | |
| Fever, Chills | N | N | N | N | N | |
| Loss of Appetite | N | N | N | N | N | |
| Nausea, vomiting | N | N | N | N | N | |
| Jaundice/Icterus | N | N | N | N | N | |
| Dark Brown Urine | N | N | N | N | N | |
| Rash, itching, bleeding or bruising | N | N | N | N | N | |
| Abdominal/Joint Pain | N | N | N | N | N | |
| Peripheral Numbness | N | N | N | N | N | |
| Thrombocytopenia/Hemolytic Anemia | NA | NA | N | NA | N | |

*Completed 181   10-14-20*

Drug Interactions – Circle those that inmate is receiving and review with provider

INH with Dilantin, Antibuse Antacids Carbamazepine Warfarin Beta- blockers Digoxin Quinolones Narcotics Doxycycline TCAs Theophylline Zidoviudine Protease inhibitors Tyleno Antiarrhythmics Disulfiram

Course of therapy completed: Yes ✓ No ____ Date _____

Disposition: _____

Referred to Health Department: Yes ____ No ____ Date: _____

Comments: _____

| Signature | Initial | Signature | Initial |
|---|---|---|---|
| *[signature]* | *hbt* | | |

CP7660AL
Issued 8/2014

000132

**Wexford Health**
SOURCES INCORPORATED

**Patient Education – HYPERTENSION**

# HYPERTENSION

## What Is Hypertension?

**Hypertension**, or **high blood pressure**, occurs when the pressure of the blood in the blood vessels is too high.  It can cause a heart attack or stroke.

## What Is Blood Pressure?

As your heart beats, it pumps blood into your arteries and creates pressure against the artery walls.  Your heart creates this force as it pumps blood throughout your body.

## What Do the Numbers Mean?

Two numbers, one on top and one on bottom, measure blood pressure.  The top number, systolic, is the pressure in the blood vessels when your heart pumps.  The bottom number, diastolic, is the pressure between beats.  A person's blood pressure changes depending on the circumstance.  It rises when you exercise and goes down when you sleep.  This is normal. It may take several readings over time to diagnose high blood pressure.  Have your blood pressure checked regularly.

What is normal blood pressure?
Normal blood pressure for an adult is usually below 120/80.

## What are the Symptoms of High Blood Pressure?

Most people with high blood pressure have no symptoms. This is why high blood pressure is also known as "the silent killer."  The best way to find out if you have high blood pressure is to have it checked regularly by your health care provider. 

## Are You at Risk?

Some risks of hypertension are totally out of your control, such as being born to a family with a history of the disease.  Other risks include:

- Ethnicity – African Americans are more likely to have more hypertension than Caucasians
- Age – Blood pressure tends to rise with age
- Gender – Up to age 55, men usually have higher blood pressure then women
- Family history – Some families have more members with hypertension

x Phillips, Lawrence                    X

Approved by the Wexford Health Medical Advisory Committee.
Rev. 8/27/2019 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL                    53

000133

**Wexford Health**
S O U R C E S   I N C O R P O R A T E D

**Patient Education – HYPERTENSION**

## Risk Factors You Can Control

Even though you may have a higher risk for high blood pressure, you can lower your risk in the following ways:

### Quit Smoking

Smoking causes the arteries in your body to become less elastic, or stretchy, causing high blood pressure.

### Healthy Diet

Following a low-fat, low-salt diet can reduce blood pressure in some people.

### Exercise

Lack of exercise makes you store your energy as fat, instead of burning it off. Excess weight causes high blood pressure. The American Heart Association recommends exercising for 30 minutes a day for overall fitness.

### Stress

Having a lot of stress in your life without any ways to deal with it can cause you to feel upset, causing hypertension.

## How Can I Manage High Blood Pressure?

You and your health care provider should work together to find out the best treatment for you. It may include dietary changes and an exercise program. Your health care provider may even recommend taking medication. The key to accomplishing this is to follow your health care provider's advice if you have high blood pressure, or prevent the disease from occurring in the first place.

This handout was adapted from the following sources:
"High Blood Pressure" FamilyDoctor.org Updated August 2012 (Accessed October 2015)
"High Blood Pressure." Net Wellness® - Consumer Health Information. October 2015. www.netwellness.org/healthtopics/hypertension (accessed Oct.2015)
"High Blood Pressure: Do You Have It Under Control?" Healthy Advice for You and Your Family.
"High Blood Pressure." American Heart Association. February 2015

000134

Symantec Encryption Server: Web Email Protection - Message Display          Page 1 of 2

Settings          Help          Logout





| Compose | |
|---|---|

Reply          Reply To All          Delete          |          Print          Message 2 of 2     First | Previous | Next | Last

**Inbox**

**Sent**

From: Tonya.Snider@adph.state.al.us                                              04/04/2020 2:34 PM
To: Claire.Payne@adph.state.al.us
Cc: "Shahla Poursaied" <Shahla.Poursaied@wexfordhealth.com>
Subject: Re: TB TREATMENT

Mr. Phillips had a 0mm TST on 3/25/1986 with clear lungs - no action
On 8/25/1999, he had a 12mm TST with clear lungs - he was started on preventive therapy in 9/1999.
Unknown if patient completed treatment - Covington County Jail
No treatment history in Jefferson County.

I have a record search pending in Covington County and will get back with you if anything is reported.


Thanks,
Tonya Snider
Alabama Department of Public Health
TB Control
334-206-5330


Confidentiality Notice - This email is for the sole use of the intended recipient(s) and may contain
confidential or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited.
If you are not the intended recipient, please contact the sender by office number or reply by email and then
destroy all messages.


From:    Claire Payne/DC/ADPH
To:      "Shahla Poursaied" <Shahla.Poursaied@wexfordhealth.com>
Cc:      Tonya Snider/DC/ADPH@ADPH
Date:    04/06/2020 12:36 PM
Subject: Re: TB TREATMENT


Tonya

Check to see what we have on this patient.  Thanks

**Claire J. Payne, BS, MPA**
**TB Division Director**
**201 Monroe Street**
**Montgomery, AL 36104**
**(334)206-9429 Office**
**(334)850-9563 Cell**
**(334)206-3758 Fax**


This may contain confidential information that is the property of the sender and is legally privileged.  This
transmission is intended only for the use of the person(s) named above. If you are not the intended
recipient, you are notified that any disclosure, copying, distribution, or action other than that described as
follows is strictly prohibited.  If you have received this transmission in error, please immediately notify the
sender noted above by telephone for the return of this transmission.  Thank you.


From:    "Shahla Poursaied" <Shahla.Poursaied@wexfordhealth.com>
To:      "claire.payne@adph.state.al.us" < claire.payne@adph.state.al.us>
Date:    04/06/2020 12:19 PM
Subject: TB TREATMENT

# Sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. RIGHT BACK RIGHT
21. LEFT BACK LEFT
22. UPPER BACK RIGHT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MIDPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. RIGHT NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. TRICEP RIGHT
57. OUTER THIGH RIGHT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

**MEDICATION**

START 03/04/2020
STOP 04/03/2020
RX 31436734
93.9%

**FLUoxetine 20mg Capsule**
SUB FOR: PROZAC

TAKE 1 CAPSULE(S) ORALLY IN THE MORNING –

SHEIKHOLESLAMI, AZAR – [PSYCH]

HOUR 03:00

---

START 01/27/2020
STOP 04/25/2020
RX 30414653
95.7%

**HCTZ 12.5mg Tablet**
SUB FOR: HYDRODIURIL

TAKE 1 TABLET(S) ORALLY IN THE MORNING –

POUPARINAS, MANUEL – [MEDICAL]

HOUR 03:00

---

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALUM – LIMESTONE CORR FACILITY
**DOB**

| INIT | FULL NAME |
|------|-----------|
| LS | SHOULDERS, LATASHA |
| SC | CARTER, SHERKENNA |
| TB | BRYANT, TAMMY |

Agency LIMESTONE CORR FACILITY
SSN

Gender M
Alt Num

**K-C K77 - 1B -**
**PHILLIPS, LAWRENCE PATRICK - 00243212**

Seen 4-6-20 PN

April 2020
PAGE 1 OF 1

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

REPORT GENERATED BY SANMCINTOSH AT 4/6/2020 1:08:27 PM

**Sapphire eMAR**

**SITE KEY**

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK RIGHT
19. LOWER BACK LEFT
20. UPPER BACK RIGHT
21. UPPER BACK LEFT
22. UPPER CHEST RIGHT
23. UPPER CHEST LEFT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MIDPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**SYMBOL KEY**

A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

## ROUTINE MEDICATION

### MEDICATION

**START** 03/04/2020
**STOP** 06/01/2020
**RX** 31456724
93.5%

**FLUoxetine 20mg Capsule**
SUB FOR: PROZAC

TAKE 1 CAPSULE(S) ORALLY IN THE MORNING -

SHEIKHOLESLAMI, AZAR - [PSYCH]

HOUR 03:00 — Q8

### MEDICATION

**START** 1/27/2020
**STOP** 04/25/2020
**RX** 39414613
95.7%

**HCT2 12.5mg Tablet**
SUB FOR: HYDRODIURIL

TAKE 1 TABLET(S) ORALLY IN THE MORNING -

POUPARINAS, MANUEL – [MEDICAL]

HOUR 03:00 — Q8

### MEDICATION

**START** 04/16/2020
**STOP** DISCONTINUED - 3/14/2020 12:43:04 PM
**RX** 30247601
97.3%

**FLUoxetine 20mg Capsule**
SUB FOR: PROZAC

TAKE 1 CAPSULE(S) ORALLY IN THE MORNING -

POLANCO, PEDRO - [PSYCH]

HOUR 03:00 — Q8

| INIT | FULL NAME |
|------|-----------|
| SG | GARTH, SHANNON |
| TB | BRYANT, TAMMY |
| WW | WHITAKER, WANDA |

**Alt Num**

**Agency** LIMESTONE CORR. FACILITY
**SSN**

**March 2020**
**PAGE 1 OF 1**

| INIT | FULL NAME |
|------|-----------|
| AF | FINLEY, ASHLEY |
| NV | VOLTZ, NANCY |
| QB | BUTLER, QUSHALYON |
| SC | CARTER, SHERRINNA |

**Diagnosis**
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALLIN - LIMESTONE CORR. FACILITY
**DOB**                    **Gender** M

**K - K77 - 1B -**
**PHILLIPS, LAWRENCE PATRICK – 00243212**

REPORT GENERATED BY SAMMCINTOSH AT 4/6/2020 1:10:01 PM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

000137

# Chronic Disease Clinic Follow-Up

Inmate Name: *Phillips, Lawrence*
Number: *243212*   Institution: *LCF C*

List chronic diseases: 3-25-20  1050

| | | |
|---|---|---|
| 1) *CV HTN* | 3) | 5) |
| 2) | 4) | 6) |

Attach pharmacy profile or list current medications: _____
*MAR copy attached*

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ ∅ | Seizure disorder: # seizures since last visit? ∅ |
| # short acting beta agonist canisters in last month?___ ∅ | Diabetes mellitus: # of hypoglycemic reactions since last visit? ∅ |
| # times awakening with asthma symptoms per week? | Weight loss/gain ↓ ↑ #lbs → 1st visit in LCF |
| CV/hypertension (Y/N): Chest pain? No  SOB? No | Palpitations? No  Ankle edema? No |
| HIV/HCV (Y/N): Nausea/vomiting? ___  Abdominal pain/swelling? ___ | Diarrhea? ___  Rashes/lesions? NA |

For all diseases, since last visit, describe new symptoms: _____
HTN for past 4-5 months.
Smoker 4-5 a day → Smoke for 25 years

**Patient adherence (Y/N):** with medications? ✓  with diet? ?  with exercise? ?
**Vital signs:** Temp 98.1  BP 124/78  Pulse 70  Resp 18  Wt 200  5'11"  BMI 29
PEFR ___  #1 ___  #2 ___  #3 ___
**Labs:** Hgb A1C ___  HIV VL ___  CD4 ___  Total Chol 189  LDL 131  HDL 37  Trig 103  2-22-
**Range of fingerstick glucose/BP monitoring:** _____  O₂ Sat 98% RA

**PE:**

| | |
|---|---|
| HEENT/neck: N, fundi benign | Extremities: ↑ Pulses ⊖ edema |
| Heart: RRR, SS₂ | Neurological: Grossly intact |
| Lungs: CTA bilaterally | GU/rectal: ___ |
| Abdomen: BND ⊕ BS | Other: app affect |

**Assessment:**

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 HTN | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2 Past Positive ⟹ ∅ documentation | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 will try to look at old charts | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 + inform health department | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: For now continue to monit
Diagnostics: _____
Labs: _____
Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A
Monitoring: BP:___ X day/week/month  Glucose:___ X day/week/month  Peak flow:___  Other:___
Education provided: ☒ Nutrition ☒ Exercise ☒ Smoking ☒ Test results ☒ Medication management ☒ Other: HTN
Referral (list type): Specialist:_____  Chronic care program:_____
# days to next visit? ☒ 90  ☐ 60  ☐ 30  ☐ Other:____  Discharged from CCC: [name]_____

| Advance Level Provider Signature: *Shania Primsaled, CRNP* | Date: 3-25-20  Time: 1050 |
|---|---|
| | 6-23-20 |

# sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTIS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 03/04/2020 STOP 06/01/2020 RX 3145734 100% | FLUoxetine 20mg Capsule SUB FOR: PROZAC | 03:00 | | | | SC | | AF | | AF | | Q8 | | | SG | SC | | WW | Q8 | Q8 | | WW | | | | AF | WW | | | | | | |

RX TAKE 1 CAPSULE(S) ORALLY IN THE MORNING -
SHEIKHOLESLAMI, AZAR - [PSYCH]

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 01/27/2020 STOP 04/25/2020 RX 3046463 95.3% | HCTZ 12.5mg Tablet SUB FOR: HYDRODIURIL | 03:00 | | | | SC | | AF | | AF | | Q8 | | | SG | SC | | WW | Q8 | Q8 | | WW | | | | AF | WW | | | | | | |

RX TAKE 1 TABLET(S) ORALLY IN THE MORNING - [MEDICAL]
POUPARINAS, MANUEL - [MEDICAL]

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 01/16/2020 STOP 04/14/2020 RX 3047001 97.9% | FLUoxetine 20mg Capsule SUB FOR: PROZAC DISCONTINUED - 3/4/2020 12:43:04 PM | 03:00 | | | | SC | | AF | | AF | | Q8 | | | SG | SC | | WW | Q8 | Q8 | | WW | | | | AF | WW | | | | | | |

RX TAKE 1 CAPSULE(S) ORALLY IN THE MORNING -
POLANCO, PEDRO - [PSYCH]

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|
| AF | FINLEY, ASHLEY | WW | WHITAKER, WANDA | | |
| Q8 | BUTLER, QUSHALIYON | | | | |
| SC | CARTER, SHERRENNA | | | | |
| SG | GARTH, SHANNON | | | | |

Alt Num

**Agency** LIMESTONE CORR FACILITY
**SSN**

Gender M

**Diagnosis**
**Allergies** NO KNOWN DRUG ALLERGY
ALLM – LIMESTONE CORR FACILITY
**Facility**
**DOB** ████████
**Facility** – C18 – 1A –

**PHILLIPS, LAWRENCE PATRICK – 00243212**

March 2020
PAGE 1 OF 1

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

REPORT GENERATED BY SANMCINTOSH AT 3/24/2020 9:44:48 AM

# CHRONIC CARE CLINIC
## REFERRAL FORM

**REFERRAL DATE:** 02/13/20

**REFERRAL DEPT:** Chronic Care

**NAME OF PATIENT:** Phillips Lawrence

**AIS#** 243212    **DOB:** ████████    **RACE:** B/M

**CLINIC:** HTN

**MEDICATIONS:** See MAR

2-14-20

**COMMENTS:**

P0217AL-Chronic Care Referral - Created 05/2010
Copyright © 2010 Correctional Medical Services, Inc., All Rights Reserved.

000140

M.31

# ADOC
## Non-Compliance Notice

**The following has been observed and documented per non-compliance policy:**

**CLASS**

_____ Diet

_____ Medical/MH Appointment

✓ Treatment

**SPECIFIC**

ADA _____

CARDIOVASCULAR _____

ALT. G.I. _____

OTHER _____

INFECTIOUS _____

SICK CALL _____

CC _____

MH _____

OTHER _____

BLOOD PRESSURE ✓ 12\16\19

DRESSING _____

ACCUCHECK _____

OTHER _____

**ACTION TAKEN BY NURSING**

_____ Counseling

_____ Discontinue Medication

_____ Re-assign Schedule

_____ Placed on sick call

_____ Inform MH Department

_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS**

_____ Physician

_____ P.A.

_____ Psychiatrist

_____ Counseling

_____ Discontinue Meds

_____ Discontinue Tx

_____ Change Meds

OTHER_____

**ACTION TAKEN BY INMATE**

_____ Treatment Refusal Signed

_____ Explanation of Non-Compliance

_____ Refuses to Sign

Patient _____   Date/Time _____

Staff  M Chandler LPN   Date/Time 12\17\19

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Phillips, Lawrence | 243212 | ▌▌▌ | B/M | E 21 |

000141

CP0205AL   Non-Compliance Notice



**Wexford Health**
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: _Phillips, Laurence_   Date: _12/16/19_   Time: _2300_

ID Number _243212_   DOB/Age: ██████ , _40_

I hereby refuse to accept the following treatment/recommendations:

_Blood pressure Check 12/16/19_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects, which may result from this action.

_____
Inmate Signature

_____
Date/Time

_____
Witness

_1-13-20 0800_
Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Witness

_____
Witness

CP7120AL

Attachment 2

# T.B. Screening Form

Skin Test Positive Date: **7/19/17**     MM Reading: **17mm** Today's Date: _____

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | _____ |
| Fever / Chills | _____ | _____ |
| Hoarseness | _____ | _____ |
| Chest Pain | _____ | _____ |
| Weight Loss | _____ | _____ |
| Usual Weight | _____ | |
| Present Weight | _____ | |
| Night Sweats | _____ | _____ |
| Excessive Fatigue | _____ | _____ |
| Dyspnea | _____ | _____ |
| Productive Cough (more than 3 weeks) | _____ | _____ |

IF YES:
Sputum Production _____     Color _____

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature _____ Date _____

**_*Chest X-Ray & Sputum if any YES answers (excluding HIV)_**.

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Phillips, Lauren a | 243212 | ███████ | Kolman |



# ADOC
# Non-Compliance Notice

**The following has been observed and documented per non-compliance policy:**

**CLASS**                                    **SPECIFIC**

_____ Diet                       ADA _____
                                             CARDIOVASCULAR _____
                                             ALT. G.I. _____
                                             OTHER _____

_____✓_____ Medical/MH Appointment        INFECTIOUS _____
                                             SICK CALL _____
                                             CC ___11/12/19_____
                                             MH _____
                                             OTHER _____

_____ Treatment

                                             BLOOD PRESSURE _____
                                             DRESSING _____
                                             ACCUCHECK _____
**ACTION TAKEN BY NURSING**                  OTHER _____

_____✓_____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule         _____ Placed on sick call
                                             _____ Inform MH Department
**ACTION TAKEN BY PRESCRIBERS**              _____ M.A.R. Review

_____ Physician
_____ P.A.                       _____ Counseling
_____ Psychiatrist               _____ Discontinue Meds
                                             _____ Discontinue Tx
                                             _____ Change Meds
**ACTION TAKEN BY INMATE**                   OTHER_____

_____ Treatment Refusal Signed   ___X___ Refuses to Sign
_____ Explanation of Non-Compliance    _CaroyRN_
                                             Date/Time__11-14-19 1018__
Patient _X_____            Date/Time_____
Staff _Issac Mooly_____           Date/Time_____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Phillips  Laurence | 243212 | ████ | B/M | Holman |

CP0205AL   Non-Compliance Notice

000144

M62

# ADOC
# Non-Compliance Notice

**The following has been observed and documented per non-compliance policy:**

**CLASS**

_____ Diet

___X___ Medical/MH Appointment

_____ Treatment

**ACTION TAKEN BY NURSING**

_____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

**ACTION TAKEN BY PRESCRIBERS**

_____ Physician
_____ P.A.
_____ Psychiatrist

**ACTION TAKEN BY INMATE**

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
SICK CALL _11-12-19_
CC _____
MH _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

___✓___ Refuses to Sign

Patient _____  Date/Time _____

Staff _~signature~_  Date/Time _10-13-19_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lawrence Phillips | 243212 | ▉ | BM | Holman |

CP0205AL   Non-Compliance Notice

000145

*Mø?*



**Wexford Health**
S O U R C E S   I N C O R P O R A T E D

## Release of Responsibility Form

Name: Phillips Lawrence          Date: 11/18/19     Time: 1030

ID Number 24322                  DOB/Age: ████████ / 40

I hereby refuse to accept the following treatment/recommendations:

Chronic Care clinic

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects, which may result from this action.

X _____          11/18/19    1030
        **Inmate Signature**                **Date/Time**

_____                 11/18/19    1030
        **Witness**                            **Date/Time**

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

eorayDN 11-14-18 1018 _____          _____
        **Witness**                            **Witness**

Isaac Moon CO _____          _____
        **Witness**                            **Witness**

CP7120AL

Attachment 2

# T.B. Screening Form

Skin Test Positive Date: _7/19/17_   MM Reading: _17mm_   Today's Date: _11/12/19_

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | _____ |
| Fever / Chills | _____ | _____ |
| Hoarseness | _____ | _____ |
| Chest Pain | _____ | _____ |
| Weight Loss | _____ | _____ |

refused rescheduled
12/12/19 TC
12/11/19

Usual Weight _____

Present Weight _____

| | | |
|---|---|---|
| Night Sweats | _____ | _____ |
| Excessive Fatigue | _____ | _____ |
| Dyspnea | _____ | _____ |
| Productive Cough (more than 3 weeks) | _____ | _____ |

IF YES:
Sputum Production _____    Color _____

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature _____ Date _____

***Chest X-Ray & Sputum if any YES answers (excluding HIV).***

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Phillips Lawrence | 243212 | ████████ | Holman |

AL-DOC TB Screening Form
Revised 4/2016

# Chronic Disease Clinic Follow-Up

Inmate Name: Phillips, Lawrence
Number: 243212
Institution: Holman

**List chronic diseases:**

| 1) Asthma Hx | 3) DLD - 6/16% NCLC |
| 2) pre DM - DLC | 4) | 6) |

**Attach pharmacy profile or list current medications:** ✗ prozac

**Subjective:** 40 y/o BM

| Asthma: # attacks in last month? | Seizure disorder: # seizures since last visit? |
| # short acting beta agonist canisters in last month? | Diabetes mellitus: # of hypoglycemic reactions since last visit? |
| # times awakening with asthma symptoms per week? | Weight loss/gain  ↓ ↑ _____ #lbs |
| CV/hypertension (Y/N): Chest pain? _____ SOB? _____ | Palpitations? _____ Ankle edema? _____ |
| HIV/HCV (Y/N): Nausea/vomiting? _____ Abdominal pain/swelling? _____ | Diarrhea? _____ Rashes/lesions? _____ |

For all diseases, since last visit, describe new symptoms: _____

Tsmoker

**Patient adherence (Y/N):** with medications? _____ with diet? _____ with exercise? _____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ INR_____

PEFR 5% #1_____ #2_____ #3_____

**Labs:** Hgb A1C 5.5 HIV VL_____ CD4 5/9/19 Total Chol 178 LDL 123 HDL 38 Trig 83

**Range of fingerstick glucose/BP monitoring:** _____ O₂ Sat_____

**PE:** 5/9/19    115 11 BMI

| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | Asthma Hx | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | pre DM DM SK no meds NCLC | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 3 | DLD - no meds RISK 6/16 - NCLC | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | refused rescheduled | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: _____ ++ ↓↓ _____

Diagnostics: _____

Labs: refused rescheduled

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP: _____ X day/week/month   Glucose: _____ X day/week/month   Peak flow: _____   Other: _____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other: _____

Referral (list type): Specialist: _____ Chronic care program: _____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other: _____   Discharged from CCC: [name] _____

Advance Level Provider Signature: _____   Date: _____ Time: _____

Attachment 2

# T.B. Screening Form

Skin Test Positive Date: 7/9/17   MM Reading: 17mm   Today's Date: 10/29/19

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | _____ |
| Fever / Chills | _____ | _____ |
| Hoarseness | _____ | _____ |
| Chest Pain | _____ | _____ |
| Weight Loss | _____ | _____ |
| Usual Weight | _____ | |
| Present Weight | _____ | |
| Night Sweats | _____ | _____ |
| Excessive Fatigue | _____ | _____ |
| Dyspnea | _____ | _____ |
| Productive Cough (more than 3 weeks) | _____ | _____ |

refused rescheduled
11/1/19

IF YES:
Sputum Production _____   Color _____

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature _____ Date _____

*Chest X-Ray & Sputum if any YES answers (excluding HIV).*

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Phillips Laurence | 243212 | ▮▮▮▮▮ | Holman |

CP60512AL - AL-DOC TB Screening Form
Issued 4/2010, Revised 4/2016

000149

**Patient Information Education Log**

| Facility Name: | Holman | | | | |
|---|---|---|---|---|---|
| Patient's Name Last | Phillips | First | Laurence | MI | AIS Number 243212 |
| Birth Date | ▓▓▓▓▓ | Medication Allergies: ☒ N ☐ Y  If Yes List: | | | |

Diagnosis: Pre DM, asthma

| Patient Education Title | Encounter Type | Date | Patient Initials | Nurse Initials |
|---|---|---|---|---|
| Acne | | | | |
| Asthma | CCC | | X | |
| Athlete's Foot | | | | |
| Back Pain and Exercise | | | | |
| Breast Pumping Instructions | | | | |
| CAD (Coronary Artery Disease) | | | | |
| Chlamydia Infection | | | | |
| Cholesterol (Hyperlipidemia) (AHA) | | | | |
| Congestive Heart Failure | | | | |
| Constipation | | | | |
| COPD (Chronic Obstructive Pulmonary Disease) (CDC) | | | | |
| Cuts, Scrapes and Stitches | | | | |
| Diabetes | CCC | | X | |
| Dysmenorrhea | | | | |
| Ear Infections | | | | |
| Gastroenteritis | | | | |
| Genital Herpes | | | | |
| Genital HPV Infection | | | | |
| GERD | | | | |
| Glaucoma (NIH) | | | | |
| Gonorrhea | | | | |
| Heat-Related Illness | | | | |
| Hepatitis B and C | | | | |
| HIV/AIDS | | | | |
| Hypertension | | | | |
| Hyperthyroidism (NIH) | | | | |
| Hypothyroidism (NIH) | | | | |
| Influenza | | | | |
| Jock Itch | | | | |
| Lupus (CDC) | | | | |
| MRSA | | | | |
| Nutrition: Healthy Food Choices | | | | |
| Oral Hygiene | | | | |
| Pap Smears, Abnormal | | | | |
| Scabies | | | | |
| Seizures | | | | |
| Sickle Cell (CDC) | | | | |
| Smoking Cessation | | | | |
| Strep Throat | | | | |
| Stress Management | | | | |
| Substance Abuse | | | | |
| Syphilis | | | | |
| Tuberculosis | | | | |
| Uterine Bleeding, Abnormal | | | | |
| Vaginal Yeast Infections | | | | |
| Vaginitis | | | | |
| Warfarin (NIH) | | | | |

| Education will be ongoing throughout your treatment. Your signature confirms that this education information has been reviewed with you. | |
|---|---|
| X Patient Signature | X Patient Initials |

| Health Staff Signature | Print Name | Initials |
|---|---|---|
| *Kiodolph* | *Cook M* | EC |

April 2, 2019