In The United States District Court for the Southern Division of Ala

Lawrence Patrick Phillip
      Plaintiff

V.

Lt. McKenzie
      Defendant

Civil Action No: 1:20 CV-270-CG-N

Response and Rebuttal
and supporting Argument

Come now the Plaintiff Lawrence Patrick Phillip in the above style and cause does hereby present the following Response and Rebuttal and supporting Argument as grounds for a genuine dispute.

Response and Rebuttal
and supporting Argument

The defendant has submitted his special report in regards to Allegations brought on by the Plaintiff surrounding an incident which occurred on or about 9-25-19 at the Holman Prison in Atmore Ala near the time of 12:10 p.m.
In this instance, the Court must view the movant's evident and all factual inference arising from it in light most favorable to the non-moving party

In the case at bar the defendant has moved for a summary judgement citing various reasons.

The defendant's first line of defense is that his actions were justified which is a disputed falsehood as it pertains to the facts supported by the video recording film.

The defendant's will be compelled to produce the footage to the honorable court.

The defendant has asserted qualified immunity alleging that his actions was within his discretionary duty and function there exempting him from liability of damages incurred as a result of his causing while the plaintiff was handcuffed behind the back. This defense must fail because the defendant knew or should have known that you don't try to kill a person that's in no position to physically injure you by smashing his face through a glass window and then power driving his head to a concrete floor. That such an act was totally contrary to the 8th and 14th amendment.

The plaintiff adopts his claim in his initial complaint. Lt McKenzie clearly acted in a maliciously and sadistically manner when he ~~[struck through text]~~

disregarded the law statorily and constitutionally to diliberately cause bodily injuries to the Plaintiff by smashing him through a glass window while in handcuffs behind his back and then power driving his head onto the floor.

The Plaintiff avers that this kind of act does not describe a good faith act but rather cruel and unusual punishment in the worst way derived from an unecessary use of excessive force. For this reason alone the defendant cannot be shielded from liability or responsibility in his defense of qualified immunity or absolute immunity.

Lt. McKenzie could clearly see that the Plaintiff was in need of serious medical assistance but instead of yielding or immediately administering to obvious call of such a need he could not resist the urge to demonstrate to me who was really running the show by power driving my head to the floor causing my brain to bleed and swell. Lt McKenzie was really trying to kill me simply because I wanted to go over his head to stay and remain at my assigned bed location in B-Dorm.

The Plaintiff avers that the medical report will be Exhibit S a supporting fact.

SEE ALSO OTHERS EYE WITNESSES OF THEIR ACCOUNT WHAT LT. MCKENZIE did to the PLAINTIFF on 9-25-19. See especially Exhibit (2) where the Plaintiff was suffering from a lost of sleep, memory loss and headaches as a result of LT. McKenzie assault on the plain while in handcuffs. The Plaintiff had suffered so much wanton and infliction of pain that he didn't even know the correct month and day it was when he sign up to be treated for the noted reasons. Done this the 13 of Jan 2021

Respectfully Submitted

/s/ _____

Certificate of Service

I certify that I have sent a copy of the following by way of first class postage Done this 13 of Jan 2021

/s/ _____

Gen Counsil: Mary Goldthwaite
501 Washington Ave.
Montg Ala 36130

*All orders will be generic unless specified by practitioner*

**Practitioner's Orders**


PSNMOF

Exhibit (1)

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: _____ |
|---|---|
| DOB: ███  ID# 243212 | D/C CC PM DM |
| Housing Unit: Holman | D/C CC OLD (w/6%rides) |
| Allergies: NKA | CC LTBI 6mo |
| Noted By: [signature] | Practitioner Signature: Jenna Eklaleh |
| Date: 10/30/19  Time: 1900 | Date & Time: 10/31/19 8:39 PM |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: _____ |
|---|---|
| DOB: ███  ID# 243212 | D/C from ward |
| Housing Unit: | 1wk f/u in clinic |
| Allergies: NKDA | |
| Noted By: Jen Revel | Practitioner Signature: Jenna Eklaleh |
| Date: 9/29/19  Time: 1803 | Date & Time: 9/29/19 5:04 PM |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: _____ |
|---|---|
| DOB: ███  ID# 243212 | Remove Sutures in 7days |
| Housing Unit: | NS f/u on 10/21/19 (UM) |
| Allergies: NKA | |
| Noted By: [signature] PN | Practitioner Signature: Jenna Eklaleh |
| Date: 9/27/19  Time: 1815 | Date & Time: 9/27/19 4:18 PM |

| Patient Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ● Yes  Per: Blalah |
|---|---|
| DOB: ███  ID# 243212 | ① Admit to Ward (Red) |
| Housing Unit: | |
| Allergies: NKA | |
| Noted By: _____ | Practitioner Signature: Jenna Eklaleh |
| Time: _____ | Date & Time: 9/27/19 3:56 PM |

| Name: Phillips Lawrence | Verbal / Telephone Orders  ○ No  ○ Yes  Per: _____ |
|---|---|
| ID# 243212 | ① IV NS bolus |
| Unit: Holman | ② Send to ACH via ambulance |
| NKA | |
| [signature] | Practitioner Signature: Jenna Eklaleh |
| ...19  Time: 0704 | Date & Time: 9/25/19 3:36 PM |

000066

# Alabama Department of Corrections
## Sick Call Request

Exhibit (2)



**Reason for Sick Call Request:**
I been having headaches, memory loss and bad dreams due to getting my head slammed through a ~~bathroom~~ window by a Lt. McKenzie at Holman Corr. and loss of sleep.

**Name (print):** Lawrence Phillips    **AIS #** 243212    **Date of Birth:** [redacted]
**Institution:** Limestone    **Housing Area:** 1C-77 1B    **Date:** 5-5-2020

**Sick Call Form Collected** by Health Staff: TL (initials)  **Title:** MA  **Date:** 5-6-20  **Time:** 645

### Request Triaged (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required
- (1) ____ Referring to Chronic Care Manager
- (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required
- (1) ____ Bring to HCU at this time for further evaluation
- (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

**Signature/Title:** [signature]    **Date:** 5/6/20 0730

### Sick Call Encounter (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter
**Co-Pay Fee Incurred:**
- ____ $4.00 – Nurse
- ✓ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
- ✓ $4.00 – Scheduled but ~~Refused Encounter~~

2 ____ Referral for follow up required; to be scheduled
- (a) ____ Medical Provider
- (b) ____ Dental Clinic
- (c) ____ Mental Health Services
- (d) ____ Other: _____

**Inmate Name:** [signature]    **AIS#:** 243212

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

000090

# Alabama Department of Corrections
## Inmate Body Chart Documentation Form

Exhibit (3)

Institution: **Holman**   Date: **9/25/19**   Time: **12:10**

Individual Requesting Body Chart (print name): **L. Pace**   Title: **Sgt**

**Inmate statement:**
"I dont feel good, I need to go to the free world hospital"

Markings noted on body diagram:
- 4.5x3cm
- 0x2cm
- x2cm
- 3 1/2x 1cm
- 4x5 Shoulder
- 63x2cm
- 5x2cm
- 65x6cm knot/knee
- multiple few abrasions/lacerations

**Description of markings:**
Large superficial laceration to Right forearm, 4.5x3cm laceration to R cheek, 20x2cm laceration to (R) cheek, 2.5x2cm laceration to (R) cheek, 65x6cm laceration to (R) hip, 30x2cm laceration to (R) hip.

**Check below:**
___ *Progress Note additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **K. Morgunn**   Date: **9/25/19**   Time: **1210**

Inmate Name: **Phillips, Lawrence**   AIS #: **243212**   DOB: [redacted]

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

000106

# Alabama Department of Corrections
## Treatment Sheet

Exhibit (4)

| Date Ordered: | Ordered By: | Institution: | Housing Location: |
|---|---|---|---|
| 9/26/19 | Blalock | Holman | UP/Seg |

**Treatment Ordered:** Monitor multiple lacerations daily

### Area of Treatment (Circle)

3 lacerations [body diagram markings]

### Progress Notes:
10/1 remove sutures
10/8 remove staples

### Treatment Record

| MONTH/YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep 2019 / Oct 2019 | ☐ remove sutures | | | | | | | ☐ remove staples | | | | | | | | | | | | | | | | | X 9/26 | | | | | | |

Inmate Name: Phillips Lawrence
AIS #: 243212
D.O.B: [redacted]

ADOC – Office of Health Services 112010

000041

Exhibit (5)

Discharge Summary
* Final Report *

PHILLIPS, LAWRENCE - 051403679

### Discharge Medications
**New Prescription**
oxyCODONE-acetaminophen (Percocet 7.5 mg-325 mg oral tablet)1 tabs Oral every 4 hours as needed as needed for pain. Refills: 0.

**Unchanged**
FLUoxetine (FLUoxetine 20 mg oral tablet)

### Follow Up Labs/Studies
**Orders**
No qualifying data available.
No qualifying data available.
Follow up for suture removal

### Discharge Diagnoses
Acute pain due to trauma, Discharge, 09/26/2019
Arm numbness, Discharge, 09/26/2019
Laceration of arm, Discharge, 09/26/2019
Laceration of face, Discharge, 09/26/2019
Laceration of hip, Discharge, 09/26/2019
Neck pain, acute, Discharge, 09/26/2019

### Admitting Working and Other Diagnoses
Assault, Reason For Visit, 09/25/2019
Traumatic left-sided intracerebral hemorrhage with loss of consciousness, Admitting, 09/26/2019

### Plan
Acute pain due to trauma G89.11
  Take pain medications as prescribed.
Arm numbness R20.0
  Range of motion exercises
Assault 5295EE1C-2C83-49FD-B56A-BD8C7007DBCE
Laceration of arm S41.119A
  Apply neosporin
Laceration of face S01.81XA
  Sutures to be removed in trauma clinic in 7 days.
Laceration of hip S71.019A
  Have staples removed by hospital nursing who placed device
Neck pain, acute M54.2
  Wear ASPEN collar until cleared by Neurosurgery as ordered
Traumatic left-sided intracerebral hemorrhage with loss of consciousness S06.351A
Orders:
  Percocet 7.5 mg-325 mg oral tablet

### Patient Discharge Condition

| | |
|---|---|
| Result type: | Discharge Summary |
| Result date: | September 26, 2019 12:59 CDT |
| Result status: | Auth (Verified) |
| Result title: | Discharge Summary |
| Performed by: | Butts MD, Charles Caleb on September 26, 2019 19:49 CDT |
| Verified by: | Butts MD, Charles Caleb on September 26, 2019 19:49 CDT |
| Encounter info: | 1201067701, Medical Center, Inpatient, 09/25/19 - 09/26/19 |

Printed by: Gartman, Mariah
Printed on: 10/18/2019 16:48 CDT

Page 2 of 4

000203

Exhibit (6)

## Return from Offsite

Name: Phillips, Lawrence DOC#: 243213, Date: 9/26/19 1915

Subjective statement of the patient about what transpired: all types of stuff - stitches, brain scan - had bleeding on brain

Documents returned with the patient: yes

Temperature: 97.2, Blood pressure: 135/79, Pulse: 74, RR: 20, O2 Sat 97%

Apparent condition of the patient on return: (Describe any scars, wounds, dressings, casts, etc.) Neck brace, sutures, & staples,

Recommended medications: Percocet 7.5mg i p.o Q6°
Neosporin 1 gtt to suture site

Need or plans for infirmary admission: Y, N?

MD notified of medication recommendations? Y, N

Orders for meds received from staff physician? Y, N Circle those meds above which were ordered.

Name of MD notified: Blalock x2, Appointment date to see staff physician for review and follow up: yes

Nursing signature: M Frees RN, Date: 9/26/19, Time: 730 pm

### MD REVIEW

Any new diagnoses by the consultant: lacerations, trauma, temporal lobe hemmorage, lipoma

Recommended tests: f/u CT 6-12 mo for lipoma
Remove sutures in 7 days

Other recommendations of the consultant: _____

Follow-up visit requested by consultant? Y N. When? Neuro surgery 10/21/19 9:00 AM
Purpose of follow-up: 2/2 ⓛ temporal lobe hemmorage.
Summary review by staff physician: um done for NS f/u.

MD signature: Jana E Blalock, Date: 9/27/19 4:21 PM

CP1017AL -- AL-1017-Return from Offsite – revision 03/11/10
ADOC Approved

000209

Exhibit (7)

- Drink alcohol only in moderation.
- Take safety measures in your home, such as:
  - Removing clutter and tripping hazards from floors and stairways.
  - Using grab bars in bathrooms and handrails by stairs.
  - Placing non-slip mats on floors and in bathtubs.
  - Improving lighting in dim areas.

### Get help right away if:

- You have:
  - A severe headache that is not helped by medicine.
  - Trouble walking, have weakness in your arms and legs, or lose your balance.
  - Clear or bloody fluid coming from your nose or ears.
  - Changes in your vision.
  - A seizure.

- You vomit.
- Your symptoms get worse.
- Your speech is slurred.
- You pass out.
- You are sleepier and have trouble staying awake.
- Your pupils change size.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 07/14/2017 Document Review ed: 06/27/2017
Elsevier Interactive Patient Education © 2017 Elsevier Inc.

# Traumatic Brain Injury

Traumatic brain injury (TBI) is an injury to your brain from a blow to your head (*closed injury*) or an object penetrating your skull and entering your brain (*open injury*). The severity of TBI varies significantly from one person to the next. Some TBIs cause you to pass out (*lose consciousness*) immediately and for a long period of time. Other TBIs do not cause any loss of consciousness.

Exhibit (8)

**PHILLIPS, LAWRENCE**  Admin Sex: Male  DOB: ▮▮▮

**Continuity of Care Document**  Created: 09/26/2019

Summarization of Episode Note | 09/25/2019 to 09/26/2019

Source: USA Medical Center

Signed (Electronic Signature): 09/26/2019 10:59 am
Transcribed by: PSC
Interpretation Location: Univ. Hosp. Radiology Neuro 1 Rdg. Wkstn

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 9/25/19 11:10 PM | CT CHEST or THORAX W CONTRAST | Pruitt, Sarah R.; | Auth (Verified) |

Notes:
(CT CHEST or THORAX W CONTRAST) Reason For Exam: Trauma
Final Report
PROCEDURE: COMPUTED TOMOGRAPHY (CT) OF THE CHEST WITH CONTRAST

COMPARISON: None

CLINICAL HISTORY: "Trauma".

TECHNIQUE:
After the uneventful intravenous administration of contrast, nongated helical CT of the chest was obtained. Subsequently, axial images with coronal and sagittal reconstructions were reviewed.

FINDINGS:
The heart is unremarkable. The aorta is normal in course, size and contour. The great vessels are normal in course, size and contour. The pulmonary arteries are unremarkable. There is a mass adjacent to the vertebral body and posterior to the right inferior pulmonary vein, there is no invasion of the vertebral body or displacement of the vein or other adjacent structures. Density measurements are consistent with fat. The superior vena cava is unremarkable.

The trachea is midline. The trachea and large airways are patent. The lungs are free of alveolar and interstitial processes. No abnormal enhancement or nodule/mass is seen. No evidence of pleural effusion.

The chest wall structures are unremarkable. No abnormal enhancement or mass is seen.

Please see concurrent CT abdomen for findings.

The visualized osseous structures are unremarkable without evidence of blastic or lytic bone lesion.

IMPRESSION:
1. No acute posttraumatic findings in the chest.
2. There is a mass adjacent to the vertebral body and posterior to the right inferior pulmonary vein,

file:///D:/Temp/10/dov42e8edfd-41d7-4e6e-b4c7-b406f5263823.htm

000227
9/26/2019

Exhibit (9)

**PHILLIPS, LAWRENCE**       Admin Sex: **Male**   DOB: ▮

**Continuity of Care Document**       Created: 09/26/2019

Summarization of Episode Note | 09/25/2019 to 09/26/2019

Source: USA Medical Center

### CT PREVIOUS STUDY OTHER AREA

Notes:

(CT PREVIOUS STUDY OTHER AREA) Reason For Exam: Atmore Community Hospital;Previous or outside study
Report
Administrative Report:

FINDINGS: Administrative report for previous study loaded to PACS.

IMPRESSION: Please see above.
***** Final *****

Transcribed DT/TM: 09/26/2019 9:37 am
Signed by: Admin Report, No Physician
Signed (Electronic Signature): 09/26/2019 9:37 am

## Vital Signs

| Most recent to oldest [Reference Range]: | 1 | 2 | 3 |
|---|---|---|---|
| Temperature Oral [36.1-37.8 DegC] | 37 DegC (9/26/19 12:45 PM) | 36.9 DegC (9/26/19 8:00 AM) | 37.0 DegC (9/26/19 6:00 AM) |
| Heart Rate Monitored [50-100 bpm] | 61 bpm (9/26/19 12:45 PM) | 66 bpm (9/26/19 8:00 AM) | 61 bpm (9/26/19 7:00 AM) |
| Respiratory Rate [12-20 br/min] | 23 br/min *HI* (9/26/19 12:45 PM) | 15 br/min (9/26/19 8:00 AM) | 22 br/min *HI* (9/26/19 7:00 AM) |
| Blood Pressure [91-140/90 mmHg] | 125/80 mmHg (9/26/19 12:45 PM) | 112/67 mmHg (9/26/19 8:00 AM) | 116/69 mmHg (9/26/19 7:00 AM) |
| Mean Arterial Pressure, Cuff [65-140 mmHg] | 96 mmHg (9/26/19 12:45 PM) | 85 mmHg (9/26/19 8:00 AM) | 85 mmHg (9/26/19 7:00 AM) |

## Social History

file:///D:/Temp/10/dov42e8edfd-41d7-4e6e-b4c7-b406f5263823.htm      000225
9/26/2019

Discharge Summary  
* Final Report *

PHILLIPS, LAWRENCE - 051403679

Exhibit 10

Fair

Discharge Disposition  
Detention Facility

Follow-Up

| With | When | Contact Information |
|---|---|---|
| USA Neurosurgery- Strada Center, Suite 2D | 10/21/2019 09:00 AM CDT | 1601 Center Street<br>Mobile, AL<br>2516658290 Business (1) |
| Additional Instructions: Please call 251-665-8290 if this appointment needs to be rescheduled. Office will call about setting up a CT head/brain prior. Patient needs to wear C-collar at all times until follow-up appointment | | |

Education Given to Patient  
Traumatic Brain Injury  
Musculoskeletal Pain  
Head Injury, Adult, Easy-to-Read  
Laceration Care, Adult, Easy-to-Read  
Cryotherapy, Easy-to-Read  
Sutures can be removed by prison Infirmary, Staples to be removed by Prison Infirmary

Patient Instructions  
Follow up with Neurosurgery.

Pt is to have Sutures removed in 10 days from Prision Infirmiry

Pt to have repeat CT Chest 2/2 incidental finding on CT Chest. There is a mass adjacent to the vertebral body and posterior to the right inferior pulmonary vein, most consistent with lipoma. Recommend follow-up CT in 6 months and 1 year to monitor stability.

**Attending Attestation**  
I saw and evaluated the patient and reviewed the resident's note. I agree with the resident's findings and plan.

Total discharge time <30 minutes.

[1] Critical Care Daily Progress Note; Warner MD, Andrew Michael 09/26/2019 06:33 CDT  
[2] Critical Care Daily Progress Note; Warner MD, Andrew Michael 09/26/2019 06:33 CDT

**Signature Line**  
Electronically Signed on 09/26/19 07:49 PM

Butts MD, Charles Caleb

Electronically Signed on 09/26/19 01:07 PM

Result type:       Discharge Summary  
Result date:       September 26, 2019 12:59 CDT  
Result status:     Auth (Verified)  
Result title:      Discharge Summary  
Performed by:      Butts MD, Charles Caleb on September 26, 2019 19:49 CDT  
Verified by:       Butts MD, Charles Caleb on September 26, 2019 19:49 CDT  
Encounter info:    1201067701, Medical Center, Inpatient, 09/25/19 - 09/26/19

Printed by: Gartman, Mariah  
Printed on: 10/18/2019 16:48 CDT

Page 3 of 4

000192

Case 1:20-cv-00270-KD-N  Document 20-4  Filed 01/21/21  Page 15 of 20  PageID #: 503
Document 16-4  Filed 12/09/20  Page 76 of 112  PageID #: 307

Continuity of Care Document

Exhibit 11

**PHILLIPS, LAWRENCE**                                  Admin Sex: **Male**   DOB:

**Continuity of Care Document**                                     Created: 09/26/2019

Summarization of Episode Note | 09/25/2019 to 09/26/2019

Source: USA Medical Center

most consistent with lipoma. Recommend follow-up CT in 6 months and 1 year to monitor stability.

Findings discussed by Dr. Knight and Dr. Murfee on 9/26/2019 at 1100 hours.

Ordered Procedure: CT CHEST or THORAX W CONTRAST
Accession #: CT190026578
***** Final *****


Resident: Knight MD, Alyssa N
Transcribed DT/TM: 09/26/2019 9:09 am
Signed by: Steffler MD, Brad A
Signed (Electronic Signature): 09/26/2019 11:00 am
Transcribed by: PSC
Interpretation Location: Univ. Hosp. Radiology BODY 1 Rdg. Wkstn.

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 9/25/19 6:06 PM | CT PREVIOUS STUDY BRAIN | Cox, Sydney; | Auth (Verified) |

Notes:
(CT PREVIOUS STUDY BRAIN) Reason For Exam: Atmore Community Hospital;Previous or outside study
Report
Administrative Report:

FINDINGS: Administrative report for previous study loaded to PACS.

IMPRESSION: Please see above.
***** Final *****


Transcribed DT/TM: 09/26/2019 9:37 am
Signed by: Admin Report, No Physician
Signed (Electronic Signature): 09/26/2019 9:37 am

| Exam Date Time | Procedure | Performing Provider | Status |
|---|---|---|---|
| 9/25/19 6:06 PM | | Cox, Sydney; | Auth (Verified) |

Discharge Summary
* Final Report *

*Exhibit (2)*

PHILLIPS, LAWRENCE - 051403679

# * Final Report *

Patient Name: PHILLIPS, LAWRENCE
Date of Birth: ███████
Admission Date: 09/26/2019

## Admission Information
Trauma transfer from Atmore Prison, Thrown through ground floor window in prison; + LOC; Punctate L parietal IPH, R facial lac, R hip and R arm lacs, C Spine Tenderness

## Hospital Course
Pt presented as trauma alert after ejected from Prison window after assault.
  9/26 R hip/arm lac repaired PTA; R facial lac repaired in ED
Mr. Lawrence Phillips is a 39 yo M with multiple lacerations and a head CT concerning for an intracranial bleed in the posterior temporal region. [1] on presentation patient had right hip laceration repair via staple and sutures to the right elbow. Complex laceration repair of the right face/neck while in the emergency department. He otherwise presented alert and oriented x4 [1]

### Significant Findings
Facial Laceration Primarily closed.
Hip Laceration
Small IPH with interval improvement.
C-Spine tenderness w/o radiographic derangement

### Procedures and Treatment Provided
Trauma imaging, Trauma alert, facial laceration repair, wound care, neurosurgery evaluation.

### Quality Measures

| Acute Myocardial Infarction | Stroke | Heart Failure |
|---|---|---|
| AMI during admission: No | Stroke during admission: No | Heart failure Dx or past history: No |

## Physical Exam

### Vitals & Measurements
T: 37 °C (Oral)  HR: 61 (Monitored)  RR: 23  BP: 125/80  SpO2: 99%  HT: 178 cm  WT: 80 kg (Measured)  WT: 80.000 kg (Dosing)
ENT: nasal mucosa, lips, teeth, gums intact
Eyes: PERRL
Neuro: GCS 15
Resp: Breath sound equal, bilateral, clear without crackles, wheezes
CV: RRR, pulses 2+ on all 4 extremities
GI: soft, non-distended, R sided tenderness, non-peritonitic, deferred rectal tone
MSK: ROM normal throughout, sensation normal throughout. R fore arm lac repaired, R arm lac repaired
Chest - nontender, no injury
Pelvis - stable, no injury, R hip lac repaired with staples
Neck/spine -C5-6 midline tenderness with palpation no gross deformity
Skin: Abrasions on R arm, hip, face, dressing is otherwise moderately saturated with blood [2]

Result type:      Discharge Summary
Result date:      September 26, 2019 12:59 CDT
Result status:    Auth (Verified)
Result title:     Discharge Summary
Performed by:     Butts MD, Charles Caleb on September 26, 2019 19:49 CDT
Verified by:      Butts MD, Charles Caleb on September 26, 2019 19:49 CDT
Encounter info:   1201067701, Medical Center, Inpatient, 09/25/19 - 09/26/19

Printed by: Gartman, Mariah
Printed on: 10/18/2019 16:48 CDT

Page 1 of 4

000202

CT BRAIN or HEAD WO CONTRAST               PHILLIPS, LAWRENCE - 051403679
* Final Report *

BASAL CISTERNS: Patent.
INFARCTS: None.
HEMORRHAGE: Unchanged punctate hemorrhage in the left temporal lobe posteriorly.
BRAIN: Normal differentiation of gray-white matter. No mass or midline shift.
OTHER: None.

EXTRACRANIAL:
PARANASAL SINUSES: Mucosal thickening/mucosal retention cyst of the right maxillary sinus.
ORBITS: Normal.
BONES: Normal.
SOFT TISSUES: Soft tissue contusion in the left frontal region.

IMPRESSION:
1. Unchanged punctate hemorrhage in the left temporal lobe posteriorly.

Ordered Procedure: CT BRAIN or HEAD WO CONTRAST
Accession #: CT190026587

**Signature Line**
***** Final *****


Resident:                  Batra MD, Jaspreet
Transcribed DT/TM:         09/26/2019 10:28 am
Signed by:                 Martin MD, Brett S
Signed (Electronic Signature):   09/26/2019 11:17 am
Transcribed by:            PSC
Interpretation Location:   Univ. Hosp. Radiology Neuro 1 Rdg. Wkstn


**Report**
This document has an image



**Completed Action List:**
* Order by Rieske MD, Richard R on September 26, 2019 02:10 CDT
* Perform by Garrett, Alison on September 26, 2019 04:00 CDT

Result type:       CT BRAIN or HEAD WO CONTRAST
Result date:       September 26, 2019 04:00 CDT
Result status:     Auth (Verified)
Result title:      CT BRAIN or HEAD WO CONTRAST
Performed by:      Batra MD, Jaspreet on September 26, 2019 10:28 CDT
Verified by:       Martin MD, Brett S on September 26, 2019 11:17 CDT
Encounter info:    1201067701, Medical Center, Inpatient, 09/25/19 - 09/26/19


Printed by:    Gartman, Mariah                                  Page 2 of 3
Printed on:    10/18/2019 16:49 CDT

000195

Neurosurgery Consultation
* Final Report *

Exhibit G41

PHILLIPS, LAWRENCE - 051403679

T: 36.9 °C (Oral)  HR: 66 (Monitored)  RR: 15  BP: 112/67  SpO2: 98%
HT: 178 cm  WT: 80 kg (Measured)  WT: 80.000 kg (Dosing)

*Const:*
WN/WD, NAD
Patient in handcuffs with guards at bedside
Aspen collar

*Musc/skel:*
5/5 Muscle strength in upper and lower extremities
Muscle tone in upper and lower extremities is intact w/o atrophy or abnormal movement
No pain on straight leg raise
+ midline C5-6 area TTP

*CV:*
Intact peripheral pulses in all extremities, warm to touch

*Neuro:*
AAO x 3
Recent and remote memory intact
Speech is spontaneous, fluent, and understandable
Patient has appropriate fund of knowledge given age and education
CN II – no gross visual deficits in all visual fields
CN III,IV,VI – EOMI, PERRLA
CN V – facial sensation is equal bilaterally, temporal and masseter muscle contraction intact
CN VII – muscles of facial expression are intact bilaterally
CN IX – soft palate rises symmetrically w/o uvula deviation
CN XI – 5/5 strength in shoulder shrug bilaterally
CN XII – Tongue protrusion is intact and symmetrical
Sensation intact
DTRs intact in all extremities,
negative Hoffman and Babinski signs

### Assessment/Plan
Acute pain due to trauma G89.11
Arm numbness R20.0
Assault 5295EE1C-2C83-49FD-B56A-BD8C7007DBCE
Laceration of arm S41.119A
Laceration of face S01.81XA
Laceration of hip S71.019A
Neck pain, acute M54.2
Traumatic left-sided intracerebral hemorrhage with loss of consciousness S06.351A

39yBM thrown through ground floor glass window in prison with several lacerations and intracranial punctate hemorrhages.

Result type: Neurosurgery Consultation
Result date: September 26, 2019 10:36 CDT
Result status: Auth (Verified)
Result title: NSGY-Consult Note
Performed by: Giambrone CRNP, Melanie J on September 26, 2019 10:56 CDT
Verified by: Giambrone CRNP, Melanie J on September 26, 2019 10:56 CDT
Encounter info: 1201067701, Medical Center, Inpatient, 09/25/19 - 09/26/19

Printed by: Gartman, Mariah
Printed on: 10/18/2019 16:48 CDT

Page 2 of 3

000188

Case 1:20-cv-00270-KD-N   Document 20-4  Filed 01/21/21  Page 19 of 20   PageID #: 507
Continuity of Care Document   Document 16-4  Filed 12/09/20  Page 62 of 112   PageID #: 293

Exhibit 16

**PHILLIPS, LAWRENCE**                                   Admin Sex: **Male**   DOB:

**Continuity of Care Document**                                                              Created: 09/26/2019

Summarization of Episode Note | 09/25/2019 to 09/26/2019

Source: USA Medical Center

- You have a red streak going away from your wound.
- The wound is on your hand or foot and you cannot move a finger or toe like you usually can.
- The wound is on your hand or foot and you notice that your fingers or toes look pale or bluish.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/05/2009 Document Revised: 05/25/2017 Document Reviewed: 12/14/2015

Elsevier Interactive Patient Education © 2018 Elsevier Inc.

09/26/2019 12:52:43

**Cryotherapy, Easy-to-Read**

Cryotherapy

WHAT IS CRYOTHERAPY?

Cryotherapy, or cold therapy, is a treatment that uses cold temperatures to treat an injury or medical condition. It includes using cold packs or ice packs to reduce pain and swelling. Only use cryotherapy if your doctor says it is okay.

HOW DO I USE CRYOTHERAPY?

- Place a towel between the cold source and your skin.
- Apply the cold source for no more than 20 minutes at a time.
- Check your skin after 5 minutes to make sure there are no signs of a poor response to cold or skin damage. Check for:
  - White spots on your skin. Your skin may look blotchy or mottled.
  - Skin that looks blue or pale.
  - Skin that feels waxy or hard.

- Repeat these steps as many times each day as told by your doctor.

HOW CAN I MAKE A COLD PACK? When using a cold pack at home to reduce pain and swelling, you can use:

- A silica gel cold pack that has been left in the freezer. You can buy this online or in stores.
- A plastic bag of frozen vegetables.
- A sealable plastic bag that has been filled with crushed ice.

Always wrap the pack in a dry or damp towel to avoid direct contact with your skin.

WHEN SHOULD I CALL MY DOCTOR? Call your doctor if:

- You start to have white spots on your skin. This may give your skin a blotchy or mottled look.
- Your skin turns blue or pale.
- Your skin becomes waxy or hard.
- Your swelling gets worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have

Lawrence P. Phillips
AIS# 243212  14A
PO Box 2877 9 Nick Davis Rd
Harvest Ala 35749








United District Court
Southern Division.
155 St Joseph St.
Mobile Ala 36602