In The United States District Court for the Southern District of Alabama Southern Division

Lawrence Patrick Phillips
　　　Plaintiff

V.

Lt McKenzie
　　　Defendant

Civil Action NO: 1:20-CV-270-CG-N

## Affidavit

I, Lawrence Phillips, dispose and say while in the present of a Notary Public that I'm over the age of 19yrs that I'm presently housed at the Limestone prison and that I am testifying to the truth to the best of my recollection.

That on or about 9-25-19 Lt McKenzie entered B-Dorm of the Holman Prison Unit and told me to pack up and move to A-Dorm. Upon asking him why I had to move he slap me and began using abusive language in a commanding way for me to pack up and move to A-dorm. If my memories serves correctly I do recall a situation with me and Lt. McKenzie going at it.

I was cuffed escorted to shift office

upon my insisting to see the captain. Lt McKenzie was furious behind what had just happened and could not contain himself. By the time we had made to the shift office he blew again on me while I was in handcuffs behind my back, thus causing my head to be smashed through the shift office window pane by his infliction and then lifting me off the floor and power driving me to the floor. I've suffered a great deal of memory loss headaches to do to the brain damage caused by Lt. McKenzie coupled with wanton and affliction of mental anguish and pain suffering.

I swear beyond penalty of perjury that the foregoing is true to the best of my recollection. Done this the 13TH of Jan. 2021

Sworn and subscribed before me _____

Respectfully Submitted _____

My Commission Expires 5-29-23

Lawrence P. Phillips
AIS#243212 14A
PO Box 2877 9 Nick Davis Rd
Harvest Ala 35749



United District Court
Southern Division.
155 St Joseph St.
Mobile Ala 36602