FILED JAN 21 '21 PM 2:00 USDCALS

# Afidavit

I Matthew Sullivan while being in the present of a notary public dispose and say that I'm over the age of twenty one and I'm making my statement without being coerced threaten or offered any gifts, money or other. That I was an inmate at the Holman Prison sleeping in B-dorm when Lt Mckenzie approached inmate Phillip and asked him to pack his things up and move to A-dorm.

Phillip question Lt. Mckenzie about why he had to move and that's when Lt Mckenzie slapped Phillip and all I saw was them two go at it. Lt Mckenzie and officer McQuiter cuffed Phillip and take him to the shift office. I trail them and could see Lt Mckenzie let officer McQuiter take Phillip to shift the rest of the way while he go across the hall for something. Officer McQuiter must told inmate Phillip to stand facing the shift office window, Moment later Lt Mckenzie come back from across the hallway and slams Phillip into the window snatches him out of the window and takes him down on the floor.

I swear beyond penalty of perjury that this statement I have made is true and correct to the best of my knowledge. Done this the **13th** of **Jan** 2021

Respectfully Submitted
Matthew Luvian
AIS #28438

Sworn and Subscribed
Before me JAN. 13TH 2021
*[signature]*

My Commission Expires
5-29-23

Lawrence P. Phillips
AIS# 243212  14A
PO Box 2877 9 Nick Davis Rd
Harvest Ala 35749





United District Court
Southern Division.
155 St Joseph St.
Mobile Ala 36602