## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE PATRICK PHILLIPS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL ACTION 20-0270-CG-N |
| | ) |
| LT. BRANDON McKENZIE, | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Summary judgment is **GRANTED** in favor of Defendant as to the Eighth Amendment medical care claim and **DENIED** as to Eighth Amendment excessive force claim.  This matter is referred to the Magistrate Judge for further proceedings.

**DONE and ORDERED** this 23rd day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE