# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWRENCE PATRICK** | ) | |
| **PHILLIPS, AIS #243212,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:20-cv-270-CG-N** |
| **LT. MCKENZIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## RE-NOTICE OF TAKING THE DEPOSITION OF
## THE PLAINTIFF LAWRENCE PATRICK PHILLIPS

**To:** Stewart Hanley
The Hanley Law Firm
158 Congress St.
Mobile, AL 36603

PLEASE TAKE NOTICE that on Tuesday, June 14, 2022, beginning at 9:00 a.m., undersigned counsel, on behalf of the Defendant, will take the deposition of the Plaintiff, inmate Lawrence Phillips, via zoom/video conference before a court reporter or some other person duly authorized by law to administer oaths and transcribe sworn testimony and will continue from day to day until completed.

Pursuant to Rule 30(b)(2) and/or Rule 34 of Fed.R.Civ.P., the Defendant requests that at the time and place of taking said deposition, the above referenced deponent produce the following documents or things:

- All documents, complaints, emails, notes, records, correspondence, reports, statements, calendars, electronically stored material including pictures and cell phones that the Plaintiff Lawrence Phillips has maintained and/or has in his possession relating to the above-styled cause; and

- All documents, complaints, emails, notes, records, correspondence, reports, statements, calendars, electronically stored material including pictures and cell phones, that the Plaintiff Lawrence Phillips believes supports his claims in this case.

Respectfully submitted on May __25__, 2022.

                                              Mary Goldthwaite
                                              Assistant Attorney General
                                              Counsel for Defendant

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 353-9189 (T)
(334) 353-8400 (F)
Mary.Goldthwaite@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022, I electronically filed the foregoing **Re-Notice of Taking the Deposition of the Plaintiff, Lawrence Patrick Phillips** with the Clerk of the Court, using the CM/ECF system, and that I have further served a copy on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

Stewart Hanley
The Hanley Law Firm
158 Congress Street
Mobile, AL 36603

_____
OF COUNSEL