IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIPS, LAWRENCE PATRICK,** | * |
| **Plaintiff,** | * |
| | * |
| v. | * CIVIL ACTION No.: 1:20-cv-00270-CG-N |
| | * |
| **LT. McKENZIE,** | * |
| **Defendants.** | * |

## NOTICE OF TAKING THE DEPOSITION OF THE DEFENDANT BRANDON MCKENZIE

To: **Mary Goldthwaite**
**Assistant Attorney General**
**Counsel for the Defendant**
**501 Washington Avenue**
**Montgomery, AL 36130**

PLEASE TAKE NOTICE that on Wednesday, November 9, 2022 beginning at 1:00 p.m., undersigned counsel, on behalf of the Plaintiff, will take the deposition of the Defendant, Brandon McKenzie, at the Holman Correctional Facility, 1240 Ross Rd, Atmore, Alabama 36502, before a court reporter or some other person duly authorized by law to administer oaths and transcribe sworn testimony and will continue from day to day until completed.

Pursuant to Rule 30(b)(2) and/or Rule 34 of Fed.R.Civ.P., the Plaintiff requests that at the time and place of taking said deposition, the above referenced deponent produce the following documents or things:

- All documents, complaints, emails, notes, records, correspondence, reports, statements, calendars, electronically stored material, including pictures, video, and cell phones that you has maintained and/or has in his possession relating to the above-styled cause; and

- All documents, complaints, emails, notes, records, correspondence, reports, statements, calendars, electronically stored material, including pictures, video, and cell phones, that the

Defendant, Brandon McKenzie, believes supports his defenses in this case.

Respectfully submitted this 26th day of October, 2022,

>/s/ N. Stewart Hanley
>N. STEWART HANLEY
>Attorney at Law
>158 Congress Street
>Mobile, AL 36603
>Phone: (251) 432-5579
>Fax: (251) 415-6294
>Email: stewarthanley@hanleylawmobile.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26th, 2022, I served a copy of the foregoing Notice of Taking the Deposition of the Defendant, Lt. Brandon McKenzie by electronic mail and the United States First Class addressed as follows:

Mary Goldthwaite
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
Mary.Goldthwaite@alabamaag.gov

>/s/N. Stewart Hanley
>N. Stewart Hanley