# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAWRENCE PATRICK PHILLIPS,** ) <br> **AIS #243212,** ) <br>   ) <br>   **Plaintiff,** ) <br>   ) <br> **v.** ) <br>   ) <br> **LT. MCKENZIE,** ) <br>   ) <br>   **Defendant.** ) <br>   ) <br>   ) | **CIVIL ACTION NO.:** <br> **1:20-cv-270-CG-N** |

## JOINT STATEMENT OF SETTLEMENT CONFERENCE

COME NOW the parties through undersigned counsel for the Defendant, Captain McKenzie (formerly Lt. McKenzie), and undersigned counsel for the Plaintiff, Lawrence Patrick Phillips, and pursuant to this Court's Order dated November 23, 2022 (Doc. 62), hereby jointly inform the Court that on February 24, 2023, they conferred in a good faith discussion regarding a potential resolution of this case. This is to further notify the Court that the parties are currently unable to reach a resolution in the above-styled case and that although mediation or a settlement conference would be premature at this time, it may be helpful at a later date.

Respectfully submitted this 24th day of February 2023.

| | |
|---|---|
| /s/ Mary Goldthwaite <br> Mary Goldthwaite <br> Assistant Attorney General <br> Office Of the Attorney General <br> 501 Washington Avenue <br> Montgomery, AL  36130 <br> (334) 353-9189 (T) <br> (334) 353-8400 (F) <br> Mary.Goldthwaite@AlabamaAG.gov | /s/ N. Stewart Hanley <br> N. Stewart Hanley WITH PERMISSION <br> The Hanley Law Firm <br> 158 Congress St. <br> Mobile, AL 36603 <br> (251) 432-5579 (T) <br> (251) 432-5507 (F) <br> stewarthanley@hanleylawmobile.com |