**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LAWRENCE PATRICK PHILLIPS,** | ) | |
| **AIS #243212,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 1:20-cv-270-KD-N** |
| | ) | |
| **LT. MCKENZIE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

COME NOW counsel for the Parties in this action and submit this joint motion respectfully asking the Court to extend the remaining pending pretrial deadlines and, if needed, the September 19, 2023 jury trial, as a Settlement Conference has been set for August 21, 2023, and as grounds show the following:

1. On Thursday, July 27, 2023, and on Friday, July 28, 2023, the parties submitted to the Court their respective Pretrial Disclosures pursuant to the Court's Fourth Order Modifying Rule 16(b) Scheduling Order. (Doc. 66).

2. On Wednesday, August 2, 2023, an Order was issued setting the Settlement Conference before Judge Nelson on Monday, August 21, 2023.

3. However, prior to the August 21, 2023 Settlement Conference, there are work-intensive and time-consuming pretrial deadlines that currently must be met, including deadlines this week to prepare and file Objections on Thursday, August 10, 2023, and Friday, August 11, 2023, to the aforementioned Pretrial Disclosures, as said Objections are due within 14 days from the dates the respective Pretrial Disclosures were filed.

4.      Also, this week and before the August 21, 2023 Settlement Conference, the Parties' Joint Pretrial Document is due on Thursday, August 10, 2023.

5.      Additionally, next week, the Confidential Settlement Statements are due on Wednesday, August 16, 2023, the day before the Pretrial Conference, which is scheduled to take place on Thursday, August 17, 2023.

6.      On Monday, August 21, 2023, a Settlement Conference will be conducted by Judge Katherine Nelson.

7.      That counsel for the Parties are requesting an extension of the foregoing deadlines, including the Pretrial Conference, to a reasonable time following the August 21, 2023 Settlement Conference to avoid the considerable time and cost that will need to be directed toward meeting the pending pretrial deadlines.

8.      This matter is currently scheduled for a jury trial to begin on Tuesday, September 19, 2023. The parties further request that this Court continue this trial, if needed, from its current setting to a later Court docket.

WHEREFORE, based on the foregoing, the Parties respectfully request the Court to grant an extension of the above reference pending pretrial deadlines until a reasonable time after the August 21, 2023 Settlement Conference and that the trial, if needed, be continued.

Respectfully submitted this the 7th day of August 2023.

/s/ Mary Goldthwaite
Mary Goldthwaite
Assistant Attorney General
Attorney for the Defendant
501 Washington Avenue
Montgomery, Alabama 36130
(334) 353-9189 (T)
(334) 353-8400 (F)
Mary.Goldthwaite@AlabamaAG.gov

/s/ N. Stewart Hanley
N. Stewart Hanely WITH PERMISSION
Attorney for the Plaintiff
Attorney at Law
158 Congress Street
Mobile, Alabama 36603
(251) 432-5579 (T)
(251) 415-6294 (F)
hanleylawfirm@gmail.com