## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LAWRENCE PATRICK PHILLIPS,** ) | |
| **AIS #243212,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 1:20-cv-270-KD-N** |
| ) | |
| **LT. MCKENZIE,** ) | |
| ) | |
| **Defendant.** ) | |

## RENEWED JOINT MOTION TO EXTEND DEADLINE

COME NOW counsel for the Parties in this action and incorporate by reference as if fully set forth herein the Joint Motion to Extend Deadlines (Doc. 70) they filed on August 7, 2023, and further respectfully renew their request in said joint motion to extend the deadline for filing Objections to the Pretrial Disclosures until a reasonable time after the August 21, 2023 Settlement Conference.

1. Yesterday the Court issued an Order (Doc. 71) granting, in part, undersigned counsel's joint motion to extend deadlines, which did not specifically extend the pending August 10 and August 11 deadlines for filing Objections to the Pretrial Disclosures.

2. Objections to the parties' respective Pretrial Disclosures are due this coming Thursday, August 10, 2023, and Friday, August 11, 2023, as said Objections are due within 14 days from the dates the respective Pretrial Disclosures were filed.

3. As these Objections will likely take significant time to prepare, counsel for the Parties respectively renew their request that the time for filing Objections to the Pretrial Disclosures be extended until a reasonable time after the August 21, 2023 Settlement Conference.

WHEREFORE, based on the foregoing, counsel for the Parties respectfully renew their request that this week's deadline for filing Objections to the Pretrial Disclosures be extended until a reasonable time after the August 21, 2023 Settlement Conference or, in the alternative, that the deadline for filing objections be extended to at least Monday, August 14, 2023.

Respectfully submitted this the 9th day of August 2023.

| | |
|---|---|
| /s/ Mary Goldthwaite | /s/ N. Stewart Hanley |
| Mary Goldthwaite | N. Stewart Hanely WITH PERMISSION |
| Assistant Attorney General | Attorney for the Plaintiff |
| Attorney for the Defendant | Attorney at Law |
| 501 Washington Avenue | 158 Congress Street |
| Montgomery, Alabama 36130 | Mobile, Alabama 36603 |
| (334) 353-9189 (T) | (251) 432-5579 (T) |
| (334) 353-8400 (F) | (251) 415-6294 (F) |
| Mary.Goldthwaite@AlabamaAG.gov | hanleylawfirm@gmail.com |