IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE PATRICK PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 20-00270-KD-N |
| | ) |
| Lt. McKENZIE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notice of settlement from United States Magistrate Judge Katherine P. Nelson.  Judge Nelson reports that this action was settled during a settlement conference but the parties request thirty (30) days to finalize the settlement agreement.

Accordingly, this action is **DISMISSED with prejudice subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this the 21st day of August 2023.

                s/ Kristi K. DuBose
                KRISTI K. DuBOSE
                UNITED STATES DISTRICT JUDGE